**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No.1:09-CR-00015 |
|  | : |  |
|  | : | **CAPITAL §2255 PROCEEDINGS** |
|  | : |  |
| -v- | : | HON. MARCIA CRONE |
|  | : |  |
| EDGAR BALTAZAR GARCIA, | : |  |
|  | : |  |
| _____ | : |  |
|  | : |  |

**ORDER**

AND NOW, this ____ day of _____, 2013 this Court GRANTS Movant's Motion for Appointment of Counsel.

1.    The Court finds that Movant Edgar Baltazar Garcia is eligible for the appointment of counsel to represent him in a to-be-filed section 2255 Motion with respect to his capital conviction and sentence.

2.    The Court appoints Ms. Christine Lehmann and Federal Public Defender Jason Hawkins to represent Mr. Garcia.

3.    The Court finds that Mr. Garcia is indigent and accordingly he may proceed in this action *in forma pauperis*.

**SO ORDERED.**