| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| EDGAR BALTAZAR GARCIA, | § |
| | § |
| Movant, | § |
| | § |
| versus | § NO. 1:09-CR-00015-MAC-KFG |
| | § |
| UNITED STATES OF AMERICA, | § |
| | § |
| Respondent. | § |

## ORDER APPOINTING COUNSEL PURSUANT TO 18 U.S.C. § 3599

Movant Edgar Baltazar Garcia has moved the court for appointment of counsel pursuant to 18 U.S.C. § 3599. After considering said Motion, the court is of the opinion that said Motion should be, and hereby is, GRANTED. Ms. Christine Lehmann and Mr. Jason Hawkins, Federal Public Defender for the Northern District of Texas, are appointed as co-counsel to assist in the representation of Mr. Garcia.

**SIGNED** this the 20th day of December, 2013.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE