**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| EDGAR BALTAZAR GARCIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:13cv723 |
| | § | CRIM. NO. 1:09-CR-00015(2) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

**MEMORANDUM ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Edgar Baltazar Garcia, a death row inmate confined at U.S.P. Terre Haute, initiated this post-conviction proceeding pursuant to 28 U.S.C. § 2255.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommended that the lawsuit be administratively closed while Garcia's appeal is pending before the Supreme Court.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of the United States Magistrate were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  The matter is **ADMINISTRATIVELY**

**CLOSED**.  Garcia may file a motion to place the case back on the active docket once the Supreme Court issues a decision and it becomes final or, alternatively, when he is ready to file a § 2255 motion.

SIGNED at Beaumont, Texas, this 19th day of March, 2014.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2