**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| EDGAR BALTAZAR GARCIA, : | |
| Petitioner : | |
| : | |
| : | 1:13-cv-723 - MAC - KFG |
| -v- : | |
| : | |
| UNITED STATES OF AMERICA, : | |
| Respondent : | |
| : | |
| : | |
| : | |

### MOTION FOR EXTENSION OF TIME TO FILE BUDGET

Movant, EDGAR BALTAZAR GARCIA, an indigent federal prisoner under sentence of death imposed by this Court, respectfully moves the Court for an extension of time in which to file his budget.

1.     Petitioner, Edgar Baltazar Garcia, is a federal prisoner sentenced to death as a result of his convictions in this Court (No.1:09-CR-00015).

2.     On June 23, 2014, this Court issued a sealed, ex parte order requiring the submission of a budget for the case, on or before August 8, 2014. (*Garcia v. USA*, No. 1:13-CV-723 (E.D.Tx) ECF 6 SEALED #15).

3.     Mr. Garcia requests an extension of time in which to complete this budget, due to extensive briefing due this week in another capital case, as well as the need to consult further with co-defendant Mark Isaac Snarr's counsel, who is currently on vacation. Counsel for Mr. Garcia and Mr. Snarr have been engaged in discussions regarding coordination of the budget

requests in the two cases and possible shared costs. It is undersigned counsel's understanding that Mr. Snarr's counsel will also be filing this week a motion for extension of time to file his budget.

4.     Mr. Garcia requests an extension of thirty days to complete the budget.

WHEREFORE, Mr. Garcia respectfully requests that the Court grant an extension of thirty days for the submission of the budget in this case. A proposed order accompanies this motion.

Respectfully Submitted,


*/s/ Christine Lehmann*

Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122



Dated:        August 7, 2014

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that all counsel of record who are deemed to have consented to electronic service have been served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 7th day of August, 2014. Any other counsel of record have been served by facsimile transmission and first class mail, return receipt requested, this 7th day of August, 2014.

*/s/ Christine Lehmann*

**CERTIFICATE OF CONFERENCE**

Undersigned counsel conferred with counsel for the respondent, Joseph Batte, and he indicated that Respondent is unopposed to this motion.

*/s/ Christine Lehmann*

3