**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| _____ | : | |
| EDGAR BALTAZAR GARCIA, | : | |
|             Petitioner | : | |
| | : | 1:13-cv-723 - MAC - KFG |
| | : | |
|     -v- | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|             Respondent | : | |
| | : | |
| _____ | | |

**ORDER**

AND NOW, this ____ day of _____, 2014 this Court GRANTS Movant's Motion for Extension of Time to File Budget. This Court grants Movant an extension of ____ days. The budget is due on the ____ day of _____, 2014.


**SO ORDERED.**

1