IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177 §

v.                                  §      CIVIL ACTION NO. 1:13cv723
                                           CRIM. NO. 1:09-CR-00015(2)
UNITED STATES OF AMERICA             §

O R D E R

Came on for consideration, the Petitioner's unopposed motion for an extension of time to file a budget (docket entry #7).  He noted that his budget was due on August 8, 2014.  In support of the present motion, he asserted that he needs to consult further with counsel for co-defendant Mark Isaac Snarr.  They have engaged in discussions to coordinate budget requests and shared costs.  It is noted that counsel for Snarr has likewise filed a motion for an extension of time to file a budget.  The Petitioner asked that the deadline for submitting a budget be extended by thirty days.  The motion is reasonable.  It is therefore

**ORDERED** that the Petitioner's unopposed motion for an extension of time to file a budget (docket entry #7) is **GRANTED** and the deadline for the Petitioner for submit a budget is September 8, 2014.

**SIGNED this the 11th day of August, 2014.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE