**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

_____

EDGAR BALTAZAR GARCIA,
               Petitioner

            -v-

UNITED STATES OF AMERICA,
               Respondent

_____

:
:
:
:
:     1:13-cv-723 - MAC - KFG
:
:
:
:
:
:
:

**UNOPPOSED MOTION TO SUBMIT MOTION FOR EXPERT VISITATION EX PARTE
AND UNDER SEAL**

Movant, EDGAR BALTAZAR GARCIA, requests authorization to submit ex parte and under seal his *Motion for Expert Visitation* pursuant to Local Rules CV-7 & CV-5.

The motion for expert visitation is appropriately filed ex parte and under seal to protect the petitioner from premature disclosure of his defense strategy or theory and/or privileged information.

Undersigned counsel has conferred with Counsel for the Government, Joseph Batte, who expressed no opposition to this motion.

WHEREFORE, Mr. Garcia respectfully requests that the Court order that Movant be permitted to file his Motion for Expert Visitation Ex Parte and Under Seal.

Respectfully Submitted,

1

*/s/ Christine Lehmann*

Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122

/s/ *Jason D. Hawkins*

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763

Dated:           October 24, 2014

## CERTIFICATE OF SERVICE

This is to certify that, on this October 24, 2014, I served a true and correct copy of the

foregoing pleading by electronic mail from the clerk of court for delivery on opposing counsel

*/s/ Christine Lehmann*

## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel conferred with Joseph Batte, Counsel for the

Government, and he has no opposition to this motion.

*/s/ Christine Lehmann*