IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177   §

v.   §   CIVIL ACTION NO. 1:13cv723
CRIM. NO. 1:09-CR-00015(2)

UNITED STATES OF AMERICA   §

O R D E R

Pending before the Court is Garcia's unopposed motion to submit motion for expert visitation *ex parte* and under seal (docket entry #9). He desires to file the motion *ex parte* and under seal to protect him from premature disclosure of his defense strategy or theory and/or privileged information. The motion is reasonable. It is therefore

**ORDERED** that Garcia's unopposed motion to submit motion for expert visitation *ex parte* and under seal (docket entry #9) is **GRANTED**.

**SIGNED this the 29th day of October, 2014.**

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE