IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177   §

v.   §       CIVIL ACTION NO. 1:13cv723
                                             CRIM. NO. 1:09-CR-00015(2)

UNITED STATES OF AMERICA   §

O R D E R

Pending before the Court are Garcia's unopposed motions to submit motions for expert visitation *ex parte* and under seal (docket entry nos. 13 and 15). He desires to file the motions *ex parte* and under seal to protect him from premature disclosure of his defense strategy or theory and/or privileged information. The motion is reasonable. It is therefore

**ORDERED** that Garcia's unopposed motions to submit motions for expert visitation *ex parte* and under seal (docket entry nos. 13 and 15) are **GRANTED**.

**SIGNED this the 25th day of November, 2014.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE