**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

_____

                                    :

EDGAR BALTAZAR GARCIA,       :
           Petitioner          :
                                      :
                                      :        1:13-CV-723 - MAC - KFG
          -v-              :
                                      :

UNITED STATES OF AMERICA,   :
           Respondent      :

_____  :

**ORDER GRANTING *MOTION FOR LEAVE TO CONDUCT DISCOVERY***

On this ___ day of _____, 2015, after consideration of the

Movant's Motion for Leave to Conduct Discovery, it is hereby

ORDERED that the Movant's Motion is GRANTED; and it is further

ORDERED that Movant is permitted to issue subpoenas for the requested

information.

1