**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

_____

EDGAR BALTAZAR GARCIA,                    :
    Petitioner                            :
                                          :
                                          :
                                          :        1:13-cv-723 - MAC - KFG
-v-                                       :
                                          :
                                          :
UNITED STATES OF AMERICA,                 :
    Respondent                            :
                                          :
                                          :
_____          :

### PETITIONER EDGAR BALTAZAR GARCIA'S UNOPPOSED MOTION FOR ACCESS TO SEALED DOCUMENTS

Movant, EDGAR BALTAZAR GARCIA, through undersigned counsel, respectfully

moves this Court to allow Movant to access sealed documents in this case.

Mr. Garcia seeks access to all court documents filed under seal or otherwise inaccessible

to Mr. Garcia via the online PACER system in his criminal case, docket number 1:09-CR-00015.

Notably, the physical appellate file in Mr. Garcia's case was inadvertently destroyed by the 5th

Circuit Clerk's office. Mr. Garcia has therefore had to reassemble the file via PACER, but has

not been able to access documents in the criminal trial file labeled "under seal." There are 29

documents so labeled. In addition, in an Order issued on April 20, 2010, the trial court references

five documents as having been sealed and then unsealed (docket nos. 50, 54, 61, 75 and 138), but

these documents do not appear on PACER whatsoever and Movant has no access to them.

Moreover, in cross-referencing Mr. Snarr's and Mr. Garcia's docket lists, there are a

number of absent or missing document numbers which, upon information and belief, represent additional sealed files. Mr. Garcia requests access to all the documents filed under seal in his case, with the exception of any documents filed ex parte and under seal by the Government, or ex parte and under seal by Mark Snarr's attorneys.

CONCLUSION

WHEREFORE, Mr. Garcia respectfully requests that the Court order that Movant be permitted to access all under seal documents in this case.


Respectfully Submitted,


*/s/ Christine Lehmann*

Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122

/s/ *Jason D. Hawkins*

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763


Dated: January 27, 2015


**CERTIFICATE OF SERVICE**

2

This is to certify that, on this January 27, 2015, I served a true and correct copy of the foregoing pleading by electronic mail and first class mail on opposing counsel

*/s/ Christine Lehmann*

## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel conferred with Joseph Batte, Counsel for the Government, and he does not oppose this motion.

*/s/ Christine Lehmann*