**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

_____

| | |
|---|---|
| EDGAR BALTAZAR GARCIA,<br>Petitioner | : <br> : <br> : <br> : <br> : |
| -v- | : <br> : |
| UNITED STATES OF AMERICA,<br>Respondent | : <br> : <br> : <br> : |
| _____ | : |

1:13-CV-723 - MAC - KFG

**ORDER GRANTING *MOTION FOR ACCESS TO SEALED DOCUMENTS***

On this ___ day of _____, 2015, after consideration of the

Movant's Motion for Access to Sealed Documents, it is hereby

ORDERED that the Movant's Motion is GRANTED; and it is further

ORDERED that the Clerk of Court grant Movant access to all documents filed in

Mr. Garcia's criminal case,  docket number 1:09-cr-00015, including all sealed

documents, with the exception of any documents filed both ex parte and under seal by the

Government or ex parte and under seal by Mark Snarr's attorneys in this case.

1