**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

---

EDGAR BALTAZAR GARCIA,
    Petitioner

        -v-

UNITED STATES OF AMERICA,
    Respondent

:
:
:
:
:
:
:
:
:
:
:
:
:
:

    1:13-cv-723 - MAC - KFG

---

## [PROPOSED] ORDER GRANTING MOVANT'S UNOPPOSED MOTION TO SEAL EDGAR BALTAZAR GARCIA'S 28 U.S.C. § 2255 PETITION

Movant's Motion to Seal Edgar Baltazar Garcia's 28 U.S.C. § 2255 is GRANTED.

IT IS THEREFORE ORDERED that the District Clerk file Edgar Baltazar Garcia's 28 U.S.C. § 2255 Petition, including the Motion for Collateral Relief and all accompanying exhibits and declarations, under seal.