IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR BALTAZAR GARCIA, #28132-177 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:13cv723 |
| | | CRIM. NO. 1:09-CR-00015(2) |
| UNITED STATES OF AMERICA | § | |

O R D E R

Before the Court is Garcia's unopposed motion to seal his § 2255 motion (docket entry #29). In support of the motion, he explained that many of his exhibits, along with the discussion of the exhibits in the petition, include confidential information. He thus asks that the § 2255 motion and all supporting exhibits and declarations be filed under seal. He intends to file the § 2255 motion on February 24, 2015. The motion is reasonable. Garcia is reminded that the § 2255 motion must comply with Local Rule CV-3 regarding page limits, table of contents and table of authorities. It is therefore

**ORDERED** that Garcia's motion to seal his § 2255 motion (docket entry #29) is **GRANTED** and the Clerk of Court shall file and maintain the § 2255 motion, including accompanying exhibits and declarations, under seal.

**SIGNED this the 20th day of February, 2015.**

_____

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE