IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA §
§
VS. § CRIM NO. 1:13-CV-723
§
EDGAR BALTAZAR GARCIA §

**NOTICE OF ATTORNEY APPEARANCE**

COMES NOW the United States of America, by and through John M. Bales, United States Attorney for the Eastern District of Texas, on behalf of the United States of America, and notices the Court of the government's intent to add Joseph R. Batte, Assistant United States Attorney, Beaumont Division, as co-counsel for Plaintiff, United States of America, in this cause, and would show the Court that:

I.

The undersigned, Assistant United States Attorney, Joseph R. Batte, should be added and noticed on all further pleadings and papers should also be served on:

Joseph R. Batte
Assistant U.S. Attorney
Texas Bar No. 01918070
350 Magnolia, Suite 150
Beaumont, Texas   77701
(409) 839-2538
(409) 839-2550 fax
joe.batte@usdoj.gov

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Joseph R. Batte
Joseph R. Batte
Assistant U.S. Attorney
Texas Bar No. 01918070
350 Magnolia, Suite 150
Beaumont, Texas   77701
(409) 839-2538
(409) 839-2550 fax
joe.batte@usdoj.gov

## CERTIFICATE OF SERVICE

On this the 25th day of February, 2014, I do certify that a true and correct copy of the foregoing Notice of Attorney Appearance was sent via electronic transmission to Defendant's counsel of record.

/s/ Joseph R. Batte
Joseph R. Batte