

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT  DIVISION

| | | |
|---|---|---|
| EDGAR BALTIZAR GARCIA (#28132-177) | § | |
| | § | CIVIL NO: 1:13CV723 |
| VS | § | CRIMINAL NO: 1:09CR15-2 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Pending before the Court is Garcia's Unopposed Motion to Exceed Page Limitations (doc.# 32) Local Rule CV-3 requires a petitioner to seek leave of court to file a petition which exceeds 100 pages.  Garcia has requested that he needs to exceed the page limit and request that he be permitted to file an over-length motion not to exceed three hundred eighty three (383) pages, exclusive of tables and certificates.  It is,

**ORDERED,** that Garcia's Unopposed Motion to Exceed Page Limitation (doc.#32) is **GRANTED**.

**SIGNED this the 26th day of February, 2015.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE