IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR BALTHAZAR GARCIA | § | |
| | § | |
| v. | § | No. 1:13-cv-723 (MAC-KFG) |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER DENYING PETITONER'S MOTION FOR LEAVE TO CONDUCT DISCOVERY

Came to be considered the Defendant's Motion for Leave to Conduct Discovery,

and the Court having considered the same, it is accordingly,

ORDERED that the Defendant's Motion for Leave to Conduct Discovery be

DENIED.