# ACKNOWLEDGMENT OF RECEIPT

X_ Show Cause Order

Case Number 1:13cv723 & 1:13cv.724

Case Style Garcia v USA          Snarr v. USA

_____ Original Case File

Case Number _____

Case Style _____

_____ Other

Copies of Orders to Answer and 1 CD containing 2255 motions for both cases.

For Asst US Attorney _____

Received by Monica Bergeren

Date     3-3-15

*28:2241 Writ of Habeas Corpus (Federal) assigned to AUSA Mike Lockhart