**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

_____

EDGAR BALTAZAR GARCIA,              :
    Petitioner                       :
                                     :
                                     :
                                     :
                                     :    1:13-cv-723 - MAC - KFG
             -v-                     :
                                     :
UNITED STATES OF AMERICA,           :
    Respondent                       :
                                     :
                                     :
_____    :

## MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO MOVANT'S DISCOVERY MOTION

Movant, EDGAR BALTAZAR GARCIA, through undersigned counsel, respectfully moves for an extension of 45 days in which to file his reply to the _Government's Response to Petitioner's Motion for Leave to Conduct Discovery_.

In support of this motion, Mr. Garcia states the following:

1. On January 27, 2015, Movant filed his _Motion for Leave to Conduct Discovery and Supporting Memorandum_ (Doc #27), noting that he was requesting that material be provided prior to the filing of his motion pursuant to 28 U.S.C. § 2255.

2. On February 24, 2015, Movant filed his _Motion for Collateral Relief Pursuant to 28 U.S.C. §2255_ (Doc #31).

3. On March 3, 2013, the Government filed a _Response to Petitioner's Motion for Leave to Conduct Discovery_ (Doc #46).

1

4.    Movant hereby requests an extension of time in which to file a reply to the Government's response. The local civil rules allow ten days for the filing of a reply to a response without court permission. *See* Local Civil Rule CV7(f) (allowing seven days after service of response to file a reply brief, unless otherwise directed by the presiding judge) (citing Local Civil Rule CV-6)(adding three days to the prescribed period).

5.    The Government, in its Response to Movant's discovery motion, has indicated that in its view Movant has not made out "good cause" for its discovery requests. Movant therefore wishes to provide the Court further information in justification of his requests, including information acquired after the filing of the discovery motion, in the final work-up to the filing of his § 2255 motion.

WHEREFORE, Mr. Garcia respectfully requests that this Court grant him an extension of 45 days in which to file his reply to the Government's Response to his discovery motion.


Respectfully Submitted,


*/s/ Christine Lehmann*                                    /s/ *Jason D. Hawkins*

Christine Lehmann                                         Jason D. Hawkins
Louisiana Capital Assistance Center          Federal Public Defender
636 Baronne Street                                       Northern District of Texas
New Orleans, LA 70113                             525 South Griffin Street, Suite 629
(504) 558-9867                                            Dallas, Texas 75202
(504) 558-0378 (fax)                                   (214) 767-2746
Louisiana Bar #28122                                 (214) 767-2886 (fax)
                                                                      Texas Bar No. 00795763


Dated: March 13, 2015

**CERTIFICATE OF SERVICE**

This is to certify that, on this March 13, 2015, I served a true and correct copy of the foregoing pleading on counsel for the Government via CM/ECF electronic notification.

*/s/ Christine Lehmann*

**CERTIFICATE OF CONFERENCE**

Undersigned counsel has recently discussed the timing of discovery pleadings with counsel for the Government. Undersigned counsel, however, was not able to make contact with opposing counsel regarding his response to the specific deadline proposed in this motion prior to this filing. Undersigned counsel will supplement with the Government's response as soon as contact is made.

*/s/ Christine Lehmann*