**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

_____

EDGAR BALTAZAR GARCIA,
    Petitioner

     -v-

UNITED STATES OF AMERICA,
    Respondent

_____

:
:
:
:
:
:
:
:
:
:
:
:
:

1:13-cv-723 - MAC - KFG

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
GOVERNMENT'S RESPONSE TO MOVANT'S DISCOVERY MOTION**

Edgar Garcia having moved for an extension of time in which to file a Reply to the

Government's Response to Movant's Discovery Motion, and the Court having considered Mr.

Garcia's arguments in support of his motion, it is hereby ORDERED that:

1. Mr. Garcia's Motion for Extension of Time to File Replay to Government's

    Response to Movant's Discovery Motion is GRANTED; and

2. Mr. Garcia is hereby GRANTED an extra 45 days in which to file said Reply.