**L**ouisiana
**C**apital
**A**ssistance
**C**enter

*A Non-Profit Law Office*

March 18, 2015

Honorable Keith F. Giblin
Magistrate Judge
300 Willow St., Suite 118
Beaumont, TX  77701
(409) 654-2845

   Re: Edgar Garcia v. USA, 1:13-cv-723 - MAC - KFG

Dear Judge Giblin:

Last Friday, March 20, 2015, I filed a *Motion for Extension of Time to File Reply* in the case of *Edgar Garcia v. USA*, 1:13-cv-723 - MAC - KFG. At the time of the filing, I had not been able to reach opposing counsel to conference the motion. Opposing counsel has since informed me that he has no opposition to the motion.  I am writing to supplement the filing with this information.

Sincerely,

Christine Lehmann
Counsel for Edgar Garcia