IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177 §

v.                                                      §        CIVIL ACTION NO. 1:13cv723
                                                                  CRIM. NO. 1:09-CR-00015(2)
UNITED STATES OF AMERICA            §

O R D E R

Before the Court is Garcia's motion for an extension of time to file a reply to the Government's response to his discovery motion (doc. 49). In support of the motion, Garcia observed that the Government claims he has not made out "good cause" for his discovery request. He thus wishes to provide the Court with further information in justification of his requests. He asked for an additional 45 days to file a reply. The motion is reasonable. It is therefore

**ORDERED** that Garcia's motion for an extension of time to file a reply to the Government's response to his discovery motion (doc. 49) is **GRANTED** and the deadline for him to file a reply is extended to April 28, 2015.

**SIGNED this the 19th day of March, 2015.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE