IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA          §
                              §
V.                            §    No. 1:13CV723
                              §
UNITED STATES OF AMERICA       §

## ORDER

The government has moved to stay this case until the Supreme Court decides whether the Eighth Amendment's guarantee of "individualized sentencing" precludes joint sentencings of co-defendants in capital cases. Movant Edgar Baltazar Garcia does not oppose the motion.

After considering the motion, the Court is of the opinion that the motion is well taken: a stay of this proceeding will preserve strained judicial and government resources without harming Movant Garcia. It is, therefore,

ORDERED that the Government's Unopposed Motion to Stay is GRANTED and this case is stayed until the Supreme Court decides *Kansas v. Reginald Carr*, No. 14-450, and *Kansas v. Jonathan Carr*, No. 14-449.

**Order Staying Case — Page 1**