IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA      §
§
VS.      §      1:13CV723
§
UNITED STATES OF AMERICA      §

## NOTICE TO THE COURT OF APPEARANCE OF COUNSEL

COMES NOW the United States of America, by and through John M. Bales,

United States Attorney for the Eastern District of Texas, and Jeffrey A. Zick, on behalf of

the United States of America, and notices the Court of the government's intent to add

Jeffrey A. Zick, as counsel for Plaintiff, United States of America, in this cause, and

would show the Court that:

I.

Jeffrey A. Zick will appear as attorney of record for the Plaintiff, United States of

America, and all further pleadings and papers should be served on:

> Jeffrey A. Zick
> U.S. Department of Justice
> Criminal Division / Capital Case Section
> 1331 F. Street NW, 6th Floor
> Washington, D.C. 20530
> Office: (202) 616-3942

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/ Jeffrey A. Zick
Jeffrey A. Zick

U.S. Department of Justice
Criminal Division / Capital Case Section
1331 F. Street NW, 6th Floor
Washington, D.C. 20530
Office: (202) 616-3942

## CERTIFICATE OF SERVICE

On this the 1st day of March, 2016, I do certify that a true and correct copy of the foregoing Notice to the Court of Appearance of Counsel was sent via electronic filing to Defendant's counsel of record.

/s/ Jeffrey A. Zick
Jeffrey A. Zick