IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA        §
                            §
V.                          §    No. 1:13CV723
                            §
UNITED STATES OF AMERICA     §

## **ORDER**

The government has moved to lift the stay in this case and for a response deadline of six months after the stay is lifted. Movant Edgar Baltazar Garcia does not oppose the motion.

After considering the motion, the Court is of the opinion that the motion is well taken. It is, therefore,

ORDERED that the Government's Unopposed Motion To Lift Stay and Issue Scheduling Order is GRANTED. On this date, the stay in this case is lifted and the case is administratively reopened.

It is further ORDERED that the government file a response to Edgar Baltazar Garcia's Section 2255 motion no later than six months from the date of this order.

**Order Staying Case — Page 1**