IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA          §
                              §
VS.                           §          1:13CV723
                              §
UNITED STATES OF AMERICA       §

## ORDER

CAME ON this day to be considered United States' Unopposed Motion to Unseal all Sealed Motions, Orders, Reports and Proceedings Relevant to the Defense Budget in *United States v, Edgar Baltazar Garcia*, No. 1:09-CR-00015(2).

The Court upon consideration of the United States' motion to unseal defense budget documents deems that the request is relevant and should be GRANTED;

THEREFORE, IT IS ORDERED that the United States' unopposed motion to unseal all sealed budget documents in *United States v. Edgar Baltazar Garcia*, No. 1:09-CR-00015(2) be GRANTED under the following procedures:

(1) that Garcia will file an unopposed motion for access to all sealed budget documents in his case; (2) subsequent to receipt of the sealed budget documents and records, counsel for Garcia will prepare a sealed records log that provides a sufficient description of the nature of each sealed document to allow the government to assess whether the documents may or may not be relevant to the claims in Garcia's motion; (3) upon disclosure of the sealed records log, the parties shall meet and confer and submit an unopposed motion to grant the government access to relevant sealed records; (4) and for any disputed records, the government may move to unseal those documents and Garcia may respond to the government's request.