IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177 §

v.                                   §    CIVIL ACTION NO. 1:13cv723
                                          CRIM. NO. 1:09-CR-00015(2)
UNITED STATES OF AMERICA              §

O R D E R

Before the Court is the Government's unopposed motion to unseal all sealed motions, orders, reports and proceedings relevant to the defense budget (Dkt. #63) in *United States v. Edgar Baltazar Garcia*, No. 1:09-CR-00015(2). The motion relates to Garcia's asserted claim of lack of expert funding in his motion for collateral relief pursuant to 28 U.S.C. § 2255. The motion has merit. It is accordingly

**ORDERED** that the Government's unopposed motion to unseal all sealed motions, orders, reports and proceedings relevant to the defense budget (Dkt. #63) in *United States v. Edgar Baltazar Garcia*, No. 1:09-CR-00015(2) is **GRANTED** under the following procedures:

(1) that Garcia will file an unopposed motion for access to all sealed budget documents in his case; (2) subsequent to receipt of the sealed budget documents and records, counsel for Garcia will prepare a sealed records log that provides a sufficient description of the nature of each sealed document to allow the Government to assess whether the documents may or may not be relevant in Garcia's motion; (3) upon disclosure of the sealed records log, the parties shall meet and confer and submit an unopposed motion to grant the Government access to relevant sealed records; and (4) and

1

for any disputed records, the Government may move to unseal those documents and Garcia may respond to the Government's request.

**SIGNED this the 14th day of November, 2016.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE