IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA           §
                               §
V.                             §    No. 1:13CV723
                               §
UNITED STATES OF AMERICA        §

## UNOPPOSED SECOND MOTION TO EXTEND TIME FOR RESPONSE

The United States respectfully moves for an extension of 120 days in which to file its response to Petitioner's motion for collateral review under 28 U.S.C. § 2255.

## I.    PROCEDURAL BACKGROUND

On February 24, 2015, Petitioner ("Garcia") filed a motion for collateral relief under 28 U.S.C. § 2255, which is currently pending before the Court.  (ECF 31).  Garcia previously moved that his motion for collateral relief and all supporting exhibits (ECF 33–43) be filed under seal and the Court granted the request.  (ECF 30).  This Court, upon the request of the United States, stayed this proceeding while the Supreme Court considered the issues raised in *Kansas v. Carr*, 136 S. Ct. 633 (2016).  (ECF 54).  The stay was lifted on April 14, 2016, and the Court ordered the United States' response to Garcia's§ 2255 motion be due on August 1, 2016.  (ECF 57).  The United States sought, and this Court granted, a first request to extend time to respond to Garcia's § 2255 motion.  (ECF 61 and 62).  The current deadline for the United States' response is December 1, 2016.

## II.    REASONS FOR THE EXTENSION REQUEST

The United States asks this Court for an extension of 120 days in which to file its response to Garcia's § 2255 motion for collateral relief.  The United States needs this

Motion for Extension of Time — Page 1

additional time in order to complete its review of the voluminous trial record and adequately answer Garcia's numerous claims. Garcia's motion for collateral relief is 381 pages in length and contains 19 substantive claims. The detailed claims for relief also contain many sub-claims for relief. In order for the United States to adequately respond to the claims made in Garcia's motion, it needs additional time to complete a thorough review of the trial and appellate records in addition to the records that were disclosed in discovery.

The United States recently filed an unopposed motion to unseal documents related to trial counsel's budget in order to respond to certain claims in Garcia's § 2255 motion. (ECF 63). The Court granted the United States' request under a procedure where Garcia's counsel will ultimately review all unsealed documents and provide a log describing each document to ensure that privileged information is not disclosed. Because this process has not begun yet, the United States requests additional time to determine whether relevant documents exist and review such documents to incorporate into its answer.

Undersigned counsel has been diligently reviewing the above material, but needs the additional time to complete review of the record to adequately answer the claims for relief. Undersigned counsel is also responsible for completing the answer to co-defendant Mark Snarr's 206-page motion for collateral relief currently due on the same date as this response. While some claims in both motions are intertwined due to the joint trial, there are many claims that need independent analysis of the record. Due to the complex nature of these cases, the United States respectfully requests the additional time within which to prepare an appropriate response to both motions for collateral relief.

**Motion for Extension of Time — Page 2**

### III.    Certificate of Conference

Undersigned counsel has conferred with counsel for Garcia who indicates Petitioner

has no objection to this extension request.

### IV.    Conclusion

For the reasons stated above, the United States moves the Court to extend the

deadline for the filing of a response to Petitioner's motion for collateral relief 120 days

from to December 1, 2016, to April 1, 2017.

Respectfully submitted,

John M. Bales
United States Attorney
Eastern District of Texas

/s/ Jeffrey A. Zick
Jeffrey A. Zick
U.S. Department of Justice
Arizona Bar No. 018712
1331 F. Street, 6th Floor
Washington, D.C. 20530
(202) 616-3942
Email: Jeffrey.zick@usdoj.gov

/s/  Joseph R. Batte
Assistant United States Attorney
Texas Bar No. 01918070
350 Magnolia Ave., Suite 150
Beaumont, TX 77701
(409) 839-2538
(409) 839-2550 (fax)
Email: joe.batte@usdoj.gov

## Certificate of Service

I certify that on November 23, 2016, this document was served by the Court's

ECF system on Christine Lehmann and Jason D. Hawkins, counsel for Garcia.

/s/ Jeffrey A. Zick
Jeffrey A. Zick
Trial Attorney
U.S. Department of Justice