IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION


EDGAR BALTAZAR GARCIA, #28132-177   §

v.   §   CIVIL ACTION NO. 1:13cv723
   CRIM. NO. 1:09CR00015-002

UNITED STATES OF AMERICA   §


O R D E R

Before the Court is the Government's unopposed second motion to extend time for response (Dkt. #65).  In support of the motion, the Government states that it needs more time to review the voluminous trial record and adequately answer Garcia's claims.  The Government also observes that the § 2255 motion is 381 pages in length and contains 19 claims.  Moreover, the response to co-defendant Snarr's 206 page motion is due on the same day.   The request is made to extend the deadline for filing a response to April 1, 2017.  The motion is reasonable.  It is therefore

**ORDERED** that the Government's second motion to extend time for response (Dkt. #65) is **GRANTED** and the deadline for the Government to file a response is extended to April 1, 2017. It is further

**ORDERED** that the deadline for Garcia to file a reply is extended to June 1, 2017.


**SIGNED this the 28th day of November, 2016.**


_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE