**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

_____

EDGAR BALTAZAR GARCIA,
    Movant

-v-

UNITED STATES OF AMERICA,
    Respondent

_____

:
:
:
:
:
:        1:13-cv-723 - MAC - KFG
:
:
:
:
:
:
:
:

## MOVANT EDGAR BALTAZAR GARCIA'S UNOPPOSED MOTION FOR ACCESS TO SEALED DOCUMENTS

Movant, EDGAR BALTAZAR GARCIA, through undersigned counsel, pursuant to the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, respectfully moves this Court to allow Movant to access sealed documents in this case.

Mr. Garcia was sentenced to death on May 24, 2010, along with his co-defendant Marc Snarr, for the killing of fellow inmate Gabriel Rhones while housed in the USP Beaumont Secure Housing Unit (SHU). (ECF 352). On February 24, 2015, Mr. Garcia filed his 2255 Motion under seal. (ECF 31). Mr. Garcia filed an earlier version of this motion on January 27, 2015 (ECF 28); that motion which was dismissed without prejudice when the case was stayed upon motion of the Government. (ECF 54).

Mr. Garcia now seeks access to all court documents filed under seal or otherwise inaccessible to Mr. Garcia via the online PACER system in his criminal case, docket number

1

1:09-CR-00015. Notably, the physical appellate file in Mr. Garcia's case was inadvertently destroyed by the 5th Circuit Clerk's office. Mr. Garcia has therefore had to reassemble the file via PACER, but has not been able to access documents in the criminal trial file labeled "under seal." There are 29 documents so labeled. In addition, in an Order issued on April 20, 2010, the trial court references five documents as having been sealed and then unsealed (docket nos. 50, 54, 61, 75 and 138), but these documents do not appear on PACER and Movant has no access to them.

Moreover, in cross-referencing Mr. Snarr's and Mr. Garcia's docket lists, there are a number of absent or missing document numbers which, upon information and belief, represent additional sealed files.

Further, on November 16, 2016, this Court granted an unopposed motion establishing a procedure by which the government may gain access to sealed documents relevant to Mr. Garcia's funding claim that is predicated upon Mr. Garcia seeking and having granted an order to unseal documents in his case.[1]  (ECF 64)

Mr. Garcia requests access to all the documents filed under seal in his case, with the exception of any documents filed ex parte and under seal by the Government, or ex parte and under seal by Mark Snarr's attorneys that were filed to the exclusion of Mr. Garcia and his counsel.

**CONCLUSION**

WHEREFORE, Mr. Garcia respectfully requests that the Court order that Movant be

---

[1] The Order provides, *inter alia*, "(1) that Garcia will file an unopposed motion for access to all sealed budget documents in his case; (2) subsequent to receipt of the sealed budget documents and records, counsel for Garcia will prepare a sealed records log that provides a sufficient description of the nature of each sealed document to allow the Government to assess whether the documents may or may not be relevant in Garcia's motion".

permitted to access all under seal documents in this case.

Respectfully Submitted,

*/s/ Christine Lehmann*

Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122

/s/ *Jason D. Hawkins*

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763

Dated:  December 6, 2016

## CERTIFICATE OF SERVICE

This is to certify that, on December 6, 2016, this document was served by the Court's

ECF system on opposing counsel.

*/s/ Christine Lehmann*

## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel conferred with Jeffrey Zick, Counsel for the

Government, and he does not oppose this motion.

*/s/ Christine Lehmann*

3