**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

_____

EDGAR BALTAZAR GARCIA,
           Petitioner

     -v-

UNITED STATES OF AMERICA,
           Respondent


_____

:
:
:
:
:
:
:
:
:
:
:
:
:

1:13-CV-723 - MAC - KFG

## ORDER GRANTING *MOTION FOR ACCESS TO SEALED DOCUMENTS*

On this ___ day of _____, 2016, after consideration of the

Movant's *Motion for Access to Sealed Documents*, it is hereby

ORDERED that the Movant's Motion is GRANTED; and it is further

ORDERED that the Clerk of Court grant Movant access to all documents filed in

Mr. Garcia's criminal case, docket number 1:09-cr-00015, including all sealed

documents, with the exception of any documents filed both ex parte and under seal by the

Government or ex parte and under seal by co-defendant Mark Snarr that were filed to the

exclusion of Mr. Garcia in this case.