**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| EDGAR BALTAZAR GARCIA, | ) |
|     *Movant*, | ) |
| | ) |
|     v. | ) Case No. 1:13-cv-723-MAC-KFG |
| | ) |
| | ) DEATH PENALTY CASE |
| UNITED STATES OF AMERICA, | ) |
|     *Respondent.* | ) |

**MOVANT EDGAR BALTAZAR GARCIA'S UNOPPOSED MOTION FOR LEAVE TO FILE DISCOVERY MOTION IN EXCESS OF PAGE LIMITATION**

Movant, EDGAR BALTAZAR GARCIA, through undersigned counsel, pursuant to the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, respectfully moves this Court to allow Movant to file a non-dispositive motion for discovery in excess of the page limitation.

Mr. Garcia was sentenced to death on May 24, 2010, along with his co-defendant Marc Snarr, for the killing of fellow inmate Gabriel Rhones while housed in the USP Beaumont Secure Housing Unit (SHU). (ECF 352). On February 24, 2015, Mr. Garcia filed his 2255 Motion under seal. (ECF 31). Mr. Garcia now seeks to file discovery motions, including a 57 page First Motion for Leave to Conduct Discovery.

The U.S. District Court for the Eastern District of Texas' local rules require that non-

dispositive civil motions not exceed fifteen pages in length except by leave of court. Local Rule CV-7(a)(2).

Mr. Garcia has combined many discovery requests and requests for subpoena duces tecum into one omnibus request for ease of reference. While this filing could be divided into a number of shorter requests, undersigned counsel does not believe that this would aid this Court or the Government in understanding or addressing Mr. Garcia's discovery requests. The motion is long but carefully organized pursuant to Mr. Garcia's legal claims from his 2255 motion.

Mr. Garcia has discussed this motion with Jeffrey Zick, counsel for the Government, and the Government has no objection.

CONCLUSION

WHEREFORE, Mr. Garcia respectfully requests that the Court grant Movant permission to file a Motion for Discovery in excess of page limits.

Respectfully Submitted,

*/s/ Christine Lehmann*

Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122

/s/ *Jason D. Hawkins*

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629

2

Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763


Dated:  December 6, 2016


## CERTIFICATE OF SERVICE

This is to certify that, on December 6, 2016, this document was served by the Court's

ECF system on opposing counsel.

*/s/ Christine Lehmann*


## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel conferred with Jeffrey Zick, Counsel for the

Government, and he does not oppose this motion.


*/s/ Christine Lehmann*