**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

_____

EDGAR BALTAZAR GARCIA,                      :
           Petitioner                                   :
                                   :
                                   :        1:13-CV-723 - MAC - KFG
                                   :
      -v-                                             :

UNITED STATES OF AMERICA,                  :
           Respondent                                  :
                                   :
                                   :
_____          :

## ORDER GRANTING *MOTION FOR LEAVE TO FILE DISCOVERY MOTION IN EXCESS OF PAGE LIMITATION*

On this ___ day of _____, 2016, after consideration of the

Movant's Motion for Leave to File Discovery Motion in Excess of Page Limitation, it is

hereby ORDERED that the Movant's Motion is GRANTED and that he may file a first

motion for discovery up to and including 57 pages in length.

1