**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

EDGAR BALTAZAR GARCIA,              )
    *Movant*,                                          )
                                                         )
    v.                                                )  Case No. 1:13-cv-723-MAC-KFG
                                                         )
                                                         ) DEATH PENALTY CASE
UNITED STATES OF AMERICA,          )
    *Respondent.*                                   )

---

## MOVANT EDGAR BALTAZAR GARCIA'S UNOPPOSED MOTION TO SEAL DISCOVERY MOTIONS

---

Movant, EDGAR BALTAZAR GARCIA, through undersigned counsel, respectfully moves this Court, pursuant to Local Rule CV-5(a)(7), to enter an Order directing the District Clerk to file Edgar Garcia's discovery motions and all supporting exhibits and declarations under seal. The Parties have met and conferred regarding this Motion, and the Respondent has no objections to the Motion.

Mr. Garcia was sentenced to death on May 24, 2010, along with his co-defendant Marc Snarr, for the killing of fellow inmate Gabriel Rhones while housed in the USP Beaumont Secure Housing Unit (SHU). (ECF 352). On February 18, 2015, Mr. Garcia filed an unopposed motion for leave to file his 2255 motion and exhibits under seal (ECF 29); this motion was granted on

1

February 20, 2015 (ECF 30). On February 25, 2015, Mr. Garcia's 2255 Motion was filed under seal. (ECF 31).

Simultaneously with this motion, Movant has filed a set of discovery motions. Three of these motions, *First motion for leave to conduct discovery*, *Motion to allow retained experts to rely on and share information from BOP documents previously received by these experts in other cases*, and *Motion for exculpatory and impeachment information and incorporated memorandums*, should be filed under seal pursuant to this Court's previous order sealing the 2255 motion. (ECF 30)

Most critically, these discovery motions contain extensive discussions of Federal Bureau of Prison (BOP) Records, as well as of inmate declarations detailing security incidents and security features of the BOP.  Notably, even prior to this Court's Order sealing the 2255 filings, this Court had issued a protective order indicating that BOP records provided in discovery are "confidential and should only be provided to individuals necessary to the preparation of the defense of the charges in this case." Order, Dkt. No. 225 (March 15, 2010); *see* Tr. Status Conf. p. 89, 99 (March 4, 2010), Tr. Sel., p. 1153-54 (May 19, 2010). The restricted access to these records is based upon the fact that they contain confidential information concerning prison operations and prisoner conduct which could, if publicly revealed, result in security issues for the prison and safety issues for inmates. This same concern applies to these discovery motions.

In addition, the majority of Movant's 2255 motion legal claims are discussed in these discovery motions. Movant hereby incorporates in this motion the extensive arguments made for the sealing of the entirety of the 2255 motion at the time of filing. (ECF 29). For the same reasons that this Court granted the sealing of the 2255 motion, the further discussion of those

claims in these discovery motions should remain out of the public view.

CONCLUSION

WHEREFORE, Mr. Garcia respectfully requests that the Court enter an Order directing the District Clerk to file Edgar Garcia's *First motion for leave to conduct discovery*, *Motion to allow retained experts to rely on and share information from BOP documents previously received by these experts in other cases*, and *Motion for exculpatory and impeachment information and incorporated memorandum* and any accompanying appendices, declarations, exhibits and orders, under seal.

Respectfully Submitted,


*/s/ Christine Lehmann*

Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122

/s/ *Jason D. Hawkins*

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763


Dated: December 6, 2016

3

## CERTIFICATE OF SERVICE

This is to certify that, on December 6, 2016, this document was served by the Court's ECF system on opposing counsel.

*/s/ Christine Lehmann*

## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel conferred with Jeffrey Zick, Counsel for the Government, and he does not oppose this motion.

*/s/ Christine Lehmann*