**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

_____

EDGAR BALTAZAR GARCIA,
          Petitioner

    -v-

UNITED STATES OF AMERICA,
          Respondent

_____

:
:
:
:
:
:
:
:
:
:
:
:

1:13-CV-723 - MAC - KFG

## ORDER GRANTING UNOPPOSED MOTION TO SEAL DISCOVERY MOTIONS

On this ___ day of _____, 2016, after consideration of the

Movant's *Unopposed Motion to Seal Discovery Motions*, it is hereby

ORDERED that Mr. Garcia's motion to seal his *First motion for leave to conduct

discovery*, *Motion to allow retained experts to rely on and share information from BOP

documents previously received by these experts in other cases*, and *Motion for

exculpatory and impeachment information and incorporated memorandum* is GRANTED

and the Clerk of Court shall file and maintain these motions, including any accompanying

appendices, declarations, exhibits and orders, under seal.

1