**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| EDGAR BALTAZAR GARCIA,<br>    *Movant*, | )<br>)<br>) |
| v. | ) Case No. 1:13-cv-723-MAC-KFG<br>) |
| | ) DEATH PENALTY CASE |
| UNITED STATES OF AMERICA,<br>    *Respondent.* | )<br>) |

## MOVANT EDGAR BALTAZAR GARCIA'S UNOPPOSED MOTION FOR ORAL ARGUMENT ON DISCOVERY MOTIONS

Movant, EDGAR BALTAZAR GARCIA, through undersigned counsel, pursuant to the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution, respectfully moves this Court to set oral argument on Movant's simultaneously filed discovery motions.

Mr. Garcia was sentenced to death on May 24, 2010, along with his co-defendant Marc Snarr, for the killing of fellow inmate Gabriel Rhones while housed in the USP Beaumont Secure Housing Unit (SHU). (ECF 352). On February 24, 2015, Mr. Garcia filed his 2255 Motion under seal. (ECF 31). Simultaneously with this motion, Mr. Garcia files a set of discovery motions, including a *First Motion for Leave to Conduct Discovery*, *Motion for Exculpatory and Impeachment information and Incorporated Memorandum*, and *Motion to Allow Retained Exerts to Rely on and Share Information from BOP Documents Previously Received by These Experts in*

1

*Other Cases*.

The requests in these motions are wide-ranging and detailed, and include direct requests to the Government as well as requests to issue *subpoenas duces tecum* to federal and local agencies. Oral argument will assist this Court in sorting through the numerous, specific and diverse requests, most of which relate to common themes and claims, to determine whether "good cause" has been shown. *Bracy v. Gramley*, 520 U.S. 899, 908-09 (1997).

Undersigned counsel has discussed this motion with Jeffrey Zick, counsel for the Government, and he has no objection.

CONCLUSION

WHEREFORE, Mr. Garcia respectfully requests that the Court set an oral hearing on Movant's discovery motions.

Respectfully Submitted,

*/s/ Christine Lehmann*

Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122

/s/ *Jason D. Hawkins*

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746

(214) 767-2886 (fax)
Texas Bar No. 00795763


Dated: December 6, 2016

## CERTIFICATE OF SERVICE

This is to certify that, on December 6, 2016, this document was served by the Court's

ECF system on opposing counsel.

*/s/ Christine Lehmann*


## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel conferred with Jeffrey Zick, Counsel for the

Government, and he does not oppose this motion.


*/s/ Christine Lehmann*

3