**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

_____

EDGAR BALTAZAR GARCIA,                    :
              Petitioner                    :
                              :
                              :
         -v-                    :          1:13-CV-723 - MAC - KFG
                              :
UNITED STATES OF AMERICA,                    :
              Respondent                    :
                              :

_____        :

### ORDER GRANTING UNOPPOSED MOTION FOR ORAL ARGUMENT ON DISCOVERY MOTIONS

On this ___ day of _____, 2016, after consideration of the

Movant's Unopposed Motion for Oral Argument on Discovery Motions, it is hereby

ORDERED that the Movant's Motion is GRANTED; and it is further

ORDERED that Mr. Garcia's *First motion for leave to conduct discovery*, *Motion*

*to allow retained experts to rely on and share information from BOP documents*

*previously received by these experts in other cases*, and *Motion for exculpatory and*

*impeachment information and incorporated memorandum* be set for argument at

_____ AM/PM on the _____ day of _____, _____.

1