IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177   §

v.   §          CIVIL ACTION NO. 1:13cv723
                                    CRIMINAL NO. 1:09CR00015-002

UNITED STATES OF AMERICA   §

O R D E R

Before the Court are several motions filed by Movant Edgar Baltazar Garcia. The motions that are unopposed by the Government will be granted. A response by the Government is required with respect to the remaining motions. It is accordingly

**ORDERED** that Movant's unopposed motion for access to sealed documents (Dkt. #67) is **GRANTED**. It is further

**ORDERED** that the Clerk of Court shall grant Movant access to all documents filed in his criminal case, Criminal Number 1:09CR00015-002, including all sealed documents, with the exception of any documents filed both *ex parte* and under seal by the Government or *ex parte* and under seal by co-defendant Mark Snarr that were filed in exclusion of Movant in this case. It is further **ORDERED** Movant's unopposed motion for leave to file discovery motion in excess of page limitation (Dkt. #68) is **GRANTED** and he may file a motion for discovery up to and including 57 pages in length. It is further

**ORDERED** that Movant Garcia's unopposed motion to seal discovery motions (Dkt. #69) is **GRANTED**. The Clerk of Court shall make each discovery motion available to the Government since the Government will be required to respond to the motions. It is further

1

**ORDERED** that the Government has thirty days from the filing of this order to file a response to Movant's first motion for leave to conduct discovery (Dkt. #70), motion for exculpatory information (Dkt. #71) motion for exculpatory and impeachment information (Dkt. #72), and motion to allow retained experts to rely and share information from BOP documents previously received by these experts in other cases (Dkt. #73).  It is finally

**ORDERED** that the motion for oral argument on discovery motions (Dkt. #74) is **DENIED**, subject to reconsideration once the Government has filed a response to the various discovery motions.

**SIGNED this the 7th day of December, 2016.**

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE