IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177    §

v.                                   §            CIVIL ACTION NO. 1:13cv723
                                                  CRIM. NO. 1:09CR00015-002
UNITED STATES OF AMERICA              §

O R D E R

Before the Court is the Government's unopposed motion to extend time for response (Dkt. #80). In support of the motion, the Government notes a heavy case load, the need for documents that have not yet been disclosed, and the voluminous trial record. The request is made to extend the deadline for filing a response to July 1, 2017. The motion is reasonable. It is therefore

**ORDERED** that the Government's motion to extend time for response (Dkt. #80) is **GRANTED** and the deadline for the Government to file a response is extended to July 1, 2017. It is further

**ORDERED** that the deadline for Garcia to file a reply is extended to September 1, 2017.

**SIGNED this the 13th day of March, 2017.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE