IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA          §
                               §
VS.                            §                1:13CV723
                               §
UNITED STATES OF AMERICA       §

## ORDER

CAME ON this day to be considered United States' Unopposed Motion to Extend Time for Response to Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct a sentence in this matter.

The Court upon consideration of the United States' motion to extend the deadline for filing a response to Petitioner's motion deems the request to extend should be GRANTED;

THEREFORE, IT IS ORDERED that the United States' response to Petitioner's motion under 28 U.S.C. § 2255 is now due November 1, 2017.