IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR BALTAZAR GARCIA | § | |
| | § | |
| V. | § | No. 1:13CV723 |
| | § | Crim. No. 1:09CR00015-002 |
| UNITED STATES OF AMERICA | § | |

## UNOPPOSED MOTION TO EXTEND TIME FOR RESPONSE

The United States respectfully moves for an extension of 120 days in which to file its response to Petitioner's motion for collateral relief under 28 U.S.C. § 2255.

## I.      PROCEDURAL BACKGROUND

On February 24, 2015, Petitioner ("Garcia") filed a motion for collateral relief under 28 U.S.C. § 2255, which is currently pending before the Court.  (ECF 31).  Garcia previously moved that his motion for collateral relief and all supporting exhibits (ECF 33–43) be filed under seal and the Court granted the request.  (ECF 30).  This Court, upon the request of the United States, stayed this proceeding while the Supreme Court considered the issues raised in *Kansas v. Carr*, 136 S. Ct. 633 (2016).  (ECF 54).  The stay was lifted on April 14, 2016, and the Court ordered the United States' response due on August 1, 2016.  (ECF 57).  The government moved to extend the time to respond to Garcia's § 2255 (ECF 61), and on three subsequent occasions.  (ECF 65, 80, 82).  This Court ordered the government's response due on November 1, 2017.  (ECF 81).

## II.      REASONS FOR THE EXTENSION REQUEST

The United States asks this Court for an extension of 120 days in which to file its response to Garcia's § 2255 motion for collateral relief.  Since the previous extension

Motion for Extension of Time — Page 1

request, undersigned counsel has made significant progress towards completing the government's response. Because of undersigned counsel's workload and the voluminous records and number of claims in Garcia's motion, however, the United States needs additional time to complete the review response to all claims made by Garcia.

In addition, the parties previously moved for the unsealing of budget records (ECF 63, 67) relevant to some claims in Garcia's motion, and the Court granted these motions. (ECF 64, 75). The Clerk's Office recently provided some, but not all, of the requested documents to Garcia's counsel. The United States has not received these documents, but Garcia's counsel has informed undersigned counsel that the documents will be disclosed in the near future, after completion of redacting or omission of information that is not relevant to claims in Garcia's motion related to funding. These documents are necessary in order for the United States to answer Garcia's claims in his § 2255 motion. After conferring with Garcia's counsel, the government believes an additional 120-day extension is necessary to complete a review of the forthcoming sealed documents and draft responses to the funding claims and the remaining claims in Garcia's § 2255 motion.

Undersigned counsel is also responsible for completing the answer to co-defendant Mark Snarr's 206-page motion for collateral relief currently due on the same date as this response. Counsel for Snarr has informed the United States that the Bureau of Prisons has informed counsel that it is in final review and anticipates disclosing relevant documents to some of Snarr's § 2255 claims pursuant to a previous Freedom of Information Act request. Snarr is not opposing a similar motion to extend time to respond to his post-conviction motion based on the anticipated disclosure of relevant documents.

**Motion for Extension of Time — Page 2**

Due to the complex nature of these cases, the United States respectfully requests the additional time to review the forthcoming disclosure of the sealed documents in this case and to prepare an appropriate response to both motions for collateral relief.

### III.   Certificate of Conference

Undersigned counsel has conferred with counsel for Garcia who indicates Petitioner has no objection to this extension request.

### IV.   Conclusion

For the reasons stated above, the United States moves the Court to extend the deadline for the filing of a response to Petitioner's motion for collateral relief 120 days from November 1, 2017, to March 1, 2018.

Respectfully submitted,

Brit Featherston
Acting United States Attorney
Eastern District of Texas

/s/ Jeffrey A. Zick
Jeffrey A. Zick
U.S. Department of Justice
1331 F. Street, 6th Floor
Washington, D.C. 20530
(202) 616-3942
Arizona Bar No. 018712
Jeffrey.Zick@usdoj.gov

/s/ Joseph R. Batte (with consent)
Joseph R. Batte
Assistant United States Attorney
Texas Bar No. 01918070
350 Magnolia Ave., Suite 150
Beaumont, TX 77701
(409) 839-2538
(409) 839-2550 (FAX)

**Motion for Extension of Time — Page 3**

Joe.batte@usdoj.gov

## Certificate of Service

I certify that on October 19, 2017, this document was served by the Court's ECF

system on Christine Lehmann and Jason D. Hawkins, counsel for Garcia.

/s/ Jeffrey A. Zick
Jeffrey A. Zick
Trial Attorney
U.S. Department of Justice

**Motion for Extension of Time — Page 4**