IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177   §

v.                                  §        CIVIL ACTION NO. 1:13cv723
                                             CRIM. NO. 1:09CR00015-002
UNITED STATES OF AMERICA            §

O R D E R

Before the Court is the Government's unopposed Motion to Extend Time for Response (Dkt. #88).  In support of the motion, the Government notes that the previous attorney assigned to the case is no longer employed by the Department of Justice and current counsel has a heavy case load, including a capital murder case beginning on April 2, 2018 that is expected to last three months.  The Government asks that the deadline for filing a response be extended to August 28, 2018.  The request is reasonable, but the Government acknowledges that the response was originally due on August 1, 2016.  Two years to file a response is excessive.  No additional extensions of time will be granted in the absence of good cause.  It is therefore

**ORDERED** that the Motion to Extend Time for Response (Dkt. #88) is **GRANTED** and the deadline for the Government to file a response is extended to August 28, 2018.  It is further

**ORDERED** that the deadline for Garcia to file a reply is extended to October 29, 2018.

**SIGNED this the 27th day of February, 2018.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE