IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR BALTAZAR GARCIA | § | |
| | § | |
| V. | § | No. 1:13-CV-723 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S MOTION TO UNSEAL SECTION 2255 MOTION
AND EXHIBITS FOR THE LIMITED PURPOSE OF REVIEW BY TRIAL
AND APPELLATE COUNSEL FOR EDGAR BALTAZAR GARCIA AND
FORMER ASSISTANT UNITED STATES ATTORNEYS**

The government moves to unseal the motion to vacate under 28 U.S.C. § 2255 and

supporting exhibits filed by Edgar Baltazar Garcia for the limited purpose of allowing

review by Garcia's trial and appellate counsel and former Assistant United States

Attorneys who helped try the case.

**I.**

On February 24, 2015, Garcia filed a motion to vacate under 28 U.S.C. § 2255,

which is currently pending before the Court.  No. 1:13-CV-723 (Doc. No. 31).  The

motion contains numerous allegations of ineffective assistance of counsel against

Garcia's trial and appellate counsel, some of which are further addressed in the exhibits.

The motion also contains allegations of prosecutorial misconduct against the trial team

for the government.

The Court entered a show cause order on March 2, 2015, ordering the government

to file a response.  No. 1:13-CV-723 (Doc. No. 47).  The government's response is due

on August 28, 2018.

After obtaining permission from the Court, Garcia filed the Section 2255 motion under seal, citing the following reasons:

> In support of this Motion, Mr. Garcia will file numerous exhibits and third-party declarations. A number of the declarations and exhibits lodged with Mr. Garcia's motion discuss information that is required by law or court order to be sealed from public access. Many of these presumptively-sealed exhibits are also incorporated into the text of Mr. Garcia's Motion. Significant considerations weigh in favor of sealing the entire 2255 petition, such as the fact that many exhibits filed in support of the Motion must be sealed from public access and the high likelihood that individuals known to Mr. Garcia will rely on the Motion and supporting documents for an improper purpose and to harm Mr. Garcia. For these reasons, and those discussed more fully therein, Mr. Garcia's entire Motion and supporting exhibits and declarations should be filed under seal and restricted from public access.

No. 1:13-CV-723 (Doc. No. 29).

The motion does not cite any concern regarding access by Garcia's trial and appellate counsel or by the Assistant United States Attorneys who tried the case.

## II.

To effectively address the numerous allegations of ineffective assistance of counsel and prosecutorial misconduct alleged by Garcia, the government will attempt to interview his trial counsel, appellate counsel, and former counsel for the government. Therefore, the government moves the Court to unseal Garcia's motion and supporting exhibits for the limited purpose of allowing the government to provide copies of the motion to the following parties: Garcia's trial attorneys Gerald E. Bourque and Robert A. Morrow, III; Garcia's additional appellate counsel Jani J. Maselli; and former Assistant United States Attorneys Kerry Klintworth and Antonetta Stancu. The government cannot prepare a full and effective response without input from those individuals, and they need

**Motion to Unseal — Page 2**

to review the allegations and supporting documentation in order to fully grasp Garcia's allegations.  This is not possible while the motion and exhibits are sealed to them.

### III.  Conclusion

For the reasons stated above, the United States moves the Court to unseal the motion to vacate under 28 U.S.C. § 2255 and supporting exhibits filed by Garcia for the limited purpose of allowing review by Garcia's trial and appellate counsel and former Assistant United States Attorneys who helped try the case.

Respectfully submitted,

Joseph D. Brown
United States Attorney
Eastern District of Texas

Joe Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

### Certificate of Conference

On June 8, 2018, the undersigned contacted counsel for Garcia by e-mail to ascertain whether they oppose this motion and has not yet received a response.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

## Certificate of Service

I certify that on June 11, 2018, this document was served by the Court's ECF system on Christine Lehmann and Jason D. Hawkins, counsel for Garcia.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney