IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA              §
                                  §
V.                                §   No. 1:13-CV-723
                                  §
UNITED STATES OF AMERICA          §

## **ORDER**

The government has moved to motion to unseal petitioner Edgar Baltazar Garcia's

motion for relief from judgment pursuant to 28 U.S.C. § 2255 (docket entry # 31), filed

on February 24, 2015.

After considering the motion, the Court is of the opinion that the motion is well

taken.  It is, therefore,

ORDERED that the Government's Motion to Unseal Section 2255 Motion

and Exhibits for the Limited Purpose of Review by Trial and Appellate Counsel For

Edgar Baltazar Garcia and Former Assistant United States Attorneys is GRANTED.

IT IS FURTHER ORDERED that the United States of America may show the

Section 2255 motion and its attached exhibits to the witnesses listed in the motion to

unseal and discuss the Section 2255 motion and attached exhibits with them.