IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA                    §
                                         §
V.                                       §    No. 1:13-CV-723
                                         §
UNITED STATES OF AMERICA                 §

**GOVERNMENT'S MOTION TO PARTIALLY WITHDRAW
MOTION TO UNSEAL SECTION 2255 MOTION AND EXHIBITS
FOR THE LIMITED PURPOSE OF REVIEW BY TRIAL
AND APPELLATE COUNSEL FOR EDGAR BALTAZAR GARCIA AND
FORMER ASSISTANT UNITED STATES ATTORNEYS**

After consultation with current counsel for Edgar Baltazar Garcia, the government moves to partially withdraw the motion to unseal the motion to vacate under 28 U.S.C. § 2255 and supporting exhibits filed on June 11, 2018, which sought unsealing for the limited purpose of allowing review by Garcia's trial and appellate counsel and former Assistant United States Attorneys who helped try the case. As set out below, the government moves to withdraw the motion as it applies to Garcia's trial and appellate counsel. The remainder of the motion—unsealing as to former Assistant United States Attorneys who helped try the case—remains in effect and is unopposed.

**I.**

On February 24, 2015, Garcia filed a motion to vacate under 28 U.S.C. § 2255, which is currently pending before the Court. No. 1:13-CV-723 (Doc. No. 31). The motion contains numerous allegations of ineffective assistance of counsel against Garcia's trial and appellate counsel, some of which are further addressed in the exhibits. The motion also contains allegations of prosecutorial misconduct against the trial team

Motion to Partially Withdraw Motion to Unseal — Page 1

for the government.  After obtaining permission from the Court, Garcia filed the Section 2255 motion under seal.  No. 1:13-CV-723 (Doc. No. 29).

The Court entered a show cause order on March 2, 2015, ordering the government to file a response.  No. 1:13-CV-723 (Doc. No. 47).  The case was stayed from April 15, 2015, until April 14, 2016.  No. 1:13-CV-723 (Doc. Nos. 52, 54, 56, 57).  While the case was stayed, Department of Justice attorney Jeffrey Alan Zick entered an appearance and became lead counsel.  No. 1:13-CV-723 (Doc. No. 55).  Zick withdrew as counsel on January 19, 2018, upon leaving employment with DOJ, and the case was reassigned to the undersigned.  No. 1:13-CV-723 (Doc. Nos. 86, 87).  The government's response is due on August 28, 2018.

On June 11, 2018, the government filed the currently-pending motion to unseal Garcia's Section 2255 motion and supporting the limited purpose of allowing review by Garcia's trial and appellate counsel and former Assistant United States Attorneys who helped try the case.  No. 1:13-CV-723 (Doc. No. 91).  After the motion was filed, Garcia's counsel pointed out that, in an e-mail message dated May 17, 2016, Zick had stated, "At this time, we are not going to move to unseal the motion and exhibits and will answer the claims in the motion."[1]

## II.

The parties are attempting to resolve issues related to access to Garcia's Section 2255 motion by his trial and appellate counsel.  But, in light of Zick's message from May

---

[1]  Although copied on the message, neither of the government's current counsel recalled the conversations.  Counsel regret their lapse in memory and assure the Court that it was inadvertent.

**Motion to Partially Withdraw Motion to Unseal — Page 2**

2016, the government moves to withdraw its pending motion to unseal the Section 2255

motion and supporting exhibits with respect to Garcia's trial attorneys, Gerald E.

Bourque and Robert A. Morrow, III, and his additional appellate counsel, Jani J. Maselli.

## III.  Conclusion

For the reasons stated above, the United States moves to withdraw the motion to

unseal the motion to vacate under 28 U.S.C. § 2255 and supporting exhibits filed by

Garcia with respect to Garcia's trial and appellate counsel without prejudice to refiling if

the parties fail to reach a resolution.

Respectfully submitted,

Joseph D. Brown
United States Attorney
Eastern District of Texas

Joe Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Motion to Partially Withdraw Motion to Unseal — Page 3**

## Certificate of Conference

The undersigned has conferred with counsel for Garcia by e-mail, and they have advised that they do not oppose withdrawal of the motion to unseal as to Garcia's trial and appellate counsel.  Likewise, they do not oppose the June 11, 2018, motion to unseal as it relates to former members of the government's trial team.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

## Certificate of Service

I certify that on June 18, 2018, this document was served by the Court's ECF system on Christine Lehmann and Jason D. Hawkins, counsel for Garcia.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney