IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA      §
     §
V.      §    No. 1:13-CV-723
     §
UNITED STATES OF AMERICA      §

## ORDER

The government has moved to partially withdraw its June 11, 2018, motion to unseal the pending motion to vacate under 28 U.S.C. § 2255 and supporting exhibits filed by Edgar Baltazar Garcia. The motion to unseal sought unsealing for the limited purpose of allowing review by Garcia's trial and appellate counsel and former Assistant United States Attorneys who helped try the case.

After considering the motion to unseal and the motion to partially withdraw, the Court is of the opinion that both are well taken. It is, therefore,

ORDERED that the Government's Motion to Partially Withdraw Motion to Unseal Section 2255 Motion and Exhibits for the Limited Purpose of Review by Trial and Appellate Counsel for Edgar Baltazar Garcia and Former Assistant United States Attorneys is GRANTED without prejudice. The motion to unseal is withdrawn as it relates to Garcia's former trial and appellate counsel.

IT IS FURTHER ORDERED that the Government's Motion to Unseal Section 2255 Motion and Exhibits for the Limited Purpose of Review by Trial and Appellate Counsel For Edgar Baltazar Garcia and Former Assistant United States Attorneys is GRANTED as to the former Assistant United States Attorneys.

IT IS FURTHER ORDERED that the United States of America may show the

Section 2255 motion and its attached exhibits to the former Assistant United States

Attorneys listed in the motion to unseal and discuss the Section 2255 motion and attached

exhibits with them.