IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177   §

v.   §   CIVIL ACTION NO. 1:13cv723
   CRIM. NO. 1:09-CR-00015(2)

UNITED STATES OF AMERICA   §

O R D E R

Pending before the Court is the Government's motion to unseal Section 2255 motion and exhibits for the limited purpose of review by trial and appellate counsel for Edgar Baltazar Garcia and former Assistant United States Attorneys (Dkt. #91) and Government's unopposed motion to partially withdraw motion to unseal Section 2255 motion and exhibits for the limited purpose of review by trial and appellate counsel for Edgar Baltazar Garcia and former Assistant United States Attorneys (Dkt. #92). The motion to unseal sought unsealing for the limited purpose of allowing review by Garcia's trial and appellate counsel and former Assistant United States Attorneys who helped try the case. After considering the motion to unseal and the motion to partially withdraw, the Court is of the opinion that both are well taken. It is, therefore,

**ORDERED** that the Government's Motion to Partially Withdraw Motion to Unseal Section 2255 Motion and Exhibits for the Limited Purpose of Review by Trial and Appellate Counsel for Edgar Baltazar Garcia and Former Assistant United States Attorneys (Dkt. #92) is **GRANTED** without prejudice. The motion to unseal is withdrawn as it relates to Garcia's former trial and appellate counsel. It is further

1

**ORDERED** that the Government's Motion to Unseal Section 2255 Motion and Exhibits for the Limited Purpose of Review by Trial and Appellate Counsel For Edgar Baltazar Garcia and Former Assistant United States Attorneys (Dkt. #91) is **GRANTED** as to the former Assistant United States Attorneys.  It is finally

**ORDERED** that the United States of America may show the Section 2255 motion and its attached exhibits to the former Assistant United States Attorneys listed in the motion to unseal and discuss the Section 2255 motion and attached exhibits with them.

SIGNED this the 25th day of June, 2018.

_____

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE

2