IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA      §
§
V. §     No. 1:13-CV-723
§
UNITED STATES OF AMERICA §

**GOVERNMENT'S UNOPPOSED MOTION TO STAY**

The government moves to stay this case until the Fifth Circuit decides whether to recall the mandate in Garcia's direct appeal.

**I.  Proceedings**

On January 21, 2009, a federal grand jury in the Eastern District of Texas returned a one-count indictment against Edgar Baltazar Garcia and co-defendant Mark Isaac Snarr, charging them with the murder of Gabriel Rhone, in violation of 18 U.S.C. §§ 1111 and 2.  1:09-CR-15 (Doc. No. 7).  The United States filed notices of intent to seek the death penalty against both defendants on February 4, 2009.  1:09-CR-15 (Doc. Nos. 18, 19).

The trial began on April 6, 2010, and concluded on May 21 when the jury selected the death penalty for both defendants.  The Court sentenced both defendants to death immediately after the verdict and entered its written judgment on May 25, 2010.  1:09-CR-15 (Doc. Nos. 353, 355).

Garcia and Snarr each filed a timely notice of appeal.  The Fifth Circuit Court of Appeals affirmed Garcia's conviction and sentence with an opinion entered on January 8, 2013.  *United States v. Snarr, et al*, 704 F.3d 368, 395-98 (5th Cir. 2013).  The mandate issued on March 25, 2013.  Garcia petitioned the Supreme Court for a writ of certiorari.

Motion to Stay — Page 1

*Garcia v. United States*, No. 12-10821.  The Court denied his petition on February 24, 2014.  *Garcia v. United States*, 134 S. Ct. 1273 (2014)

On February 24, 2015, Garcia filed a motion to vacate under 28 U.S.C. § 2255, which is currently pending before the Court.  1:13CV723 (Doc. No. 32).  The Court entered a show cause order on March 2, 2015, ordering the government to file a response by May 24, 2015.  1:13-CV-723 (Doc. No. 47).  After a stay and several continuances, the response is due on August 28, 2018.

On March 21, 2018, the Supreme Court decided *Ayestas v. Davis*, 138 S.Ct. 1080 (2018), in which the Supreme Court invalidated the Fifth Circuit's standard for consideration of an expert funding request under 18 U.S.C. § 3599(f) in a proceeding under 28 U.S.C. § 2254.  On July 12, Garcia filed a motion in the Fifth Circuit, seeking recall of the mandate in his direct appeal based on *Ayestas*.

## II.  Grounds for Stay

The United States moves the Court to stay this case until the Fifth Circuit decides whether to recall the mandate in Garcia's direct appeal.  A stay will assist the Court.  Garcia's Section 2255 motion is lengthy—380 pages—and has voluminous attachments.  1:13-CV-723 (Doc. Nos. 31, 33-43).  The motion sets out nineteen claims for relief, thirteen of which have multiple sub-claims.  Motion at pp. i-vii.  Likewise, the record from the trial is lengthy.  Proceeding with the case while the Fifth Circuit considers an issue that could possibly require reopening the direct appeal could result in a waste of scarce judicial resources.  Similarly, requiring the government to respond while the motion to recall mandate is pending will unduly burden the government by requiring it to

**Motion to Stay — Page 2**

expend a significant amount of time responding to issues that may be rendered irrelevant. Staying the case will conserve strained government resources without working harm on Garcia.

### III.  Certificate of Conference

On July 19, 2018, the undersigned conferred with Christine Lehmann, counsel for Garcia.  She advised that Garcia does not oppose a stay.

### IV.  Conclusion

For the reasons stated above, the United States moves the Court to stay this case until the Fifth Circuit decides whether to recall the mandate in Garcia's direct appeal. The government will notify the Court within 15 days of the Fifth Circuit's decision.  And, if Garcia's motion is denied, the government will seek an appropriate amount of time to file its response after conferring with Garcia's counsel.

Respectfully submitted,

Joseph D. Brown
United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Motion to Stay — Page 3**

**Certificate of Service**

I certify that on July 20, 2018, this document was served by the Court's ECF system on Christine Lehmann, Richard J. Bourke, and Jason D. Hawkins, counsel for Garcia.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney