IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177 §

VS.                                                              §          CIVIL ACTION NO. 1:13cv723
                                                                              CRIM. NO. 1:09-CR-00015(2)
UNITED STATES OF AMERICA          §

O R D E R

Before the Court is the Government's unopposed motion to stay (Dkt. #96) the case in light of the Supreme's Court decision in *Ayestas v. Davis*, 138 S. Ct. 1080 (2018). In *Ayestas*, the Supreme Court invalidated the Fifth Circuit's standard for consideration of an expert funding request under 18 U.S.C. § 3599(f) in a proceeding under 28 U.S.C. § 2254. Consequently, on July 12, 2018, Garcia filed a motion in the Fifth Circuit seeking recall of the mandate in his direct appeal based on *Ayestas*. The Government believes that requiring it to respond to the § 2255 motion while the motion to recall the mandate is pending will unduly burden the Government by requiring it to expend a significant amount of time responding to issues that may be rendered irrelevant. The Government argues that staying the case will conserve strained governmental resources without harming Garcia. Garcia does not oppose the stay.

The Court finds the Government's arguments to be persuasive. The resolution of Garcia's motion to recall the mandate in light of *Ayestas* may profoundly impact this case. The Court is also of the opinion that the case should be both stayed and administratively closed. There is no need for the present case to remain on this Court's active docket while the motion to recall the mandate is pending. It is therefore

**ORDERED** that the Government's unopposed motion to stay (Dkt. #96) is **GRANTED** and the proceedings are **STAYED** and **ADMINISTRATIVELY CLOSED** until the Fifth Circuit

decides whether to recall the mandate in Garcia's direct appeal.  The Government shall notify this Court within fifteen days of the Fifth Circuit's decision on Garcia's motion.

**SIGNED this the 31st day of July, 2018.**

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE