**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| EDGAR BALTAZAR GARCIA, | : | |
| Petitioner | : | |
| | : | |
| | : | 1:13-cv-723 - MAC - KFG |
| -v- | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

## UNOPPOSED MOTION TO SUBMIT MOTION FOR EXPERT VISITATION EX PARTE AND UNDER SEAL

Movant, EDGAR BALTAZAR GARCIA, requests authorization to submit ex parte and under seal his *Motion for Expert Visitation* pursuant to Local Rules CV-7 & CV-5.

The motion for expert visitation is appropriately filed ex parte and under seal to protect the petitioner from premature disclosure of his defense strategy or theory and/or privileged information.

This motion has been conferenced with opposing counsel and on November 19, 2019, Counsel for the Government, Traci Kenner, advised that this motion is unopposed.

WHEREFORE, Mr. Garcia respectfully requests that the Court order that Movant be permitted to file his Motion for Expert Visitation Ex Parte and Under Seal.

Respectfully Submitted,

1

*/s/ Christine Lehmann*

Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122

/s/ *Jason D. Hawkins*

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763

Dated:         November 22, 2019

## CERTIFICATE OF SERVICE

This is to certify that, on November 22, 2019, I served a true and correct copy of the

foregoing pleading by electronic mail and first class mail on opposing counsel

*/s/ Christine Lehmann*