**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

|  |  |  |
|---|---|---|
| _____ | : | |
| | : | |
| EDGAR BALTAZAR GARCIA, | : | |
| Petitioner | : | |
| | : | |
| | : | 1:13-CV-723 - MAC - KFG |
| -v- | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |
| | : | |
| | : | |
| _____ | : | |

# ORDER PERMITTING FILING EX PARTE & UNDER SEAL

In his UNOPPOSED MOTION TO SUBMIT MOTION FOR EXPERT VISITATION EX PARTE AND UNDER SEAL, Edgar Baltazar Garcia has moved the court for permission to file his *Motion for Expert Visitation* ex parte and under seal. After considering said Motion, the court is of the opinion that said Motion should be, and hereby is, GRANTED.

1