**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

EDGAR BALTAZAR GARCIA,
     Petitioner

     -v-

UNITED STATES OF AMERICA,
     Respondent

:
:
:
:
:
:
:
:
:
:
:
:
:

1:13-CV-723 - MAC - KFG

# ORDER PERMITTING FILING EX PARTE & UNDER SEAL

In his UNOPPOSED MOTION TO SUBMIT MOTION FOR EXPERT VISITATION EX PARTE AND UNDER SEAL, Edgar Baltazar Garcia has moved the court for permission to file his *Motion for Expert Visitation* ex parte and under seal. After considering said Motion, the court is of the opinion that said Motion should be, and hereby is, GRANTED.

1