IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177  §

v.                                 §        CIVIL ACTION NO. 1:13cv723
                                            CRIM. NO. 1:09-CR-00015(2)
UNITED STATES OF AMERICA           §

O R D E R

Pending before the Court are Garcia's unopposed motions to submit motions for expert visitation *ex parte* and under seal (Docket Nos. 101 and 102). He desires to file the motions *ex parte* and under seal to protect him from premature disclosure of his defense strategy or theory and/or privileged information. The motion is reasonable. It is therefore

**ORDERED** that Garcia's unopposed motions to submit motions for expert visitation *ex parte* and under seal (Docket Nos. 101 and 102) are **GRANTED**.

**SIGNED this the 16th day of December, 2019.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE