IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA        §
                            §
V.                          §    No. 1:13-CV-723
                            §
UNITED STATES OF AMERICA     §

**GOVERNMENT'S UNOPPOSED
MOTION TO EXCEED PAGE LIMIT**

The government moves to exceed the page limit set out in Local Rule CV-3(b) for responsive pleadings to motions filed under 28 U.S.C. § 2255 in death penalty cases.

## I.  Proceedings

On January 21, 2009, a federal grand jury in the Eastern District of Texas returned a one-count indictment against Garcia and co-defendant Mark Isaac Snarr, charging them with murder, in violation of 18 U.S.C. §§ 1111 and 2.  1:09-CR-15 (Doc. No. 7).  The United States filed notices of intent to seek the death penalty against both defendants.  1:09-CR-15 (Doc. Nos. 18, 19).  Their trial concluded on May 21, 2010, when the jury selected the death penalty for both defendants.  The Court sentenced both defendants to death immediately after the verdict and entered its written judgment on May 25, 2010.  1:09-CR-15 (Doc. Nos. 353, 355).

Garcia appealed.  The Fifth Circuit Court of Appeals affirmed his conviction and sentence with an opinion entered on January 8, 2013.  *United States v. Snarr*, 704 F.3d 368, 395-98 (5th Cir. 2013).  The mandate issued on March 25, 2013.  Garcia petitioned the Supreme Court for a writ of certiorari, and the Court denied his petition.  *Garcia v.*

**Motion to Exceed Page Limit - Page 1**

*United States*, 134 S. Ct. 1273 (2014).

On February 24, 2015, Garcia filed a motion to vacate under 28 U.S.C. § 2255, which is currently pending before the Court.  1:13-CV-723 (Doc. No. 31).  He also filed an unopposed motion to exceed the page limit set out in Local Rule CV-3(b).  1:13-CV-723 (Doc. No. 32).  Excluding the cover sheet, tables, certificates and exhibits, the motion is 381 pages long.

The Court entered a show cause order on March 2, 2015, ordering the government to file a response.  1:13-CV-723 (Doc. No. 47).  After a stay and several continuances, the government's response is due on March 31, 2020.

## II.  Grounds for Motions

Under Local Rule CV-3(b), "[a]bsent leave of court, … 28 U.S.C. § 2255 motions and the initial responsive pleadings thereto[] shall not exceed … one hundred pages in death penalty cases, excluding attachments."  Although the government is diligently editing its response to Garcia's motion, it cannot adequately respond to Garcia's claims in one hundred pages.  Therefore, the government moves for leave to exceed the page limit set out in Local Rule CV-3(b).  The government assures the Court that its response will not exceed 290 pages, excluding the cover sheet, tables, certificates and any exhibits.

## III.  Certificate of Conference

The undersigned conferred by email with counsel for Garcia on February 4, 2020. They do not oppose this motion.

## IV.  Conclusion

For the reasons stated above, the United States moves the Court for leave to file a

**Motion to Exceed Page Limit - Page 2**

response to Garcia's Section 2255 motion that does not exceed 290 pages, excluding the

cover sheet, tables, certificates and any exhibits.

Respectfully submitted,

Joseph D. Brown
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Certificate of Service**

I certify that on February 26, 2020, this document was served by the Court's ECF

system on Christine M. Lehmann and Jason D. Hawkins, counsel for Garcia.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

**Motion to Exceed Page Limit - Page 3**