Case 1:13-cv-00723-MAC-CLS    Document 110-1    Filed 02/26/20    Page 1 of 1 PageID #:  4850

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR BALTAZAR GARCIA | § | |
| | § | |
| V. | § | No. 1:13-CV-723 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## **ORDER**

The government has moved to exceed the page limit set out in Local Rule CV-3(b)

for responsive pleadings to motions filed under 28 U.S.C. § 2255 in death penalty cases.

Defendant Edgar Baltazar Garcia does not oppose.

After considering the motion, the Court is of the opinion that the motion is well

taken.  It is, therefore,

ORDERED that the Government's Unopposed Motion To Exceed Page Limit is

GRANTED.

**Order Granting Motion for Excess Pages—Page 1**