IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177   §

v.                                                        §          CIVIL ACTION NO. 1:13cv723
                                                                       CRIM. NO. 1:09-CR-00015(2)
UNITED STATES OF AMERICA      §

## O R D E R

Pending before the Court is Garcia's unopposed motion to submit motion for expert visitation *ex parte* and under seal (Docket No. 108).   He desires to file a motion *ex parte* and under seal to protect him from premature disclosure of his defense strategy or theory and/or privileged information.   The motion is reasonable.   It is therefore

**ORDERED** that Garcia's unopposed motion to submit motion for expert visitation *ex parte* and under seal (Docket No. 108) is **GRANTED**.

**SIGNED this the 3rd day of March, 2020.**


_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE