IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA,            )
MARK ISAAC SNARR,                 )
                                 )     CIVIL ACTION NO. 1:13cv723
        v.                       )     CIVIL ACTION NO. 1:13cv724
                                 )     CRIM. NO. 1:09-CR-00015(1)
UNITED STATES OF AMERICA.         )

O R D E R

Before the Court is Petitioner's Motion to Temporarily Suspend and Toll for All Purposes Federal Rule 15 and Reply Deadlines in Response to the Global Pandemic and State of Emergency Caused by the Coronavirus COVID-19 (Docket No. _). Upon consideration of said motion, and in the Court's authority and recognition of the interests of equity, the Court takes the following actions. It is

**ORDERED** that Petitioner's motion (Docket No. _) is **GRANTED**. It is further

**ORDERED** that, due to the extraordinary and serious circumstances described in the motion, proceedings in this matter are hereby suspended for 30 days from the date of this Order, during which no time will be counted against either party with regard to any deadline set by the court or under Rule 15 of the Federal Rules of Civil Procedure.  It is finally

**ORDERED** that, at the conclusion of the 30-day period, unless further action is taken by this Court, the Court's current briefing schedule giving Petitioner 60 days to reply to the Government's response to Petitioner's § 2255 motion, and the application of deadlines under Rule 15 will resume from that date.