UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA )
MARK ISSAC SNARR, )
    *Petitioner*, )
 )        CASE NO. 1:13-CV-723
v. )        CASE NO. 1:13-CV-724
 )        CRIMINAL No. 1:09-CR-15
UNITED STATES OF AMERICA, )
    *Respondent*. )
 )

**SUPPLEMENT TO JOINT MOTION TO TEMPORARILY SUSPEND AND TOLL FOR ALL PURPOSES
FEDERAL RULE 15 AND REPLY DEADLINES
IN RESPONSE TO THE GLOBAL PANDEMIC AND STATE OF EMERGENCY
CAUSED BY THE CORONAVIRUS COVID-19**

**COME NOW** Petitioners, Edgar Baltazar Garcia and Mark Issac Snarr, by and through their undersigned counsel, and hereby submit this supplement to their joint motion to temporarily suspend and toll for all purposes statutory, rules of court, and scheduling deadlines due to the global pandemic caused by coronavirus COVID-19. Support for the motion is stated herein.

1.      Garcia counsel Christine Lehmann has, since the filing of the original motion, taken ill. She presents with apparent symptoms of Covid-19. She has self-quarantined in a single room of her house to prevent the spread of the virus to her family (including her three children) and community. She has been tested for Covid-19 by the National Guard currently stationed in New Orleans, but does not yet have the results of that test. Ms. Lehmann's current condition and more severe quarantine obviously further impair her ability to adequately complete the work required by the current deadlines.

2.      Also, the Governor of Virginia (where counsel Lee resides) has today issued an

1

executive "stay at home order" essentially requiring all individuals in Virginia to remain in their place of residence at all times; the order is in effect until June 10, 2020.[1]   This order further impairs counsel Lee's ability to conduct necessary investigation and work on Mr Snarr's behalf.

WHEREFORE, Mr. Garcia and Mr. Snarr ask this Court to enter the proposed order suspending and tolling deadlines for all purposes, including deadlines set out by Rule 15 for 30 days. Thirty days after entry of the proposed order, deadlines under Rule 15 and deadlines previously set by the Court will begin to run for their full allotted time period.

Respectfully Submitted,

| | |
|---|---|
| */s/ Christine Lehmann* <br> Christine Lehmann <br> Louisiana Capital Assistance Center <br> 636 Baronne Street <br> New Orleans, LA 70113 <br> (504) 558-9867 <br> (504) 558-0378 (fax) <br> Louisiana Bar #28122 <br> *Counsel for Mr. Garcia* <br><br> */s/ Jason D. Hawkins* <br> Jason D. Hawkins <br> Federal Public Defender <br> Northern District of Texas <br> 525 South Griffin Street, Suite 629 <br> Dallas, Texas 75202 <br> (214) 767-2746 <br> (214) 767-2886 (fax) <br> Texas Bar No. 00795763 <br> *Counsel for Mr. Garcia* | */s/ Robert Lee_____* <br> Robert Lee <br> 2421 Ivy Road, Suite 301 <br> Charlottesville, Virginia 22903 <br> (434) 817-2970 <br> (434) 817-2972 (fax) <br> roblee@vcrrc.org <br> *Counsel for Mr. Snarr* <br><br> /s/ *Kathryn N. Nester* <br> Kathryn N. Nester <br> Federal Defenders of San Diego, Inc. <br> 225 Broadway, Suite 900 <br> San Diego, CA   92101 <br> (619) 234-8467 <br> (619) 687-2666 (fax) <br> Kathy_Nester@fd.org <br> *Counsel for Mr. Snarr* |

**CERTIFICATE OF SERVICE**

---

[1]     https://www.governor.virginia.gov/media/governorvirginiagov/executive-actions/EO-55-Temporary-Stay-at-Home-Order-Due-to-Novel-Coronavirus-(COVID-19).pdf

This is to certify that, on this March 30, 2020, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy of this document through ECF.

/s/ Robert Lee_____
Counsel for Mr. Snarr


/s/ Jason Hawkins_____
Counsel for Mr. Garcia


**CERTIFICATE OF CONFERENCE**

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h); the Government does oppose this Motion.

/s/ Robert Lee_____
Counsel for Mr. Snarr

/s/ Jason Hawkins_____
Counsel for Mr. Garcia

3