IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA,            )
MARK ISAAC SNARR,                 )
                                  )          CIVIL ACTION NO. 1:13cv723
       v.                         )
                                  )          CRIM. NO. 1:09-CR-00015
UNITED STATES OF AMERICA.         )

O R D E R

Before the Court is Petitioners' *Unopposed Joint Motion for 90-Day Extension Of Time For All Federal Rule 15 And Reply Deadlines*. Upon consideration of said motion, and in the Court's authority and recognition of the interests of equity, the Court takes the following actions. It is

**ORDERED** that Petitioner's motion is **GRANTED**. It is further

**ORDERED** that, a 90-day extension of current deadlines for filing an amended pleading pursuant to Rule 15(a) and for the filing of a reply is granted, without prejudice to the government's right to object to any amendment under the relation-back doctrine.  It is finally

**ORDERED** that Mr. Garcia and Mr. Snarr may file any amended petition pursuant to Rule 15(a) on or before July 14, 2020 and may file a reply to the government's Answer on or before August 27, 2020.

,