UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR BALTAZAR GARCIA, | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:13-CV-723 |
| | ) | CRIMINAL NO. 1:09-CR-15 |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent*. | ) | |
| | ) | |

**MOVANT'S UNOPPOSED MOTION TO WITHDRAW
PENDING MOTION TO SUSPEND**

**COMES NOW** Movant, Edgar Baltazar Garcia, by and through his undersigned counsel,

and, having filed an Unopposed Motion for 90-Day Extension of Deadlines (ECF No. 117), hereby

moves to withdraw his pending Joint Motion to Suspend (ECF No. 115) and Supplement (ECF

No. 116). This motion is unopposed by the Government.

Respectfully Submitted,

|  | */s/ Christine Lehmann* |
|---|---|
| | Christine Lehmann |
| | Louisiana Capital Assistance Center |
| | 636 Baronne Street |
| | New Orleans, LA 70113 |
| | (504) 558-9867 |
| | (504) 558-0378 (fax) |
| | Louisiana Bar #28122 |
| | *Counsel for Mr. Garcia* |
| | |
| | /s/ *Jason D. Hawkins* |
| | Jason D. Hawkins |
| | Federal Public Defender |
| | Northern District of Texas |
| | 525 South Griffin Street, Suite 629 |
| | Dallas, Texas 75202 |
| | (214) 767-2746 |
| | (214) 767-2886 (fax) |

1

| | Texas Bar No. 00795763<br>*Counsel for Mr. Garcia* |
|---|---|

## CERTIFICATE OF SERVICE

This is to certify that, on this April 7, 2020, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy of this document through ECF.

*/s/ Jason Hawkins*_____
*Counsel for Mr. Garcia*

## CERTIFICATE OF CONFERENCE

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h), and the government does NOT oppose this Motion.

*/s/ Jason Hawkins*_____
*Counsel for Mr. Garcia*