IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA,　　　　　)
　　　　　　　　　　*Petitioner*,　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　　CASE NO. 1:13-CV-723
　　　　　　　　　　　　　　　　　)　　　CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　*Respondent*.　　　)
　　　　　　　　　　　　　　　　　)

O R D E R

Before the Court is Movant's Unopposed Motion to Withdraw his Pending Motion for

Suspension (ECF No. 115) and Supplement (ECF No. 116). Upon consideration of said motion,

It is

**ORDERED** that Movant's motion is **GRANTED**.