IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177 §

v. § CIVIL ACTION NO. 1:13cv723
CRIM. NO. 1:09-CR-00015(2)

UNITED STATES OF AMERICA §

O R D E R

Before the Court is Movant Garcia's Unopposed Joint Motion for 90-Day Extension of Time for all Federal Rule 15 and Reply Deadlines. (Docket No. 117). On December 16, 2019, the Court granted the Government's motion to lift stay and set deadlines for a response (Docket No. 105). The Court ordered the Government to respond to Garcia's § 2255 motion on or before March 31, 2020 and set a May 29, 2020 deadline for Garcia to file his reply to the Government's response. (Docket No. 105).

On March 25, 2020, the Government filed its Response in Opposition to Garcia's § 2255 motion. (Docket No. 114). On April 2, 2020, Garcia filed this unopposed joint motion for 90-day extension of time (Docket No. 117) to extend the reply deadline from May 29, 2020 to August 27, 2020. Garcia also seeks to extend the 21-day deadline (April 15, 2020) to amend his § 2255 pleadings pursuant to FED. R. CIV. P. 15(a) to July 14, 2020.

Garcia's motion for an extension of time is unopposed. The Court will grant the motion. Garcia, however, is cautioned that an amendment to a pleading may relate "back to the date of the original pleading" if "the amendment asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out—or attempted to be set out—in the original pleading." FED. R.

1

CIV. P. 15(c)(1)(B). Claims added in an amended federal habeas petition do not relate back to the original petition merely because the claims arise out of the same trial and conviction. *Mayle v. Felix,* 545 U.S. 644, 649-50 (2005); *United States v. Gonzalez,* 592 F.3d 675, 679 (5th Cir. 2009). Additionally, "[a]n amended habeas petition ... does not relate back ... when it asserts a new ground for relief supported by facts that differ in both time and type from those the original pleading set forth." *Mayle,* 545 U.S. at 650. It is

**ORDERED** that Movant Garcia's unopposed motion (Docket No. 117) is **GRANTED**. It is further

**ORDERED** that the deadline for Garcia to file a reply to the Government's response to the § 2255 motion is on or before August 27, 2020. It is finally

**ORDERED** that Garcia's deadline to amend his § 2255 pleadings pursuant to FED. R. CIV. P. 15 is on or before July 14, 2020. It is

**ORDERED** that this Order does not affect or waive the Government's right to object to any amendment(s) raised by Garcia in a Rule 15 pleading.

**SIGNED this the 8th day of April, 2020.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE