IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177 §

v.                                                                    §           CIVIL ACTION NO. 1:13cv723
                                                                                      CRIM. NO. 1:09-CR-00015(2)
UNITED STATES OF AMERICA                   §

### **O R D E R**

Before the Court is Movant Garcia's unopposed motion to withdraw pending motions to suspend. (Docket No. 118). Garcia seeks to withdraw his Joint Motion to Suspend (Docket No. 115) and his Supplement to Joint Motion to Suspend (Docket No. 116). The motion is reasonable. It is therefore

**ORDERED** that Movant Garcia's unopposed motion to withdraw pending motions (Docket No. 118) is **GRANTED**. It is

**ORDERED** that Garcia's Joint Motion to Suspend (Docket No. 115) and his Supplement to Joint Motion to Suspend (Docket No. 116) are **WITHDRAWN**. The Clerk of Court is directed to terminate Docket No. 115 and Docket No. 116.

**SIGNED this the 8th day of April, 2020.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE