IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR BALTAZAR GARCIA, | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:13-CV-723 |
| | ) | CRIMINAL NO. 1:09-CR-15 |
| UNITED STATES OF AMERICA, | ) | |
| *Respondent*. | ) | |
| | ) | |

O R D E R

Before the Court is Movant Garcia's Unopposed Joint Motion for 60-Day  Extension  of Time for all Federal Rule 15 and Reply Deadlines.

Garcia's motion is unopposed.  It is

**ORDERED** that Movant Garcia's unopposed motion is **GRANTED**. It is further

**ORDERED** that the deadline for Garcia to file a reply to the Government's response to the § 2255 motion is on or before October 26, 2020. It is finally

**ORDERED** that Garcia's deadline to amend his § 2255 pleadings pursuant to FED.R.CIV.P. 15 is on or before September 14, 2020. It is

**ORDERED** that this Order does not affect or waive the Government's right to object to any amendment(s) raised by Garcia in a Rule 15 pleading.