IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, )
              *Petitioner*, )
               )
v.                )      CASE NO. 1:13-CV-723
               )      CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA, )
              *Respondent*. )
               )

O R D E R

Before the Court is Movant Edgar Garcia's Unopposed Joint Motion for a 90-Day Extension of Time for all Federal Rule 15 and Reply Deadlines in the above matter.

Garcia's motion is unopposed.  It is

**ORDERED** that Movant Garcia's unopposed motion is **GRANTED**. It is further

**ORDERED** that the deadline for Garcia to file a reply to the Government's response to the § 2255 motion is on or before January 24, 2021. It is finally

**ORDERED** that Garcia's deadline to amend his § 2255 pleadings pursuant to Federal Rule of Civil Procedure 15 is on or before December 14, 2020. It is

**ORDERED** that this Order does not affect or waive the Government's right to object to any amendment(s) raised by Snarr in a Rule 15 pleading.