UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA                  )
MARK ISSAC SNARR                       )
        *Petitioners*,              )
                      )       CASE NO. 1:13-CV-723
    v.                                 )
                      )       CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,              )
        *Respondent*.              )
                      )

## UNOPPOSED JOINT MOTION FOR 100-DAY EXTENSION OF TIME FOR ALL FEDERAL RULE 15 AND REPLY DEADLINES IN RESPONSE TO THE GLOBAL PANDEMIC AND STATE OF EMERGENCY CAUSED BY COVID-19

**COME NOW** Petitioners, Edgar Baltazar Garcia (No. 13-CV-723) and Mark Issac Snarr (No. 1:13-CV-724), by and through their undersigned counsel, and submit joint motions for a 100-day extension of all deadlines pursuant to any federal statute, rule of court, and briefing schedule due to the global pandemic caused by COVID-19. Due to restrictions and limitations imposed due to the coronavirus pandemic, the Government does not oppose these motions. Under current deadlines, Mr. Garcia's deadline to amend his § 2255 pleadings pursuant to Fed. R. Civ. P. 15 is on or before December 14, 2020. ECF No. 94. The requested extension would move this deadline to on or before Wednesday, March 24, 2021. Mr. Garcia's current deadline to file a reply to the Government's response to the § 2255 motion is January 24, 2021. ECF No. 94. The requested extension would move this deadline to on or before Tuesday, May 4, 2021. Under current provisions, which Mr. Garcia agrees would continue to apply, granting the requested extension would not affect or waive the Government's right to object to any amendment(s) raised by Mr. Garcia in a Rule 15 pleading. ECF No. 94. Support for the motion is stated herein.

1

1.      The Government's filings of its approximately 300-page Answers on March 25, 2020, triggered for Mr. Garcia and Mr. Snarr a 21-day deadline for filing Rule 15(a)[1] amended pleadings and a May 29, 2020, deadline for filing replies.[2] The effects of the global pandemic, however, have substantially impacted counsel's ability to work, and have prevented petitioners from meeting the current deadlines in any effective manner, and required extensions of normal filing deadlines.

2.      Increasingly problematic circumstances directly related to the pandemic continue to hamper Mr. Garcia's and Mr. Snarr's counsel's abilities to work, consult with their clients, and investigate these cases. As of November 18, 2020, the average daily number of patients dying of COVID-19 in the United States has reached a level not seen since the outbreak surged during the summer. More than 250,000 fatalities and nearly 11.4 million infections have been reported nationwide since February. [3] As case numbers increase, governments and agencies are recommending increased precautions and taking steps to implement stricter regulations in order to mitigate the spread of the virus. In the County of San Diego, California, where Mr. Snarr's counsel, Ms. Nester lives, Wednesday, November 18, 2020, marked the eighth consecutive day that more than 600 new coronavirus cases were reported in the county and the highest single-day total (922) second only to the record number of cases reported on Sunday, November 15, 2020 (1,087).[4]

---

[1] Federal Rule of Civil Procedure 15(a) ("A party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading"); *United States v. Zosimo Reyes Saenz*, 282 F.3d 354, 356 (5th Cir. 2002) (Rule 15 applies in § 2255 proceedings).

[2] *See* Garcia, 13-cv-723, ECF No. 105; Snarr, 13-cv-724, ECF No. 80.

[3]  *America's    250,000    covid    deaths:    People    die,    but    little    changes.* https://www.washingtonpost.com/national/covid-250000-deaths-us/2020/11/18/543f8e04-284c-11eb-8fa2-06e7cbb145c0_story.html (last visited Nov. 19, 2020).

[4] *Vaccine Distribution Planning 'In Progress' In San Diego County*, (Nov. 18, 2020) https://www.kpbs.org/news/2020/nov/16/coronavirus-san-diego-live-updates-covid-19/.

Emergency regulations effective November 14, 2020, included orders that all residents remain in their homes unless traveling to or from essential or "reopened" businesses as defined by state regulations; that face coverings be worn; and that social distancing and sanitation protocols be posted and complied with, among others.[5] In Dallas County, Texas—the home of Mr. Garcia's counsel Mr. Hawkins—the county saw a record 1,800 COVID-19 cases just on Monday, November 16, 2020; more than 5,300 cases were added in the past four days. In Louisiana, where Mr. Garcia's counsel Ms. Lehmann lives, the Governor has ordered "Phase 3" restrictions to be extended to December 4, 2020.[6] As of November 17, 2020, over the preceding 14-day period reported, cases of COVID-19 had increased by 193% over the number reported in the immediately preceding 14-day period.[7] In Virginia, where Mr. Snarr's counsel Mr. Lee resides, this past week saw a record number of new, confirmed COVID-19 cases.[8] On November 19, 2020—in the first briefing since being diagnosed himself—the Governor of Virginia ordered increased restrictions, including reducing the size of permissible gatherings from 250 to 25, regardless whether the gathering is indoors or outdoors, and requiring, for the first time, all children over the age of five wear masks.[9] According to the Virginia Department of Health, the percent positivity rate in most

---

[5] County of San Diego, Order of the Health Office and Emergency Regulations (Nov. 14, 2020), https://www.sandiegocounty.gov/content/dam/sdc/hhsa/programs/phs/Epidemiology/HealthOfficerOrderCOVID19.pdf (last visited Nov. 19, 2020).

[6] Louisiana Department of Health, COVID-19, https://ldh.la.gov/Coronavirus/ (last visited Nov. 19, 2020).

[7] The New York Times, *Louisiana Covid Map and Case Count* (Nov. 19, 2020), https://www.nytimes.com/interactive/2020/us/louisiana-coronavirus-cases.html. (last visited Nov. 19, 2020).

[8] Madison Greer, *Northam holds COVID-19 briefing* (Nov. 19, 2020), https://www.whsv.com/2020/11/18/northam-to-hold-covid-19-briefing-wednesday-at-2-pm/ (last visited Nov. 19, 2020).

[9] *Id.*

recent testing was almost 10%.[10]

3.    Counsel's ability to work remains hampered at best. Ms. Lehmann, previously having been required to quarantine, then to take full-time parental leave to care for her six-year-old child, is currently facing the imminent likelihood that her six-year-old's school will return to an entirely virtual format, requiring her to once more take parental leave. Staff members in Ms. Lehmann's office, including herself and other investigators and attorneys working on Mr. Garcia's case, are currently severely restricted in their ability to travel and meet with clients and witnesses due to office pandemic policies established after consultation with multiple epidemiologists. Counsel's office has also been forced to deal with multiple disruptions as a result of quarantines caused by actual and suspected COVID cases among staff as well as COVID exposures. Mr. Hawkins is fully occupied with management responsibilities as the Federal Public Defender for the Northern District of Texas in response to the COVID-19 crisis. Ms. Nester similarly is working essentially full-time addressing management duties as the Executive Director of the Federal Defenders of San Diego, Inc., along with multiple responsibilities she has assumed in the federal criminal justice system's response to the pandemic. Ms. Nester's staff has recently been discovered to include at least five members who tested positive for COVID-19. Ms. Nester—considered "at risk" under Center for Disease Control (CDC) guidelines—herself was previously subjected to weeks-long serious illness including quarantining (presumptively COVID-19), though now has substantially recovered. The office directed by Ms. Nester's co-counsel, Mr. Lee, operates only remotely, and multiple staff members, including Lee, are restricted in their ability to collaborate and travel because they are at elevated risk under CDC guidelines.

---

[10] *Id.*

4

4.      The federal prison system in which all federal death row prisoners facing execution are incarcerated has itself seen a significant degree of COVID-19 transmission and infection. According to public data viewed on November 18, 2020, 3,247 federal prisoners and 1,162 Federal Bureau of Prisons ("BOP") staff currently have active COVID-19 infections, and 18,196 inmates and 1,698 staff have recovered from the disease.[11]  Thus far, 141 federal prisoners have died from COVID-19, as have two BOP staff.[12]  At United States Penitentiary ("USP") Terre Haute, in Terre Haute, Indiana, which houses Mr. Snarr and Mr. Garcia, there were three active COVID-19 cases among prisoners on November 18, 2020.[13]  Two federal prisoners at USP Terre Haute have died of COVID-19, and 92 prisoners who were infected are reported to have recovered, together with four BOP staff.[14]  In Vigo County, where USP Terre Haute is located, the week of November 16, 2020, saw the largest number of weekly cases since the start of the pandemic.[15]  The Vigo County Health Department recently announced that county officials have rented four refrigerated semitrailers to store bodies of COVID-19 decedents, and community spread has continued to increase.[16]

---

[11]  *See* Federal Bureau of Prisons, *COVID-19 Coronavirus*, https://www.bop.gov/coronavirus/ (last visited Nov. 18, 2020).

[12]  *Id.*

[13]  Office of the Inspector General, U.S. Department of Justice, *Facility-Level BOP COVID-19 Trends*,
https://www.arcgis.com/apps/MapSeries/index.html?appid=a3e98be1aab94eadaaeaa96ed176f41 8 (last visited Nov. 18, 2020). Data derived from searching "Terre Haute USP" and reviewing active cases.

[14]  *Id.* Data derived from categories "active cases," "recovered," and "deaths."

[15]  *The newest COVID-19 numbers show a big case spike in Vigo County*, WTHI-TV10 (Nov. 18, 2020), https://www.wthitv.com/content/news/The-newest-COVID-19-numbers-show-a-big-case-spike-in-Vigo-County-573117251.html.

[16]  *Vigo County Orders Semi-Trailers to House COVID-19 Decedents,* U.S. News & World Report (Nov. 16. 2020), https://www.usnews.com/news/best-states/indiana/articles/2020-11-16/vigo-county-orders-semi-trailers-to-house-covid-19-decedents.

5.      Legal visits with Mr. Garcia and Mr. Snarr still are not workable under advisory guidelines and policy. Travel to USP Terre Haute by counsel would require exposures on at least two flights from two corresponding airports, in rental vehicles, and during overnight stays at hotels. Undersigned counsel cannot complete and file the amended § 2255 motions and replies without ongoing, confidential consultation with their clients.

6.      A number of recent incidents have shown that, despite litigants' attempts to follow best practices, continuing in-person client visits and court proceedings carry a significant risk of exposure to COVID-19.[17]  For example, after visiting their client, Lisa Montgomery, in Texas in October and November, both of her Tennessee-based attorneys tested positive for COVID-19. The lawyers had been working remotely, but the necessary round trips to visit their client after Ms. Montgomery's execution date was set "involved two plane flights, transit through two airports, hotel stays, and interaction with dozens of people including airline attendants, car rental employees, passengers, and prison guards."[18]

7.      Because of the ongoing danger posed by the novel coronavirus, the two legal teams for Mr. Garcia and Mr. Snarr are currently still unable to send counsel, investigators or mitigation specialists into the field to conduct interviews with witnesses necessary for the upcoming filings. And because many of the witness in these cases are, like Mr. Garcia and Mr. Snarr, in the custody

---

[17]  For example, at least seven people involved in an Eastern District of Texas breach of contract trial tested positive for the coronavirus (two jurors, three members of the defense team, one or more members of the plaintiff's team, and one court staffer). As U.S. District Judge Amos L. Mazzant III noted, "And, of course, this whole situation happened *despite the court taking all the protocols the court has taken*." Katie Buehler, *More EDTX Trial Participants Test Positive For Virus*, Law 360 (Nov. 13, 2020), https://www.law360.com/amp/articles/1328721 (emphasis added).

[18]  Phil McCausland, *Lisa Montgomery, 1st woman to face federal execution in decades: lawyers have Covid, seek delay*, NBC News (Nov. 14, 2020), https://www.nbcnews.com/news/us-news/lisa-montgomery-1st-woman-face-federal-execution-decades-lawyers-have-n1247843.

of the BOP, institutional restrictions make confidential contact with these witnesses impossible.

8.     Extension of the deadlines established by Rule 15 and the current scheduling orders is requested for an additional 100 days in order that the parties have a meaningful opportunity to adequately complete, and safely and effectively perform, duties required in their representation in these death penalty cases.

9.     In light of the heightened concern for procedural fairness and adequate scrutiny of any legal claims in capital cases, *Caldwell v. Mississippi*, 472 U.S. 320, 323, 341 (1985); *Monge v. California*, 524 U.S. 721, 732 (1998), the need to suspend the current deadlines is all the more pressing. The interests of the Government will not be adversely impacted by tolling these proceedings in this crisis; in fact, the Government does not oppose the request and granting the request is consistent with orders and recommendations of federal and state government and public health authorities.

10.     Fluctuations in the circumstances in which Mr. Snarr and Mr. Garcia and their counsel find themselves make it difficult to predict what developments lie ahead. But recent variations in circumstances have not allowed counsel to resume basic aspects of their representation. Counsel will remain in contact with counsel for the Government as this unprecedented situation continues to unfold.

11.     The requested extension also will facilitate Mr. Snarr's and Mr. Garcia's ongoing efforts to obtain documents and other information relevant to their claims, to which they are entitled.[19]

---

[19] At the Court's encouragement and in the interests of efficiency, Mr. Snarr and Mr. Garcia have been working jointly in aspects of the case that impact both petitioners, including efforts to obtain documentary evidence and information from federal agencies, including the Bureau of Prison (BOP) and Federal Bureau of Investigation (FBI), pursuant to the Freedom of Information Act. 5

WHEREFORE, Mr. Garcia asks this Court to enter the unopposed order suspending and tolling current deadlines for all purposes, including deadlines set out by Rule 15 for an additional 100 days.

Respectfully Submitted,

| | |
|---|---|
| */s/ Christine Lehmann* <br> Christine Lehmann <br> Louisiana Capital Assistance Center <br> 636 Baronne Street <br> New Orleans, LA 70113 <br> (504) 558-9867 <br> (504) 558-0378 (fax) <br> Louisiana Bar #28122 <br> *Counsel for Mr. Garcia* <br> <br> /s/ *Jason D. Hawkins* <br> Jason D. Hawkins <br> Federal Public Defender <br> Northern District of Texas <br> 525 South Griffin Street, Suite 629 <br> Dallas, Texas 75202 <br> (214) 767-2746 <br> (214) 767-2886 (fax) <br> Texas Bar No. 00795763 <br> *Counsel for Mr. Garcia* | */s/ Robert Lee*_____ <br> Robert Lee <br> 2421 Ivy Road, Suite 301 <br> Charlottesville, Virginia 22903 <br> (434) 817-2970 <br> (434) 817-2972 (fax) <br> roblee@vcrrc.org <br> *Counsel for Mr. Snarr* <br> <br> /s/ *Kathryn N. Nester* <br> Kathryn N. Nester <br> Federal Defenders of San Diego, Inc. <br> 225 Broadway, Suite 900 <br> San Diego, CA   92101 <br> (619) 234-8467 <br> (619) 687-2666 (fax) <br> Kathy_Nester@fd.org <br> *Counsel for Mr. Snarr* |

## CERTIFICATE OF SERVICE

This is to certify that, on this November 23, 2020, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy

---

U.S.C. § 552. Some of Mr. Snarr's and Mr. Garcia's requests, even though progressing through the review process, have been pending for years. Some requests are the subject of status conferences with agency representatives currently scheduled for December, 2020, and January, 2021. The Government has specified that, although it does not oppose the requested extension due to restrictions and limitations imposed by the coronavirus pandemic, this support does not include an agreement to an extension of time required to resolve FOIA requests and any related proceedings.

8

of this document through ECF.

*/s/ Kathryn Nester/Robert Lee*_____
*Counsel for Mr. Snarr*


*/s/ Christine Lehmann*_____
*Counsel for Mr. Garcia*


## CERTIFICATE OF CONFERENCE

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h); based on restrictions and limitations due to the coronavirus pandemic, the Government does not oppose this Motion.

*/s/ Kathryn Nester/Robert Lee*_____
*Counsel for Mr. Snarr*

*/s/ Christine Lehmann*_____
*Counsel for Mr. Garcia*

9