IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA,       )
      *Petitioner*,         )
                           )
v.                      )      CASE NO. 1:13-CV-723
                           )      CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,    )
      *Respondent*.       )
                           )

## O R D E R

Before the Court is Movant Edgar Baltazar Garcia's Unopposed Joint Motion for a 90-Day Extension of Time for all Federal Rule 15 and Reply Deadlines in the above matter.

Mr. Garcia's motion is unopposed.  It is

**ORDERED** that Movant Mr. Garcia's unopposed motion is **GRANTED**. It is further

**ORDERED** that Mr. Garcia's deadline to amend his § 2255 pleadings pursuant to Federal Rule of Civil Procedure 15 is on or before Tuesday, June 22, 2021. It is further

**ORDERED** that the deadline for Mr. Garcia to file a reply to the Government's response to the § 2255 motion is on or before Monday, August 2, 2021. It is finally

**ORDERED** that this Order does not affect or waive the Government's right to object to any amendment(s) raised by Mr. Garcia in a Rule 15 pleading.