**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **EDGAR BALTAZAR GARCIA,** | ) | |
| *Petitioner*, | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:13-CV-723** |
| | ) | **CRIMINAL NO. 1:09-CR-15** |
| **UNITED STATES OF AMERICA,** | ) | |
| *Respondent*. | ) | |
| | ) | |

**O R D E R**

Before the Court is Movant Edgar Baltazar Garcia's Unopposed Motion for a 60-Day

Extension of Time for all Federal Rule 15 and Reply Deadlines in the above matter.

Mr. Garcia's motion is unopposed.  It is

**ORDERED** that Movant Mr. Garcia's unopposed motion is **GRANTED**. It is further

**ORDERED** that Mr. Garcia's deadline to amend his § 2255 pleadings pursuant to

Federal Rule of Civil Procedure 15 is on or before November 19, 2021. It is further

**ORDERED** that the deadline for Mr. Garcia to file a reply to the Government's response

to the § 2255 motion is on or before Monday, December 30, 2021. It is further

**ORDERED** that this Order does not affect or waive the Government's right to object to

any amendment(s) raised by Mr. Garcia in a Rule 15 pleading. It is finally

**ORDERED** that, absent extraordinary circumstances, this is the final extension of the

deadline for filing Mr. Snarr's amended § 2255 motion.