UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                        )
      Petitioner,                    )
                                )
      v.                             )      CASE NO. 1:13-CV-723
                                )      CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,            )
      Respondent.                    )

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

**I. Motion to Exceed the Page Limit**

**COMES NOW** Edgar Garcia, through his undersigned counsel, and respectfully moves the Court for leave to exceed the 100-page limit established by Local Rule CV-3 for motions filed pursuant to 28 U.S.C. § 2255 and authorize him to file an amended motion exceeding this limit.

**II. Memorandum**

On February 24, 2015, Edgar Garcia submitted to this Court an unopposed Motion for Leave to File Over-Length Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255. ECF No. 32 (incorporated by reference herein). In support of that Motion to File Over-Length Brief, Garcia pointed to substantial evidence supporting meritorious claims. On February 26, 2015, this Court granted that motion. ECF No. 45. The government similarly moved for leave to exceed the page limit for its response to Garcia's initial Motion, ECF No. 110, and the Court granted that motion as well, ECF No. 112. Similar motions were made and granted in the case of Garcia's co-defendant, Mark Snarr. *See, e.g.*, *Snarr v. United States*, 1:13-cv-724 (E.D. Tex.), ECF Nos. 22, 31, 81, 82.

On November 19, 2021, Garcia will file an Amended Motion as a matter of course pursuant to Federal Rule of Civil Procedure 15, superseding his initial Motion. Like his initial Motion, this

Amended Motion is based on extensive evidence uncovered during post-conviction investigation, and will include a large number of claims, many of which are fact-intensive. Therefore, consistent with this Court's previous orders, and for the reasons previously considered by this Court, Garcia requests leave to exceed the 100-page limit for his Amended Motion.

## III. Conclusion

For the foregoing reasons, Snarr respectfully requests that the Court grant his motion for leave to exceed the 100-page limit and authorize him to file an over-length amended motion.

DATED this 19 day of November, 2021.

RESPECTFULLY SUBMITTED,

___*/s/Christine Lehmann*___
Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122
clehmann@thejusticecenter.org

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763

## CERTIFICATE OF SERVICE

This is to certify that, on this November 19, 2021, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy of this document through ECF.

 /s/ *Christine Lehmann*_____

## CERTIFICATE OF CONFERENCE

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h), and they have no opposition to this motion.

_____/s/*Christine Lehmann*_____