UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                          )
        Petitioner,                 )
                                    )
        v.                          )        CASE NO. 1:13-CV-723
                                    )        CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,               )
        Respondent.                 )

**UNOPPOSED MOTION TO SEAL AMENDED MOTION
FOR COLLATERAL RELIEF PURSUANT TO 28 U.S.C. § 2255**

**I. Motion to Seal**

**COMES NOW** Edgar Garcia, through his undersigned counsel, and respectfully moves the Court pursuant to Local Rule CV-5(a)(7) to enter an Order directing the District Clerk to file Garcia's Amended Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255, including all supporting exhibits and declarations in an Appendix, under seal. The government, through Assistant United States Attorney Traci Kenner, has stated that it does not oppose this motion.

**II. Memorandum**

On February 18, 2015, Edgar Garcia submitted to this Court an unopposed motion to file under seal his initial Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255. ECF No. 29 (incorporated by reference herein). Claims and allegations in the initial Motion included reference to confidential personal information and documents, which implied certain security concerns. *Id.* On February 20, 2015, this Court granted the motion, directing that the entire initial Motion and all accompanying Appendix materials be filed under seal and restricted from public access. ECF No. 30. A similar course was followed in the case of Snarr's co-defendant, Edgar Garcia, *see, e.g.*, *Snarr v. United States*, 1:13-cv-724 (E.D. Tex.). A motion to seal was made and granted. ECF Nos. 21, 31.

On November 19, 2021, Edgar Garcia will file an Amended Motion as a matter of course pursuant to Federal Rule of Civil Procedure 15, superseding his Initial Motion. Consistent with this Court's prior orders, and for the reasons previously considered by this Court, the Amended Motion should also be filed under seal. The substance of claims in the Amended Motion, like that of the claims in the initial Motion, references exhibits filed in support of the motion that must be sealed from public access because they contain confidential private information. There is substantial concern that information referred to in the Amended Motion could be used for an improper purpose that could harm witnesses and other persons involved in this case, including Garcia. For these reasons, Garcia asks the Court to direct the Clerk to file the Amended Motion for Relief Pursuant to 28 U.S.C. § 2255 under seal and restricted from public access.

## III. Conclusion

For the foregoing reasons, Garcia respectfully requests that this Court enter the attached proposed Order directing the District Clerk to file Garcia's Amended Motion for Relief Pursuant to 28 U.S.C. § 2255, including supporting exhibits, under seal.

DATED this 19 day of November, 2021.

RESPECTFULLY SUBMITTED,

_____/s/Christine Lehmann_____
Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122
clehmann@thejusticecenter.org

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629

Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763

## CERTIFICATE OF SERVICE

This is to certify that, on this November 19, 2021, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the government was served with a copy of this document through ECF.

 */s/ Christine Lehmann*

## CERTIFICATE OF CONFERENCE

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h), and they have no opposition to this motion.

 */s/ Christine Lehmann*