UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                          )
      Petitioner,                    )
                         )
      v.                             )    CASE NO. 1:13-CV-723
                         )    CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,               )
      Respondent.                    )

**ORDER**

Pending before the Court is Movant Garcia's unopposed Motion to Seal his Amended Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255 (ECF No. ___). Garcia seeks to seal his upcoming 28 U.S.C. § 2255 Amended Motion for Collateral Relief, including all supporting exhibits and declarations in the Appendix attached to his Amended Motion. This Court previously ordered that Garcia's initial 2255 Motion be filed under seal because "many of his exhibits, along with the discussion of the exhibits in the § 2255 motion, include confidential information," ECF No. 30. Garcia has indicated that the same confidentiality issues apply to the Amended Motion and its attachments.

Garcia asserts that the government has expressed no opposition to the motion. The motion is reasonable. It is therefore

**ORDERED** that Garcia's unopposed Motion to Seal (ECF No. ___) is **GRANTED**. The Clerk of the Court shall file and maintain Garcia's Amended Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255, including all supporting exhibits and declarations in the Appendix attached to his Amended Motion, under seal, and the parties shall not distribute copies of the motion without leave of Court.

**SIGNED** this ___ day of November, 2021.