IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177　§

v.　　　　　　　　　　　　　　　　§　　　　CIVIL ACTION NO. 1:13cv723
　　　　　　　　　　　　　　　　　　　　　　CRIM. NO. 1:09-CR-00015(02)
UNITED STATES OF AMERICA　　　　§

O R D E R

Before the Court is Garcia's unopposed motion to seal (Dkt. #135) his amended motion for collateral relief pursuant to 28 U.S.C. § 2255 (Dkt. #136). In support of the motion, he explained that many of his exhibits, along with the discussion of the exhibits in the § 2255 motion, include confidential information. He thus asks that the amended § 2255 motion and all attached supporting exhibits and declarations be filed under seal. The motion is reasonable. It is therefore

**ORDERED** that Garcia's motion to seal (Dkt. #135) his amended motion for collateral relief pursuant to 28 U.S.C. § 2255 (Dkt. #136) is **GRANTED** and the Clerk of Court shall file and maintain the amended § 2255 motion, including accompanying exhibits and declarations, under seal.

Also, before the Court is Garcia's unopposed motion to exceed page limit (Dkt. #134). Local Rule CV-3 requires a petitioner to seek leave of court to file a petition which exceeds 100 pages. Garcia notes that he was previously granted a motion for excess pages and that his current amended motion is based on extensive evidence uncovered during post-conviction investigation and includes a large number of claims, which are fact intensive. Garcia was previously granted permission to file an over-length motion of 381 pages, excluding cover sheet, tables, certificate of

1

service, and exhibits. (Dkt. #45). Garcia thus argues that he needs to exceed the page limit and requests that he be permitted to file an over-length amended motion of 411 pages, excluding cover sheet, tables, certificate of service, and exhibits. The motion is reasonable. It is therefore

ORDERED that Garcia's motion to exceed page limit (Dkt. #134) is GRANTED. The Court notes that an amended motion supersedes the original motion and the amended motion (Dkt. #136) is the operative pleading in this case.

SIGNED this the 29th day of November, 2021.

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE