IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR BALTAZAR GARCIA | § | |
| | § | |
| V. | § | No. 1:13-CV-723 |
| | § | |
| UNITED STATES OF AMERICA | § | |

### GOVERNMENT'S UNOPPOSED MOTION
### TO EXTEND TIME TO FILE AMENDED RESPONSE

The government moves for an extension of time to file an amended response to Edgar Baltazar Garcia's Section 2255 motion, moving the deadline from December 3, 2021, to March 3, 2022.

## I.  Proceedings

On January 21, 2009, a federal grand jury in the Eastern District of Texas returned a one-count indictment against Garcia and co-defendant Mark Isaac Snarr, charging them with murder, in violation of 18 U.S.C. §§ 1111 and 2.  1:09-CR-15 (Doc. No. 7).  The United States filed notices of intent to seek the death penalty against both defendants. 1:09-CR-15 (Doc. Nos. 18, 19).  Their trial concluded on May 21, 2010, when the jury selected the death penalty for both defendants.  The Court sentenced both defendants to death immediately after the verdict and entered its written judgment on May 25, 2010. 1:09-CR-15 (Doc. Nos. 353, 355).

Garcia appealed.  The Fifth Circuit Court of Appeals affirmed his conviction and sentence with an opinion entered on January 8, 2013.  *United States v. Snarr*, 704 F.3d 368, 395-98 (5th Cir. 2013).  The mandate issued on March 25, 2013.  Garcia petitioned

**Motion for Extension, Page 1**

the Supreme Court for a writ of certiorari.  *Garcia v. United States*, No. 12-10821.  The Court denied his petition on February 24, 2014.  *Garcia v. United States*, 134 S. Ct. 1273 (2014).

On February 24, 2015, Garcia filed a motion to vacate under 28 U.S.C. § 2255, which is currently pending before the Court.  1:13CV723 (Doc. No. 32).  The Court entered a show cause order on March 2, 2015, ordering the government to file a response by May 24, 2015.  1:13-CV-723 (Doc. No. 47).  After two stays and several continuances, the government filed its response on March 25, 2020.  Garcia filed seven motions requesting extensions of time to file an amended motion and to reply to the government's response.  1:13-CV-723 (Docs. No. 117, 121, 123, 125, 127, 129, 131).  All were granted.  1:13-CV-723 (Docs. No. 119, 122, 124, 126, 128, 130, 132).

Garcia filed his amended motion at approximately 6:00 p.m. on Friday, November 19, 2021.  Unfortunately, the undersigned had already ceased work that day and was away from work the week of November 22-26, so Monday, November 29, was the first time she was able to review the amended motion.  As the Court noted in its order granting Garcia's motion to exceed page limit, the amended motion is approximately 30 pages longer than the original motion.  1:13-CV-723 (Doc. No. 137).  Additionally, Garcia courteously provided the undersigned with a list identifying ten substantive amendments, at least one of which appears to be readily-identifiable as a new argument.  Garcia further noted that there were additions to the "New Evidence" section of the motion and that "copy-edits" had been made to the entire document.

**Motion for Extension, Page 2**

Under Fed. R. Civ. P. 15(a)(3), the deadline for filing an amended response is December 3, 2021. For the reasons stated below, the government respectfully moves for a 90-day extension in which to file an amended response. If this extension is granted, the government does not anticipate that further extensions will be requested.

## II.  Grounds for Motion

The substantive amendments identified by Garcia will require careful review and evaluation of whether they relate back to his original claims or raise new arguments, which will require a motion to strike. *See Mayle v. Felix*, 545 U.S. 644, 649-50 (2005); *United States v. Gonzalez*, 592 F.3d 675, 679-680 (5th Cir. 2009). Moreover, given the edits to the entire document, the government must carefully review all of Garcia's 411-page amended motion to assure that the amended answer fully responds to the edited sections and that there are no other—unintentional—substantive changes.

It is not possible for the undersigned to meet the December 3 deadline for filing an amended response. Currently, the undersigned is working on the government's appellate brief in *United States v. Orona*, No. 21-40126, which is due in the United States Court of Appeals for the Fifth Circuit on December 2, 2021. Then, the undersigned must draft the government's appellate brief in *United States v. Thompson*, No. 21-40753. That brief was originally due in the Fifth Circuit on December 3, but the court extended the deadline to Friday, December 17, 2021. After these two briefs are filed, the undersigned will not be assigned another brief until the amended response in this case is filed. But the undersigned is scheduled to be away from work from 5:00 p.m. December 17 until January 3, 2022.

**Motion for Extension, Page 3**

### III.  Certificate of Conference

The undersigned conferred by email with counsel for Garcia on November 29, 2021.  They do not oppose the requested extension.  But they expressed concern because they have a December 30, 2021, deadline for replying to the government's response to Garcia's original motion.  The government assures counsel and the Court that it will not oppose a continuance of that deadline, so that Garcia will only be required to reply to the amended response, which is now the operative pleading in this case.  1:13-CV-723 (Doc. No. 137).

### IV.  Conclusion

For the reasons stated above, the United States respectfully requests a 90-day extension of time, to and including Thursday, March 3, 2022, in which to file an amended response to Garcia's amended Section 2255.

Respectfully submitted,

Brit Featherston
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Motion for Extension, Page 4**

## Certificate of Service

I certify that on November 30, 2019, this document was served by the Court's ECF system on Christine Lehmann, Richard J. Bourke, and Jason D. Hawkins, counsel for Garcia.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney