IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA           §
                                §
V.                              §    No. 1:13-CV-723
                                §
UNITED STATES OF AMERICA        §

## **ORDER**

The government has moved for a 90-day extension of time, to and including Thursday, March 3, 2022, in which to file an amended response to Edgar Baltazar Garcia's amended Section 2255.

After considering the motion, the Court is of the opinion that the motion is well taken.  It is, therefore,

ORDERED that the Government's Unopposed Motion to Extend Time to File Amended Response is GRANTED.

It is further ORDERED that the government file an amended response to Garcia's amended Section 2255 motion no later than March 3, 2022.

**Order Staying Case — Page 1**