UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR GARCIA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:13-CV-723 |
| | ) | CRIMINAL NO. 1:09-CR-15 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY**

**COMES NOW** Edgar Garcia, through his undersigned counsel, and respectfully moves the Court to grant an extension of time to file his reply to the Government's Amended Response.

On November 19, 2021, Mr. Garcia filed his amended 2255 motion. (Docket No. 136). On November 30, 2021, the Government filed its First Motion for Extension of Time to Amend Response to Amended Section 2255 Motion, requesting a 90-day extension on its deadline of December 3, 2021. (Docket No. 138). Undersigned counsel did not oppose this motion, as Mr. Garcia's amended 2255 motion contained important amendments that the Government will need to address, whether to make any challenge to the amendment or to address the substance of the amended claim.

Mr. Garcia's current deadline for his reply to the Government's response is currently set at December 30, 2021. Both parties agree that Mr. Garcia should ideally file only one reply, being to the Government's amended response, rather than a reply to the original response and another reply to the amended response.

Thus Mr. Garcia requests an extension of his current deadline, to 45 days from the deadline for filing of the Government's amended response. The Government does not oppose a continuance

of the defendant's December 30, 2021 deadline, "so that Garcia will only be required to reply to

the amended response, which is now the operative pleading in this case." Doc. 138.

### Conclusion

For the foregoing reasons, Garcia respectfully requests an extension of his current deadline

for the reply, to 45 days from the deadline for filing the Government's amended response.

DATED this 2 day of December, 2021.

RESPECTFULLY SUBMITTED,

_____/s/Christine Lehmann_____
Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122
clehmann@thejusticecenter.org

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763

### CERTIFICATE OF SERVICE

This is to certify that, on this December 2, 2021, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the government was served with a copy of this document through ECF.

_____/s/ Christine Lehmann_____

### CERTIFICATE OF CONFERENCE

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h), and they have no opposition to this motion.

_____/s/ *Christine Lehmann*_____