UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                              )
         Petitioner,                    )
                                   )
         v.                             )        CASE NO. 1:13-CV-723
                                   )        CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,                  )
         Respondent.                    )

**ORDER**

Pending before the Court is Movant Garcia's Unopposed Motion to Extend Time to File Reply (Docket No. ___). In order to reply to the Government's amended response in one pleading, Garcia seeks an extension of his current December 30, 2021 deadline for filing a reply to a date 45 days after the deadline for the Government's amended response.

Garcia asserts that the government has expressed no opposition to the motion. The motion is reasonable. It is therefore

**ORDERED** that Garcia's unopposed Motion to Extend Time to File Reply (Docket No. ___) is **GRANTED**. It is further

**ORDERED** that the deadline for Garcia to file a Reply to the Government's amended response to Garcia's amended 2255 motion is on or before April 18, 2022.