IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZA GARCIA, #21832-177 §

VS. §    CIVIL ACTION NO. 1:13cv723
                    CRIM. NO. 1:09-CR-00015(2)

UNITED STATES OF AMERICA §

O R D E R

Before the court is the Government's Unopposed Motion to Extend Time to File Amended Response (Doc. #138).    In support of the motion, the Government states that it needs more time to review the 411-page amended section 2255 motion filed by Garcia to assure that the edited sections and substantive argument properly relate back under FED. R. CIV. P. 15(c).    The Government also observes that the amended section 2255 motion is 411 pages in length and contains 10 substantive amendments.    The request is made to extend the deadline for filing a response to March 3, 2022.    The motion is reasonable.    It is therefore

**ORDERED** that the Government's Unopposed Motion to Extend Time to File Amended Response (Doc. #138) is **GRANTED** and the deadline for the Government to file a response is extended to and including Thursday, March 3, 2022.

Also, before the court is Movant Garcia's Unopposed Motion to Extend Time to File Reply (Doc. #139).    Garcia correctly points out that the current deadline for him to file his reply to the Government's response is December 30, 2021.    Garcia is correct that his reply should be responsive to the Government's amended response to be filed on or before March 3, 2022.    The motion is well-taken. It is further

1

**ORDERED** that Garcia's Unopposed Motion to Extend Time to File Reply (Doc. #139) is **GRANTED**.    The deadline for Garcia to file a reply is 45 days from the filing of the Government's amended response.

**SIGNED this the 7th day of December, 2021.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE