IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177 §

vs.                                      §        CIVIL ACTION NO. 1:13-cv-723
                                                  CRIM. NO. 1:09-CR-00015(2)
UNITED STATES OF AMERICA            §

## O R D E R

Pending before the court is the Government's Unopposed Motion to Exceed Page Limit for Amended Response (Doc. #142).    The Government is seeking permission to file its responsive pleading in accordance with Local Rule CV-3(b) in excess of 100 pages.    Its proposed responsive pleading is no longer than 310 pages, excluding the cover sheet, tables, certificates, and exhibits. Movant was permitted to file an amended motion pursuant to 28 U.S.C. § 2255 that is no longer than 411 pages, excluding the cover sheet, tables, certificates, and exhibits.    The Government's unopposed motion is reasonable.    It is therefore

**ORDERED** that the Government's Unopposed Motion to Exceed Page Limit for Amended Response (Doc. #142) is **GRANTED**.    The Government's proposed amended responsive pleading shall not exceed 310 pages, excluding the cover sheet, tables, certificates, and exhibits.

**SIGNED this the 11th day of February, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE