UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR GARCIA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:13-CV-723 |
| | ) | CRIMINAL NO. 1:09-CR-15 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE AND SEAL AMENDED
2255 MOTION WITH CORRECTED VERSION**

**COMES NOW** Edgar Garcia, through his undersigned counsel, and respectfully moves the Court to grant him leave to substitute a corrected copy of Movant's amended 2255 motion, and for the corrected copy to continue to be maintained under seal.

On November 19, 2021, Mr. Garcia filed his amended 2255 motion under seal. An error has been identified in a single sentence of the main document of that motion (Docket No. 136). Undersigned counsel has conferred with the attorneys for the Government and they do not object to replacing the original copy of the main document with a corrected version that alters only that sentence. A copy of the corrected version has been sent to Government counsel. Undersigned counsel therefore seeks leave to replace the original main document with a corrected version and for the corrected version to continue to be maintained under seal.

DATED this 22 day of February 2022.

RESPECTFULLY SUBMITTED,

_____/s/Christine Lehmann_____
Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867

(504) 558-0378 (fax)
Louisiana Bar #28122
clehmann@thejusticecenter.org

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763

**CERTIFICATE OF SERVICE**

This is to certify that, on this February 22, 2022, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the government was served with a copy of this document through ECF.

_____/s/ *Christine Lehmann*_____

**CERTIFICATE OF CONFERENCE**

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h), and they have no opposition to this motion.

_____/s/ *Christine Lehmann*_____