UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                          )
           Petitioner,              )
                                   )
           v.                      )     CASE NO. 1:13-CV-723
                                   )     CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,               )
           Respondent.              )

**ORDER**

Pending before the Court is Movant Garcia's Unopposed Motion for Leave to Substitute and Seal Amended 2255 Motion with Corrected Version (Docket No. ___). Movant has identified an error in a single sentence of the main document of the previously filed amended 2255 motion (Docket No. 136) and moves to correct and replace said document.

Garcia asserts that the Government has expressed no opposition to the motion. The motion is reasonable, will cause no prejudice or delay and serves the interest of maintaining accuracy in the pleadings. It is therefore

**ORDERED** that Garcia's Unopposed Motion for Leave to Substitute and Seal Amended 2255 Motion with Corrected Version (Docket No. ___) is **GRANTED**. It is further

**ORDERED** that Garcia may file a corrected copy of Movant's amended 2255 motion, correcting only the aforementioned sentence, by the ____ day of _____, 2022, and that this corrected copy will be substituted for the original filing, and be maintained under seal.