IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA        §
                            §
V.                          §    No. 1:13-CV-723
                            §
UNITED STATES OF AMERICA     §

**GOVERNMENT'S UNOPPOSED MOTION
TO FILE AMENDED RESPONSE UNDER SEAL**

The government moves to file its amended response to Garcia's amended motion

under 28 U.S.C. § 2255 under seal because the motion is under seal.

**I.  Proceedings**

On February 24, 2015, Garcia filed a motion to vacate under 28 U.S.C. § 2255,

which is currently pending before the Court.  1:13-CV-723 (Doc. No. 31).  Before filing

the Section 2255 motion, Garcia filed a motion to file it under seal, which the Court

granted.  1:13-CV-723 (Doc. Nos. 29 and 30).

The government filed its response on March 25, 2020.  1:13-CV-723 (Doc. No.

114).  The response was filed under seal.

Garcia filed an amended Section 2255 motion on November 19, 2021.  1:13-CV-

723 (Doc. No. 136).  Before filing the amended Section 2255 motion, Garcia again filed a

motion to file it under seal, which the Court granted.  1:13-CV-723 (Doc. Nos. 135 and

137).  The government's amended response is due on March 3, 2022.  1:13-CV-723

(Doc. No. 140).

**Motion to File Amended Response Under Seal - Page 1**

## II.  Grounds for Motions

It is impossible to adequately respond to Garcia's claims without referring to his sealed amended motion and exhibits.  Therefore, the government moves for leave to file its amended response under seal.

## III.  Certificate of Conference

The undersigned conferred by telephone with Christine M. Lehmann, counsel for Garcia, on February 15, 2022.  Garcia does not oppose this motion.

## IV.  Conclusion

For the reasons stated above, the United States moves the Court for leave to file its amended response to Garcia's amended Section 2255 motion under seal.

<div style="margin-left:40%">

Respectfully submitted,

Brit Featherston
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney


/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

</div>

**Motion to File Amended Response Under Seal – Page 2**

## Certificate of Service

I certify that on February 23, 2022, this document was served by the Court's ECF system on Christine M. Lehmann, and Jason D. Hawkins, counsel for Garcia.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney