IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR BALTAZAR GARCIA | § | |
| | § | |
| V. | § | No. 1:13-CV-723 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## **ORDER**

The government has moved to file its amended response to Edgar Baltazar

Garcia's amended motion under 28 U.S.C. § 2255 under seal.  Garcia does not oppose.

After considering the motion, the Court is of the opinion that the motion is well

taken.  It is, therefore,

ORDERED that the Government's Unopposed Motion To File Amended

Response Under Seal is GRANTED.

**Order Granting Motion to File Under Seal—Page 1**