IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177 §

v.                                  §        CIVIL ACTION NO. 1:13-cv-723
                                             CRIM. NO. 1:09-CR-00015(02)
UNITED STATES OF AMERICA             §

<u>O R D E R</u>

Before the court is Movant Garcia's Unopposed Motion for Leave to Substitute and Seal Amended 2255 Motion with Corrected Version (Doc. #144).    In support of the motion, Movant identified an error in a single sentence of the main document of the previously filed amended section 2255 motion (Doc. #136) and moves to correct the document by replacing it in its entirety. Movant also moves to seal the corrected amended section 2255 motion.    The Government is unopposed to this motion and has had the opportunity to review the corrected amended section 2255 motion.    The motion is reasonable.    It is therefore

**ORDERED** that Movant Garcia's Unopposed Motion for Leave to Substitute and Seal Amended 2255 Motion with Corrected Version (Doc. #144) is **GRANTED**.    It is further

**ORDERED** that Movant Garcia may file his corrected amended section 2255 motion, which corrects only the pertinent sentence on or before Monday, February 28, 2022, and that the corrected amended 2255 motion will be substituted for the original filing (Doc. #136) and will deemed filed as the same date as the original Amended Motion for Collateral Relief pursuant to 28 U.S.C. § 2255.    It is finally

1

**ORDERED** that Movant Garcia's Motion to Seal (Dkt. #144) his corrected amended motion for collateral relief pursuant to 28 U.S.C. § 2255 is **GRANTED** and the Clerk of Court shall file and maintain the corrected amended section 2255 motion, including accompanying exhibits and declarations, under seal.

**SIGNED this the 24th day of February, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE