IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177  §

v.                                                      §          CIVIL ACTION NO. 1:13-cv-723
                                                                        CRIM. NO. 1:09-CR-00015(02)
UNITED STATES OF AMERICA            §

O R D E R

Before the court is the Government's Unopposed Motion to File Amended Response Under Seal (Doc. #145).   In support of the motion, the Government explains that it had to reference Garcia's sealed amended motion and exhibits—which may include confidential information—in its Amended Response in Opposition to Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255. (Doc. #146).   The Government asks that its Amended Response in Opposition to the Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255 be filed under seal.   The motion is reasonable. It is therefore

**ORDERED** that the Government's Unopposed Motion to File Amended Response Under Seal (Doc. #145) is **GRANTED** and the Clerk of Court shall file and maintain the Amended Response in Opposition to Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255 (Doc. #146) under seal.

**SIGNED this the 28th day of February, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE