UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                          )
           Petitioner,                  )
                       )
      v.                               )          CASE NO. 1:13-CV-723
                       )          CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,               )
           Respondent.                  )

**UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY**

**COMES NOW** Edgar Garcia, through his undersigned counsel, and respectfully moves the Court to grant an extension of time to file his Reply to the Government's Amended Response.

On November 19, 2021, Mr. Garcia filed his Amended 2255 Motion. (Docket No. 136). On February 23, 2022, the Government filed its Amended Response to the Amended 2255 Motion (Docket No. 146). Mr. Garcia's deadline for filing his Reply to the Government's Amended Response is currently set for forty-five days from the Government's filing, or April 9, 2022.

When these deadlines were originally set, undersigned counsel Lehmann was scheduled for a January trial in a four defendant, "complex" murder-for-hire case out of the Eastern District of Louisiana in January. *United States v. Louis Age, et al.*, 16-032 (EDLA). Recently, due to COVID, that trial was moved and is currently set to proceed on March 14, 2022. *United States v. Louis Age, et al.*, 16-032 (EDLA) (Order, Doc. 604) (Exh. A). The trial is scheduled to last for four weeks. Thousands of pages of critical pre-trial discovery have been delivered within the past week, more are expected, and there is an ambitious schedule of pre-trial hearings set between now and the commencement of trial on March 14, 2022. *United States v. Louis Age, et al.*, 16-032 (EDLA) (Scheduling Order, Doc. 602).

As a result of this unexpected schedule change, Mr. Garcia requests an extension of his Reply date until forty-five days past the expected conclusion of the intervening federal trial, that is, an extension until May 23, 2022. Ms. Lehmann's co-counsel, Jason Hawkins, is the Chief Federal Defender of the Northern District of Texas and is fully occupied with his supervisory and management duties at that office; he is not able to assist with the drafting of the Reply.

Undersigned counsel have consulted with the Government, and the Government does not oppose this request.

### Conclusion

For the foregoing reasons, Garcia respectfully requests an extension of his current deadline for the reply, to May 23, 2022

DATED this 4 day of March 2022.

RESPECTFULLY SUBMITTED,

_____/s/Christine Lehmann_____
Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122
clehmann@thejusticecenter.org

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763

### CERTIFICATE OF SERVICE

This is to certify that, on this March 4, 2022, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy of this document through ECF.

_____/s/ *Christine Lehmann*_____

## CERTIFICATE OF CONFERENCE

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the Government regarding this submission in compliance with Local Rule CV-7(h), and they have no opposition to this motion.

_____/s/ *Christine Lehmann*_____