# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-32 |
| LOUIS AGE, JR., *et al.* | SECTION M |

## ORDER

Considering the defendant's joint motion to continue the trial (R. Doc. 603),

And the Court having specifically found that such a continuance would not violate the "Speedy Trial Act" (18 USC § 3161, *et seq.*) because the ends of justice served by ordering the continuance outweigh the best interest of the public and any defendant's right to a speedy trial, (*See* 18 U.S.C. § 3161(h)(7)(A)), because of the Court's reduced ability to safely obtain an adequate number of jurors and the effect of the recent surge of COVID-19 cases on the ability of counsel and Court staff to be safely present in the courtroom, which renders the delay caused by any continuance excludable under the Speedy Trial Act;

IT IS ORDERED that the trial of this matter be and hereby is continued from the 24th day of January, 2022, to 8:30 a.m. on the 14th day of March, 2022, at 9:00 a.m.

IT IS FURTHER ORDERED that the Court adopts the parties' joint proposed scheduling order (R. Doc. 602).

New Orleans, Louisiana, this 14th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE
BARRY W. ASHE