UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,              )
      Petitioner,        )
                      )
      v.                 )      CASE NO. 1:13-CV-723
                      )      CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,  )
      Respondent.     )

**ORDER**

Pending before the Court is Movant Garcia's Unopposed Motion to Extend Time to File Reply (Docket No. ___). Because Mr. Garcia's counsel is currently scheduled to be in trial on a federal murder case in the Eastern District of Louisiana for four weeks beginning March 14, 2022, Garcia seeks an extension of his current April 9, 2022 deadline for filing his Reply to the Government's Amended Response, until 45 days past the expected conclusion of the EDLA trial, or May 23, 2022.

Garcia asserts that the Government has expressed no opposition to the motion. The motion is reasonable. It is therefore

**ORDERED** that Garcia's unopposed Motion to Extend Time to File Reply (Docket No. ___) is **GRANTED**. It is further

**ORDERED** that the deadline for Garcia to file a Reply to the Government's amended response to Garcia's amended 2255 motion is on or before May 23, 2022.