IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZA GARCIA, #21832-177    §

VS.    §    CIVIL ACTION NO. 1:13-cv-723
    CRIM. NO. 1:09-CR-00015(2)

UNITED STATES OF AMERICA    §

O R D E R

Before the court is Movant Garcia's Unopposed Motion to Extend Time to File Reply (Doc. #150).   In support of the motion, Garcia states that his counsel is currently scheduled to begin a federal murder trial on March 14, 2022, in the Eastern District of Louisiana.   Garcia's counsel anticipates that the federal murder trial will take four weeks to try.   The request is made to extend the deadline for filing his reply to the Government's Response (Doc. #46) until 45-days past the expected conclusion of the Eastern District of Louisiana murder trial or to May 23, 2022.

On March 14, 2022, the court held a telephone conference on Garcia's Unopposed Motion to Extend Time to Reply.   Both parties appeared and presented information to the court regarding Garcia's unopposed motion.   Garcia's counsel represented to the court that the conflicting Louisiana federal murder trial is now set to begin on March 28, 2022.   It is therefore

**ORDERED** that Movant Garcia's Unopposed Motion to Extend Time to File Reply (Doc. #150) is **GRANTED** and the deadline for Movant Garcia to file a reply is on or before June 3, 2022.   No further extensions will be considered, except for good cause.

**SIGNED this the 14th day of March, 2022.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE