IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177  §

vs.                                                                §        CIVIL ACTION NO. 1:13-cv-723
                                                                              CRIM. NO. 1:09-CR-00015(02)
UNITED STATES OF AMERICA              §

ORDER OF ADMINISTRATIVE CLOSING

Movant Garcia filed his Amended Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255 on November 19, 2021.   (Doc. #136).    The Government filed its Response to the Amended Motion on February 23, 2022.   (Doc. #146).    Movant Garcia then moved for a Motion for Extension of Time to file his Reply as his counsel is trying a four-week federal murder trial beginning on March 14, 2022, in the Eastern District of Louisiana.   (Doc. #150).   Garcia's counsel's now reports that the Louisiana murder trial has been continued until March 28, 2022.   The motion for extension was granted, and Movant Garcia's Reply is due on or before June 3, 2022.   For purposes of judicial economy and in the interest of justice, the Court concludes that this case should be administratively closed during the pendency of Movant Garcia's preparation of his Reply to the Government's Response to the Amended Motion for Collateral Relief.   It is accordingly

**ORDERED** that the cause of action is **ADMINISTRATIVELY CLOSED** for administrative and statistical purposes during Movant Garcia's preparation of his Reply to the Government's Response to the Amended Motion for Collateral Relief.   The administrative and statistical closing of the lawsuit shall not prejudice the rights of Movant or the Government to proceed with this cause at such time further proceedings are practicable.   The Court intends to reopen this case and return it to the active docket on June 3, 2022, or upon the filing of Garcia's Reply, whichever occurs first in time. It is further

1

**ORDERED** that the only motions or documents which shall be accepted during the time the case is administratively closed shall be motions for extension of time for good cause and Movant Garcia's Reply, along with any necessary attendant motions to the Reply.   No other motions or pleadings should be accepted for filing in the case but returned unfiled by the Clerk while this case is administratively closed.

**SIGNED this the 20th day of March, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE