UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                          )
        Petitioner,                )
                                   )
        v.                         )      CASE NO. 1:13-CV-723
                                   )      CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,               )
        Respondent.                )

**ORDER**

Pending before the Court is Movant Garcia's Unopposed Motion to Extend Time to File Reply (Docket No. ___). In order to efficiently share resources with his co-defendant, Mark Isaac Snarr, Garcia seeks an extension of his current June 8, 2022 deadline for filing his Reply to the Government's Amended Response, until the current Reply deadline in Snarr's case, i.e., July 13, 2022.  Garcia further moves for additional time to complete the work necessary to prepare the Reply.

Garcia asserts that the Government has expressed no opposition to the motion. Synchronizing the filing dates of the co-defendants in these two related proceedings will not create delay in the resolution of the matters, will permit the orderly and efficient sharing of public resources and will provide Garcia sufficient time to complete necessary work on the Reply.  Good cause for the extension of Garcia's deadline is shown It is therefore

**ORDERED** that Garcia's unopposed Motion to Extend Time to File Reply (Docket No. ___) is **GRANTED**. It is further

**ORDERED** that the deadline for Garcia to file a Reply to the Government's amended response to Garcia's amended 2255 motion is on or before July 13, 2022.