IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177  §

vs.                                §        CIVIL ACTION NO. 1:13-cv-723
                                            CRIM. NO. 1:09-CR-00015(02)
UNITED STATES OF AMERICA            §

## ORDER TO REOPEN

On March 20, 2022, the present case was stayed and administratively closed while Movant Garcia prepared his Reply to the Government's Response to Garcia's amended Section 2255 motion for collateral relief.   (Doc. #152.)   Garcia's Reply is currently due on or before June 3, 2022.   It is therefore

**ORDERED** that this named and numbered cause is reopened and returned to the active docket.

**SIGNED this the 1st day of June, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE