**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **EDGAR BALTAZAR GARCIA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NUMBER 1:13-CV-00723-MAC** |
| | § | **CRIM. NO. 1:09-CR-15-2** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

### ORDER GRANTING IN PART MOTION TO EXTEND TIME

Before the court is Petitioner Edgar Baltazar Garcia's ("Garcia") Unopposed Motion to Extend Time to File Reply.  (Doc. #153.)  Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this motion is before the undersigned United States magistrate judge.

### I. Background

Garcia was sentenced with the death penalty on May 24, 2010, for committing the offense of murder.  (1:09-CR-15, Doc. #352, #355.)  In the underlying case, Garcia was indicted with a co-defendant, Mark Issac Snarr ("Snarr").  (1:09-CR-15, Doc. #7.)  After unsuccessful appeals, Garcia and Snarr are both seeking relief from this court through habeas corpus actions brought pursuant to 28 U.S.C § 2255. Garcia and Snarr's cases have proceeded generally along the same track in their quest for a post-conviction remedy.

Garcia's habeas case was opened in 2013.  (Doc. #1.)   Due to various delays, his case was administratively closed and re-opened several times, with the latest re-opening in December 2019.  (Doc. #105.)  The court granted several extensions for Garcia to file a reply to the Government' response.  Finally, on November 19, 2021, instead of filing a reply, Garcia filed an

1

Amended Petition.  (Doc. #136.)  Since then, Garcia has filed for and received another extension to file a reply.  His current deadline to file a reply is June 3, 2022.  (Doc. #152.)

Co-Defendant Snarr's habeas action has proceeded in this same manner.  Snarr's current deadline to file a reply to the Government's response is July 13, 2022.  (1:13-CV-724, Doc. #140.)

## II. Discussion

In support of Garcia's motion for yet another extension, he states that he is seeking an extension until July 13, 2022, in order to re-synchronize his deadlines with those of Snarr. (Doc. #153.)  He also asserts that he needs additional time to complete ongoing joint work with Snarr's team, including gathering factual information from declarants and other underlying data. (*Id.*)

In the court's last order granting Garcia an extension, it warned that "no further extensions will be considered, except for good cause."  (Doc. #151.)  This is the eleventh extension requested by Garcia in the last twenty-four months in a case that has been pending since 2013.  While the court is cognizant of the value and efficiency that comes with counsel for Garcia and Snarr working together, there are many issues in this case that are individual to each litigant, such as their ineffective assistance of counsel claims.  In addition, the trial schedules of counsel for each litigant can vary, and if Snarr's counsel requests yet another extension for such reason, the court cannot continue to delay both cases inevitably.  It is not critical that both of these cases proceed at the same exact time, and it does not impinge upon each petitioner's rights to have staggered deadlines.  As such, the court will not re-synchronize Garcia's deadlines with Snarr's case.  It will, however, give Garcia some additional time for this one last extension.

### III. Order

It is therefore **ORDERED** that Garcia's Unopposed Motion to Extend Time to File Reply (Doc. #153) is **GRANTED in part,** and the deadline for Garcia to file a reply is on or before June 30, 2022. No further extensions will be considered, except for exigent circumstances and/or good cause.

**SIGNED this the 1st day of June, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE