UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                          )
      Petitioner,                      )
                             )
      v.                               )          CASE NO. 1:13-CV-723
                             )          CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,              )
      Respondent.                      )

**UNOPPOSED MOTION TO SEAL REPLY TO GOVERNMENT'S AMENDED ANSWER TO MOVANT'S AMENDED § 2255 MOTION**

**I. Motion to Seal**

**COMES NOW** Edgar Garcia, through his undersigned counsel, and respectfully moves the Court pursuant to Local Rule CV-5(a)(7) to enter an Order directing the District Clerk to file Garcia's Reply to Government's Amended Answer to Movant's Amended § 2255 Motion, including all supporting exhibits and declarations in an Appendix, under seal. The government, through Assistant United States Attorney Traci Kenner, has stated that it does not oppose this motion.

**II. Memorandum**

On February 18, 2015, Edgar Garcia submitted to this Court an unopposed motion to file under seal his initial Motion for Collateral Relief Pursuant to 28 U.S.C. § 2255. ECF No. 29 (incorporated by reference herein). Claims and allegations in the initial Motion included reference to confidential personal information and documents which implied certain security concerns, including (1) Bureau of Prison records subject to a protective order, (2) completed jury questionnaires and juror declarations, and (3) medical records on Mr. Garcia and his family members. These records are discussed throughout the original 2255 motion. *Id.* /// On February 20, 2015, this Court granted the motion, directing that the entire initial Motion and all

accompanying Appendix materials be filed under seal and restricted from public access. ECF No. 30.  Mr. Garcia's Amended 2255 motion, and the Government's Amended Answer, were also filed under seal pursuant to this Court's order. ECF. No. 137, ECF No. 149.

On June 30, 2022, Edgar Garcia will file a Reply to the Government's Amended Answer to his 2255 motion. ECF No. 155 (setting deadline of June 30, 2022 for Garcia's Reply). Consistent with this Court's prior orders, and for the reasons previously considered by this Court, the Reply should also be filed under seal. The Reply refers back to exhibited BOP records; jury declarations; and medical and other personal records of Mr. Garcia and his family members, as well as third parties including the victim in this case. There is substantial concern that information referred to in the Reply could be used for an improper purpose that could harm witnesses and other persons involved in this case, including Garcia. For these reasons, Garcia asks the Court to direct the Clerk to file the Reply under seal and restricted from public access.

## III. Conclusion

For the foregoing reasons, Garcia respectfully requests that this Court enter the attached proposed Order directing the District Clerk to file Garcia's Reply, including supporting exhibits, under seal.

DATED this 30 day of June, 2022.

RESPECTFULLY SUBMITTED,

    */s/Christine Lehmann*
Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122
clehmann@thejusticecenter.org

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763

## CERTIFICATE OF SERVICE

This is to certify that, on this June 30, 2022, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy of this document through ECF.

/s/ *Christine Lehmann*_____

## CERTIFICATE OF CONFERENCE

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h), and they have no opposition to this motion.

_____/s/*Christine Lehmann*_____