UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                          )
        Petitioner,                    )
                                         )
        v.                              )     CASE NO. 1:13-CV-723
                                         )     CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,              )
        Respondent.                   )

**ORDER**

Pending before the Court is Movant Garcia's Unopposed Motion to Seal Reply to Government's Amended Answer to Movant's Amended § 2255 Motion (ECF No. ___). Garcia seeks to seal his upcoming Reply to the Government's Amended Answer, including all supporting exhibits and declarations in the Appendix attached to his Reply. This Court previously ordered that Garcia's initial 2255 Motion be filed under seal because "many of his exhibits, along with the discussion of the exhibits in the § 2255 motion, include confidential information," ECF No. 30. Garcia has indicated that the same confidentiality issues apply to the Amended Motion and its attachments.

Garcia asserts that the government has expressed no opposition to the motion. The motion is reasonable. It is therefore

**ORDERED** that Garcia's unopposed Motion to Seal (ECF No. ___) is **GRANTED**. The Clerk of the Court shall file and maintain Garcia's Reply, including all supporting exhibits and declarations in the Appendix attached to his Amended Motion, under seal, and the parties shall not distribute copies of the motion without leave of Court.

**SIGNED** this ___ day of _____, 2022.