UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR GARCIA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:13-CV-723 |
| | ) | CRIMINAL NO. 1:09-CR-15 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY TO GOVERNMENT'S AMENDED ANSWER**

**I. Motion to Exceed the Page Limit**

**COMES NOW** Edgar Garcia, through his undersigned counsel, and respectfully moves the Court for leave to exceed the 30-page limit established by Local Rule CV-3 for motions filed pursuant to 28 U.S.C. § 2255 and authorize him to file a Reply to the Government's Amended Answer exceeding this limit.

**II. Memorandum**

On February 24, 2015, Edgar Garcia submitted to this Court an unopposed Motion for Leave to File Over-Length Motion to Vacate, Set Aside, or Correct Sentence, Pursuant to 28 U.S.C. § 2255. ECF No. 32.  In support of that motion, Garcia pointed to substantial evidence supporting multiple meritorious claims. On February 26, 2015, this Court granted that motion. ECF No. 45. The government similarly moved unopposed for leave to exceed the page limit for its response to Garcia's initial Motion, ECF No. 110, and the Court granted that motion as well ECF No. 112. On November 19, 2021, Garcia filed an unopposed motion to exceed the page limited in relation to his Amended 2255 Motion. ECF No. 134. In granting this motion, this Court noted that Garcia had previously been granted a motion for excess pages for his original 2255 motion due to extensive evidence uncovered during post-conviction investigation and a large

number of fact-intensive claims, and that this motion followed. ECF No. 137. The government similarly moved unopposed for leave to exceed the page limit for its Amended Answer, and this request was granted on February 1, 2022. ECF No. 143.

On June 30, 2022, Garcia will file a Reply to the Government's Amended Answer to his 2255 motion. *See* ECF No. 155 (setting deadline of June 30, 2022 for Garcia's Reply). In its Amended Answer, the government responded to and opposed each of Garcia's claims at length, generally making several arguments opposing each claim. The Government also alleged that Garcia's arguments were "conclusory" thirty-nine times in its Amended Answer. Garcia has also had to respond to multiple Government allegations of inadequate proof by discussing and attaching a limited number of additional exhibits. Therefore, consistent with this Court's previous orders, and for the reasons previously considered by this Court in addition to reasons offered in specific relation to this motion, Garcia requests leave to exceed the 30-page limit for his Reply to the Government's Amended Answer.

Garcia requests a limit of 150 pages, which is slightly less than half the length of the Government's Amended Answer, considering the factors noted above.

## III. Conclusion

For the foregoing reasons, Garcia respectfully requests that the Court grant his motion for leave to exceed the 30-page limit and authorize him to file an over-length Reply of no more than 150 pages.

DATED this 30 day of June, 2022.

RESPECTFULLY SUBMITTED,

_____/s/Christine Lehmann_____
Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street

New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122
clehmann@thejusticecenter.org

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763

**CERTIFICATE OF SERVICE**

This is to certify that, on this June 30, 2022, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy of this document through ECF.

_/s/ *Christine Lehmann*_____

**CERTIFICATE OF CONFERENCE**

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the government regarding this submission in compliance with Local Rule CV-7(h), and they have no opposition to this motion.

____/s/*Christine Lehmann*_____