UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                          )
      Petitioner,                      )
                                         )
      v.                               )       CASE NO. 1:13-CV-723
                                         )       CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,               )
      Respondent.                      )

**ORDER**

      Pending before the Court is Movant Garcia's Unopposed Motion for Leave to Exceed Page Limit for Reply to Government's Amended Answer (ECF No. ___). Movant is seeking permission to file its Reply pleading in accordance with Local Rule CV-3 in excess of 30 pages. Its proposed pleading is no longer than 150 pages, excluding the cover sheet, tables, certificates, and exhibits. Movan's unopposed motion is reasonable. It is therefore

      ORDERED that the Movant's Unopposed Motion for Leave to Exceed Page Limit for Reply to Government's Amended Answer (ECF No. ___) is GRANTED. Movant's proposed Reply shall not exceed 150 pages, excluding the cover sheet, tables, certificates and exhibits.

      **SIGNED** this ___ day of _____, 2022.