IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177   §

vs.                                  §          CIVIL ACTION NO. 1:13-cv-723
                                                CRIM. NO. 1:09-CR-00015(2)
UNITED STATES OF AMERICA             §

## **O R D E R**

Before the court is Movant Garcia's Unopposed Motion to Seal Reply to Government's Amended Answer to Movant's Amended § 2255 Motion (Doc. #156) and Movant Garcia's Unopposed Motion for Leave to Exceed Page Limit for Reply to Government's Amended Answer (Doc. #157).   Garcia requests that both unopposed motions be granted.

In support of his Motion to Seal, Garcia explains that his Reply (Doc. #158) refers to exhibited Bureau of Prison records, jury declarations, his medical records, personal records of Garcia's and his family, and records pertaining to third parties including the victim in this case. Garcia asks that his Reply (Doc. #158) and his attached Appendix (Doc. #158-1–4) be filed under seal.   The motion is reasonable.   It is therefore

**ORDERED** that Movant Garcia's Unopposed Motion to Seal Reply to Government's Amended Answer to Movant's Amended § 2255 Motion (Doc. #156) is **GRANTED**.   The Clerk of Court is directed to file and maintain Garcia's Reply to Government's Amended Answer to Movant's Amended § 2255 Motion (Doc. #158), along with his attached Appendix (Doc. #158-1–4) under seal.

In support of his Motion for Leave to Exceed Page Limit, Garcia is seeking permission to file an over-length Reply in excess of 30 pages.    Local Rule CV-3(b).    Garcia's purported Reply is 150 pages, excluding the cover sheet, tables, certificates, and exhibits.    He asserts that the Government argued that his arguments were "conclusory" thirty-nine times in its Amended Answer.    In his purported Reply, Garcia states that he had to discuss each allegation of inadequate proof and attach a limited number of additional exhibits in order to fully respond to the Government.    Garcia's unopposed motion is reasonable.    It is therefore

**ORDERED** that Movant Garcia's Unopposed Motion for Leave to Exceed Page Limit for Reply to Government's Amended Answer (Doc. #157) is **GRANTED**.    Garcia's Reply to Government's Amended Answer to Movant's Amended § 2255 Motion (Doc. #158) shall not exceed 150 pages, excluding the cover sheet, tables, certificates, and exhibits.

**SIGNED this the 11th day of July, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE