**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **EDGAR GARCIA,** | ) | |
| **Petitioner** | ) | **Case No. 1:13-CV-723** |
| **v.** | ) | **Criminal No. 1:09-CR-15** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | **Judge Marcia A. Crone** |
| **Respondent** | ) | |

**ORDER FOR RECUSAL**

Pending before the Court is Petitioners' Joint Motion and Memorandum in Support Of Motion For Recusal. Petitioner has moved for the recusal of Judge Crone and for the reassignment of the case to a judge from outside the Eatsern District of Texas.  The government opposes the motion. Having regard to the matters raised in the motion to recuse

It is ORDERED that Petitioners' Joint Motion and Memorandum in Support Of Motion For Recusal is GRANTED.

It is FURTHER ORDERED that this court will ask the Chief Judge of the Fifth Circuit to designate a judge outside of the Eastern District of Texas to preside over Mr. Garcia's pending 2255 motion and associated litigation.

1