Case 1:13-cv-00723-MAC-CLS   Document 160-5   Filed 01/25/23   Page 1 of 2 PageID #: 165164

 Gmail

**Rob Lee <roblee@vcrrc.org>**

## Response to Letter - June 30, 2020

1 message

**Terri Splawn** <Terri_Splawn@txed.uscourts.gov>        Tue, Nov 3, 2020 at 4:33 PM
To: "roblee_vcrrc.org" <roblee@vcrrc.org>
Cc: Beth Harper <Beth_L_Harper@txed.uscourts.gov>

Mr. Lee,

I am writing this email in response to your letter to the Clerk dated June 30, 2020. I apologize for the length of time it has taken.

**28 U.S.C. § 1861** establishes that grand and petit juries be selected at random from a fair cross section of the community in the district or division wherein the court convenes, and 28 U.S.C. § 1862 prohibits discrimination in the selection process. District Judges have broad authority. Having a separate wheel for death penalty cases is not unusual as the numbers needed to seat a jury in a capital case can deplete a current wheel. Separate wheels use the same random selection process and meet the requirements of the Federal Rules. Our jury wheels are built as described in the Plan for Random Selection of Jurors and created by the company who has the current contract with the Court. In 2009, Sutera Data Systems was the contract holder and their response to your request was previously provided.

Attached is the list of the master wheel from which the petit jury for the defendant's 2010 trial was selected. This was previously sent to you on a CD that you said was "unreadable" by your office. We are also providing you with a copy of our court's Jury Plan from 2009, along with gender reports, and pool reports.

You are welcome to visit the Beaumont Courthouse to review and make copies of questionnaires or other public documents. If you have any questions, please feel free to call me.

Thank you,

Terri



**Terri Splawn**
Operations Manager
United States District Court
Eastern District of Texas
(903) 590 - 1060

---

**8 attachments**

June302018letterRobertLee.pdf
639K

SnarrPoolReport462010.pdf
357K

GenderReport109cr15.pdf
77K

SnarrPoolReport472010.pdf
208K

SnarrGarciaQualifiedReport.pdf
2503K

GenderReportGJ.pdf
38K

DaveMalandsresponse.pdf
151K

Amended3262009AppendixEJuryPlan.pdf
515K