Case 1:09-cr-00015-MAC-KFG Document 382 Filed 10/06/10 Page 1 of 48 PageID #: 1538
Final Pretrial Conference

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:09CR00015 |
| | |
| | MARCH 29, 2010 |
| VS. | |
| | 10:26 A.M. |
| | |
| MARK ISAAC SNARR AND | |
| EDGAR BALTAZAR GARCIA | BEAUMONT, TEXAS |

------------------------------------------------------------

VOLUME 1 OF 1, PAGES 1 THROUGH 48

<u>REPORTER'S TRANSCRIPT OF FINAL PRETRIAL CONFERENCE</u>

BEFORE THE HONORABLE MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

------------------------------------------------------------

APPEARANCES:

FOR THE GOVERNMENT:     JOSEPH ROBERT BATTE
                       KERRY KLINTWORTH
                       ANTONETTA STANCU
                       U.S. ATTORNEY'S OFFICE
                       350 MAGNOLIA
                       SUITE 150
                       BEAUMONT, TEXAS 77701


FOR DEFENDANT GARCIA:  ROBERT A. MORROW, II
                       ATTORNEY AT LAW
                       24 WATERWAY AVENUE
                       SUITE 660
                       THE WOODLANDS, TEXAS 77380

                       GERALD E. BOURQUE
                       ATTORNEY AT LAW
                       24 WATERWAY AVENUE
                       SUITE 660
                       THE WOODLANDS, TEXAS 77380

Case 1:13-cv-00723-MAC-CLS Document 160-6 Filed 01/25/23 Page 2 of 4 PageID #: 1539
Case 1:09-cr-00015-MAC-KFG Document 382 Filed 10/06/10 Page 2 of 48 PageID #: 165167
Final Pretrial Conference
2

FOR DEFENDANT SNARR:    GEORGE PATRICK BLACK
                        FEDERAL PUBLIC DEFENDER
                        110 NORTH COLLEGE
                        SUITE 1122
                        TYLER, TEXAS 75702

                        DOUGLAS MILTON BARLOW
                        ATTORNEY AT LAW
                        485 MILAM
                        BEAUMONT, TEXAS 77701


COURT REPORTER:         TONYA B. JACKSON, RPR-CRR
                        FEDERAL OFFICIAL REPORTER
                        300 WILLOW, SUITE 239
                        BEAUMONT, TEXAS  77701



    PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE;
 TRANSCRIPT PRODUCED VIA COMPUTER-AIDED TRANSCRIPTION.

Case 1:13-cv-00733-MAC-CLS    Document 160-6    Filed 01/25/23    Page 3 of 4 PageID #: 1651

45

is still admissible."  But they're still providing it to us.

THE COURT:  I mean, you can bring something; but I think you know where the court is coming on all this, because that's what the law dictates that the court has to do.

MR. MORROW:  Yes, your Honor.

THE COURT:  Okay.  I guess we can -- but I really need -- it's a pending motion I really need to resolve.  I'm going to deny it, but it's without prejudice.  You could -- if there's something that comes to your attention, you can bring it up again.

MR. MORROW:  Thank you, judge.  We'll do that.

THE COURT:  Okay.  All right.  Well, that kind of -- I think that's everything that's pending, then.

MR. MORROW:  We did have a request for some *ex parte* time with the court.

THE COURT:  Okay.

MR. MORROW:  When it's permissible.

THE COURT:  Okay.  Is there anything else?

MR. BATTE:  Your Honor, I wanted to, on the record, tender a copy of the indictment and the venire list to both defendants, as required under statute.

THE COURT:  All right.

MR. BATTE:  And if you would, let the record

Tonya B. Jackson, RPR-CRR
052611409.654.2833

Case 1:13-cv-00722-MAC-CLS   Document 160-6   Filed 01/25/23   Page 4 of 4 PageID #: 105169

reflect that they have received that.

THE COURT:  Yes, the record will so reflect.

MR. BATTE:  Thank you.  That's all I have, your Honor.

THE COURT:  All right.  Is there anything else?

MR. MORROW:  Not from Mr. Garcia, your Honor.

MR. BARLOW:  Nothing further from Mr. Snarr, your Honor.

THE COURT:  All right.  And we're going to have six alternates.  It's going to be a challenge where to stick them, but I -- on the first one I did, we had that.  We had, I think, two people at the end down there; and then there was, like, four clustered there (indicating).  But I know there are going to be a lot of marshals around, too.  So, it's going to be really cozy with a lot of people.  May be some people back here (indicating).

Do you have anything?

THE MARSHAL:  Just a question for the marshals right quick.  I know we got a witness list from the defense the other day that included quite a few more in-custody witnesses.  Just needed to know status on writs on those.

MR. BOURQUE:  That's probably something we

Tonya B. Jackson, RPR-CRR
052612409.654.2833