| | |
|---|---|
| **From:** | Jason Hawkins |
| **To:** | Richard Bourke; roblee_vcrrc.org |
| **Subject:** | FW: Records in Edgar Garcia / Mark Snarr case |
| **Date:** | Wednesday, January 15, 2020 11:30:04 AM |

Once I receive it I will fedex  it to you so hopefully it will be there Friday.

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 fax
http://txn.fd.org
Jason_Hawkins@fd.org

**From:** Beth Harper <Beth_L_Harper@txed.uscourts.gov>
**Sent:** Wednesday, January 15, 2020 11:29 AM
**To:** Jason Hawkins <Jason_Hawkins@fd.org>
**Subject:** RE: Records in Edgar Garcia / Mark Snarr case

Jason,

I retrieved the records from storage.  The jury wheel for the Snarr/Garcia case was from 11/10/2009 participant numbers 1746379 – 1748578, I will be federally expressing you a copy of the cd as you requested.

Beth Harper

**From:** Jason Hawkins <Jason_Hawkins@fd.org>
**Sent:** Monday, January 13, 2020 12:18 PM
**To:** Beth Harper <Beth_L_Harper@txed.uscourts.gov>
**Subject:** FW: Records in Edgar Garcia / Mark Snarr case

Beth,

I hope you are well!  We are under a little time crunch and I was hoping you had found some time to get the records from storage.  Is there anything I can do to help?

Thank you,

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 fax

133456

http://txn.fd.org
Jason_Hawkins@fd.org

**From:** Jason Hawkins
**Sent:** Tuesday, January 7, 2020 12:38 PM
**To:** 'Beth Harper' <Beth_L_Harper@txed.uscourts.gov>
**Cc:** RBourke_thejusticecenter.org <RBourke@thejusticecenter.org>; roblee_vcrrc.org <roblee@vcrrc.org>
**Subject:** RE: Records in Edgar Garcia / Mark Snarr case

No worries!  Thank you!

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 fax
http://txn.fd.org
Jason_Hawkins@fd.org

**From:** Beth Harper <Beth_L_Harper@txed.uscourts.gov>
**Sent:** Tuesday, January 7, 2020 12:37 PM
**To:** Jason Hawkins <Jason_Hawkins@fd.org>
**Cc:** RBourke_thejusticecenter.org <RBourke@thejusticecenter.org>; roblee_vcrrc.org <roblee@vcrrc.org>
**Subject:** RE: Records in Edgar Garcia / Mark Snarr case


Hi Jason,

I have this on my list, I was out the last two weeks in December, and I will need to pull the records from storage, can you give me some time and I will email you with the numbers.  If you need to call me, my number is 409-654-7004.

Thanks and sorry for the delay.
Beth

**From:** Jason Hawkins <Jason_Hawkins@fd.org>
**Sent:** Tuesday, January 7, 2020 12:34 PM
**To:** Beth Harper <Beth_L_Harper@txed.uscourts.gov>
**Cc:** rbourke_thejusticecenter.org <RBourke@thejusticecenter.org>; roblee_vcrrc.org <roblee@vcrrc.org>
**Subject:** FW: Records in Edgar Garcia / Mark Snarr case

Ms. Harper,

133457

I just wanted to follow up on my email from December 19.  I know it came during the holidays, but I wanted to circle back and see if you had time to follow up on my questions.

Thank you!

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 fax
http://txn.fd.org
Jason_Hawkins@fd.org

---

**From:** Jason Hawkins
**Sent:** Thursday, December 19, 2019 9:13 AM
**To:** 'Beth Harper' <beth_l_harper@txed.uscourts.gov>
**Subject:** RE: Records in Edgar Garcia / Mark Snarr case

Ms. Harper,
It has been quite some time since we last spoke and I hope the holiday season finds you well! After looking through the material that you were graciously able to provide me I had some questions about the jury list that was used to summon the jurors in this case that I was hoping you might be able to help me with.
 The indictment in the Snarr/Garcia case (09-15) case was handed down on January 21, 2009 and the trial didn't start until April 2010.  Based on my reading of the 2014 version of the Eastern District of Texas jury plan I thought jury wheels were only created in even-numbered years, but I may have misunderstood.  That is why I originally asked for the 2006, 2008 and 2010 master jury wheels.  But after looking through the names of the 308 jurors in the pool there are some gaps and I am not certain which wheel the jurors came from.
From the data already supplied I can see that the master wheels have the following participant number ranges:

- 2006 wheel:  participant numbers in the range 100550864 to 100608378.
- 2008 wheel:  participant numbers in the range 100899365 to 100967141.
- 2010 wheel:  participant numbers in the range 101326379 to 101387861.
- 2012 wheel:  participant numbers in the range 101751583 to 101813082.

However, the 308 jurors from whom questionnaires were obtained for the Snarr/Garcia trial have participant numbers in the range 101746664 to 101747520.
Can you tell me what master wheel was used to select the petit jurors for the Snarr/Garcia case?  Could we get a copy of that master wheel?
Thank you for any information you can provide!
Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 fax

http://txn.fd.org
Jason_Hawkins@fd.org

---

**From:** Beth Harper <beth_l_harper@txed.uscourts.gov>
**Sent:** Tuesday, July 10, 2018 8:21 AM
**To:** Jason Hawkins
**Subject:** Re: Records in Edgar Garcia / Mark Snarr case

Jason,

I will let the CSO's know that she will be coming, she just needs to ask for me and they can direct her where she needs to go.  I office inside the jury room on the first floor Room 101, our office isn't that big. My office is on the first floor.  She can park directly across the front doors of the building.



Beth Harper
Jury Administrator
(409) 654-7004

Jason Hawkins---07/10/2018 08:18:07 AM---Beth is going to drive down tomorrow morning and will arrive after 1:00.  She can stay over night an

From: Jason Hawkins/TXNF/05/FDO@FDO
To: Beth Harper/TXED/05/USCOURTS@USCOURTS@USCEXT
Cc: Elizabeth Guemmer/TXNF/05/FDO@FDO
Date: 07/10/2018 08:18 AM
Subject: Re: Records in Edgar Garcia / Mark Snarr case

---

Beth is going to drive down tomorrow morning and will arrive after 1:00.  She can stay over night and come in the following morning if needed.

Thank you!

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 Griffin Street, Suite 629
Dallas, Texas 75202
214.767.2746
214.767.2886 fax
http://txn.fd.org

Beth Harper---07/10/2018 08:10:04 AM---Hello Jason, I have it down on my calendar, do you know what time she might be here tomorrow?

From: Beth Harper/TXED/05/USCOURTS@USCOURTS
To: Jason Hawkins/TXNF/05/FDO@FDO@USCEXT
Date: 07/10/2018 08:10 AM
Subject: Re: Records in Edgar Garcia / Mark Snarr case

---

133459

Hello Jason,

I have it down on my calendar, do you know what time she might be here tomorrow?



Beth Harper
Jury Administrator
(409) 654-7004

▼ Jason Hawkins---07/09/2018 10:06:35 AM---Ms. Harper: I hope you are well and had a nice vacation!  I just wanted to confirm that we are still

From: Jason Hawkins/TXNF/05/FDO@FDO
To: Beth Harper/TXED/05/USCOURTS@USCOURTS
Cc: Elizabeth Guemmer/TXNF/05/FDO@FDO
Date: 07/09/2018 10:06 AM
Subject: Records in Edgar Garcia / Mark Snarr case

Ms. Harper:

I hope you are well and had a nice vacation!  I just wanted to confirm that we are still on for our paralegal, Beth Guemmer, to come down to Beaumont on July 11-12 and copy the available jury records from the trial in US v. Edgar Baltazar Garcia and Mark Snarr, 1:09-CR-00015.  The attached letter confirms our original request, but I understand not everything may have been preserved.

Thank you so much for your help on this!

   *(See attached file: Letter_Clerk_EDTX_01252018-signed.pdf)*

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 Griffin Street, Suite 629
Dallas, Texas 75202
214.767.2746
214.767.2886 fax
http://txn.fd.org

133460