| | |
|---|---|
| **From:** | Rob Lee |
| **To:** | beth_l_harper@txed.uscourts.gov |
| **Cc:** | Christine Lehmann; Kathy Nester; Jason Hawkins (Jason_Hawkins@fd.org); Richard Bourke |
| **Subject:** | Garcia v. U.S., Civ. No. 1:13-cv-723 and Snarr v. U.S., No. 1:13-cv-724; juror selection information request |
| **Date:** | Tuesday, June 30, 2020 5:25:08 PM |
| **Attachments:** | 200629 LTR Clerk re Jury info w#.docx |

Ms. Harper:

I am following up on questions about the jury selection process in Garcia's and Snarr's 2010 capital trial and generally, initially raised by Mr. Hawkins. In our investigation of the case, we have developed a number of questions and we hope the answers will help us better understand the information we have learned, and provide additional information and understanding.

Attached is a letter describing some of the information we have learned, and setting out a number of the questions we have developed. We would appreciate you reviewing the letter and letting us know what information you can provide in response to our questions. We have tried to be thorough and clear in drafting questions. If it would be helpful, however, we could coordinate a call in which we might clarify requests as needed, and perhaps address other questions you have.

Thank you very much for your assistance with this matter, and for your previous assistance.

Sincerely,

Rob Lee

2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903
(434) 817-2970
(434) 817-2972 (fax)
roblee@vcrrc.org

# ROBERT LEE

### LAW OFFICE
**2421 IVY ROAD, SUITE 301**
**CHARLOTTESVILLE, VIRGINIA 22903**
**(434) 284-3447**
**roblee@vcrrc.org**

June 30, 2020

David J. Maland
U.S. District Clerk
United States District Court
 Eastern District of Texas
211 West Ferguson, Room 106
Tyler, Texas 75702

> Re:    **Request for jury records pursuant to 28 U.S.C. § 1868 and in support of motion pursuant to 28 U.S.C. § 2255**

Dear Mr. Maland:

Undersigned counsel, along with Federal Public Defender Jason Hawkins in Dallas and the Federal Defender of San Diego, Kathryn Nester, represent Edgar Garcia and Mark Issac Snarr, who were indicted on January 21, 2009 in case number 1:09-CR-15. They were tried in 2010 before a jury, with a guilty verdict on May 7, 2010 and a death verdict on May 13, 2010. We currently represent the defendants in their proceedings under 28 U.S.C. § 2255 (1:13-cv-724 & 1:13-cv-723). We have previously requested information from your office regarding the jury selection in the defendants' case and your office has provided us some documents and helpful explanations. This letter is written to follow-up on the most recent contact by Mr. Hawkins, and to raise additional questions we have development.

## I.      Request for information to understand issues appearing in the jury selection in *US v Snarr & Garcia*, 1:09-CR-15

We believe that we have identified significant issues in the process of assembling the venire from which the petit jury, and likely the grand jury, were selected. We wanted to bring this to your attention and also make sure that we are correctly understanding the materials and information your office has supplied thus far.

## II.     Issues identified with assembling of venire in *US v Snarr & Garcia*, 1:09-CR-15

In particular, it appears that:

a.  the Master Wheel from which the defendants' petit jury should have been selected was not assembled randomly from the relevant voter roll but by placing voters in order of their Texas VUID and selecting from the top of that list;

b.  the defendants' petit jury was not selected from the Master Wheel in place at the time of trial but instead a separate Master Wheel of 2,200 names was drawn from the voter list for the purpose of the defendants' trial;

c.  the 2,200-person Master Wheel was not assembled randomly from the relevant voter roll but by placing voters in order of their Texas VUID and selecting from the top of that list (excluding those already selected for the prevailing Master Wheel);

d.  the voter registration list used to construct the Master Wheel and the 2,200 Master Wheel appears to include people who registered to vote long after the November 2008 general election;

e.  the venire assembled for the defendants' petit jury selection did not reflect a fair-cross-section of the community; and,

f.  the venire assembled for the defendants' grand jury selection may not have reflected a fair-cross-section of the community.

## III.  Specific requests for information and relevant documents

With this in mind, we respectfully ask that you investigate and provide answers to the following queries:

### A.  We would like to understand how and why the Master Wheel used for selection of the petit jury venire in the defendants' 2010 trial was selected

1.  Can you please explain which list was used as the Master Wheel from which the defendants' petit jury was selected, why that Master Wheel was assembled and how it was assembled from the source list?

2.  What Master Jury Wheel and Qualified Jury Wheel was used to select petit jurors for defendant's 2010 trial?

3.  Are Master Jury Wheels constructed more often than every two years as described in the Plan for the Random Selection of Jurors as amended March 26, 2009, Section 6 paragraph 3? If so, under what authority are these Master Jury Wheels constructed and relied upon?

4.  You have previously provided some lists we had requested but it would be extremely helpful to clarify what those documents represent and how they were used in the defendants' cases:

    a.  What is the list of 61,483 persons (bea10whl.txt) previously provided by your office and where did it come from?

(1) Why weren't the jurors for defendant's 2010 trial drawn from the list of 61,483 persons (bea10whl.txt) or any of the other master wheels previously supplied by your office (bea6whl.txt, bea8whl.txt, bea12whl.txt)?

    b. What is the list of 2,200 (beauwhl.txt) from which the petit venire in the defendants' 2010 trial seems to have been selected?

5. Was the list of 2,200 (beauwhl.txt) used to select petit jurors for defendant's 2010 trial?

6. Please provide a copy of the Master Wheel from which the petit jury for defendants' 2010 trial was selected.

7. What was the "computer-generated random selection process" used to create the Master Wheel from which the defendant's petit jury was selected?

8. Could you please explain why you previously advised, in your letter of August 2014, that no certificate from Sutera Data Systems was available for the random creation of the Master Wheels?

9. In the previously provided materials, ITEM-4, described that "[f]or the 2006 and 2008 Master Wheels a starting and increment number was used to select the names for inclusion into the wheel. Starting in 2010 the purely random method was used." What method was used to select the Master Wheel used in the Snarr/Garcia case?

    a. What were the starting and increment numbers used in the Snarr/Garcia case (if applicable), and also in 2006, and in 2008?

    b. Why was the method changed to "the purely random method" in 2010?

    c. Are any names excluded from the source list before or during the process of random selection? If so, what is the process for determining the names excluded?

    d. Are any names excluded from the list of names randomly selected from the source list before it is finalized as the Master Wheel? If so, what is the process for determining the names excluded?

10. What was the file edtx9sp1.doc previously provided on the CD, which we find unreadable? Can we get a readable copy of the file?

**B.**     **We would like to understand how and why the 2,200-person Master Wheel was assembled for the defendants' petit jury trial**

11. Could you explain why the list of 2,200 names (beauwhl.txt) previously provided was created under what authority and by what method?

12. If the list of 2,200 persons was used as the Master Wheel for petit jury selection in the defendants' case, was the list of 2,200 (beauwhl.txt) randomly selected from the list of 298,885 persons (VRL2010.txt)?

13. How was the list of 2,200 persons (beauwhl.txt) selected from the list of 298,885 persons (VRL2010.txt)? What method was used to ensure a random selection?

C.  **We would like to understand if there was a special selection made in the defendants' case and, if so, how the special selection worked in this case and how it worked in other cases**

14. Was there a special selection in this case? If so, why?
   a. What is a Special Selection as described in cntycde1.xls?
   b. What is the authorization for a special selection in the defendants' case?
   c. Is the list of 2,200 persons (beauwhl.txt) a Special Selection?
   d. Is a Special Selection or the list of 2,200 persons (beauwhl.txt) what is described in the Plan for the Random Selection of Jurors as amended March 26, 2009, in Section 9c paragraph 2?
   e. How many times and when were special selections made as described in the Plan for the Random Selection of Jurors as amended March 26, 2009, in Section 9c paragraph 2? Please provide a copy of the Order of the District Court directing the manner in which a special selection was to be made under Section 9 paragraph 2.
   f. How many times and when have Special Selections been made from 1997 to 2019?
      (1) Please provide copies of the Master Jury Wheels, Qualified Jury Wheels, resulting jury venires, and any additional materials used or created in each of these Special Selections.
      (2) If the 1997 to 2019 timeframe does not include at least the five Special Selections immediately preceding the Special Selection in Snarr/Garcia's cases, please additionally provide copies of the Master Jury Wheels, Qualified Jury Wheels, and resulting jury venires for those five Special Selections immediately preceding the Special Selection in Snarr/Garcia's case without limitation on the time period involved.

D.  **We would like to understand what Qualified Jury Wheel was used to select jurors in this case and how the eventual venire from which the petit jury selected was assembled**

15. What Qualified Jury Wheel was used to select petit jurors in this case?
16. Please provide a copy of the Qualified Jury Wheel from which the petit jury in the defendants' case was selected.
17. How was the Qualified Jury Wheel, used in the defendants' case to select a petit jury, assembled?
18. Please provide a copy of the qualification questionnaires of the Qualified Jury Wheel or any data from those questionnaires, including demographic data.
19. A list of 308 prospective petit jurors was generated in the defendants' case; how was this group of 308 people selected?

20. Please provide copies of data files, lists, explanations of interim steps, and juror qualification forms created, submitted, or used to draw the 308 people (presumably from the list of 2,200).

**E.     We would like to understand what source list was used for developing the Master Wheel from which the petit jury was selected in the defendants' case**

21. What was the source list used for the developing the Master Wheel from which the petit jury was selected for Snarr/Garcia's trial?
    a. What is the list of 298,885 persons (VRL2010.txt) previously provided by your office and where did it come from?
    b. Is the list of 298,885 persons (VRL2010.txt) a list of registered voters used to construct the Master Jury Wheel as described in the Plan for the Random Selection of Jurors as amended March 26, 2009, Section 6?
    c. What is the date on which the list of 298,885 persons (VRL2010.txt) was generated?
    d. Is the list of 298,885 persons (VRL2010.txt) a list of registered voters following the federal general election in November 2008, as described in the Plan for the Random Selection of Jurors as amended March 26, 2009, Section 6 paragraph 3?
        (1) If the list of 298,885 persons (VRL2010.txt) reflects the November 2008 federal general election, why does it include persons who turned 18 after November 2008 (up to 6/1/2009)?
    e. Was this the same list used to select the grand jurors in this case? If not, what source list was used to select grand jurors in this case, and could you please provide a copy?

**F.     We would like to understand which jury plan and court orders controlled the assembly of the venire and jury selection for the defendants' grand jury and petit jury**

22. Can you please explain which jury plan and court orders controlled the assembly of the venire and jury selection for the defendants' grand jury and petit jury?
23. Is the Jury Plan for the Random Selection of Jurors as amended March 26, 2009, the plan used to summon jurors in this case? If not, please describe the Jury Plan used to summon jurors in this case and provide a copy.
24. Please provide a copy of the 1997 General Order for the process that is used by the Eastern District of Texas Clerk's Office to select the jury wheel, and explain how is it related to the 2009 Plan.

**G.     We would like to understand if the notice and reporting requirements set out in the JSSA and jury plan were followed in this case**

25. Was a general notice published and a notice published on the court's website setting out the process by which names were periodically and randomly drawn as

that process was employed for generating the Master Wheel from which the Snarr/Garcia jury venire was selected?

26. Is a report prepared as described in the Plan for the Random Selection of Jurors as amended March 26, 2009, Section 6 paragraph 4?

27. Is there a report as described in the Plan for the Random Selection of Jurors as amended March 26, 2009, Section 6 paragraph 4 that applies to the Jury Wheel for Snarr/Garcia's case? If so, please provide a copy of that report.

28. Is the report described in the Plan for the Random Selection of Jurors as amended March 26, 2009, Section 6 paragraph 4 the Form AO-12?

**H.    We would like to understand and obtain copies of documents relevant to the selection of the grand jury in defendants' case**

29. Please identify and provide copies of the source list, Master Wheel, Qualified Wheel, venire and, if not constrained by grand jury secrecy, grand jury list for the grand jury that returned the indictment in defendants' case.

30. Please identify the source list from which the grand jury in the defendants' case was drawn.

31. Please identify the Master Wheel from which the grand jury in the defendants' case was drawn, provide a copy and describe the process of random selection used to generate the Master Wheel.

32. Please identify the Qualified Wheel from which the grand jury in the defendants' case was drawn, provide a copy and describe the process by which the Qualified Wheel was created.

   a. Please provide a copy of any demographic data relating to this qualified jury wheel, including demographic data from the qualification questionnaire.

33. Please identify the venire list from which the grand jury in the defendants' case was drawn.

   a. Please provide a copy of any demographic data relating to this venire, including demographic data from the qualification questionnaire.

34. Subject to any restriction arising from grand jury secrecy, please identify the grand jurors selected for the grand jury that returned the indictment in defendants' case.

   a. Please provide a copy of any demographic data relating to this grand jury, including demographic data from the qualification questionnaire.

35. Please provide a copy of all grand jury venires drawn from the same Master Wheel as the grand jury venire used in the defendants' case, including any available demographic data.

**I.** **We would like to identify and obtain any demographic data you have for jurors on the Master Wheel, Qualified Wheel or venire for the defendants' grand jury and petit jury selection**

36. Could you please describe and provide demographic data that you have for the Master Wheel, Qualified Wheel and venire from which the defendants' grand jury and petit jury were selected, as well as demographic data for the grand and petit juries themselves? Demographic data should include, at a minimum, information relating to race, color, religion, sex, national origin, or economic status
37. Could we have the data files that include race and ethnicity (Hispanic or not) information for each person on the list of 2,200 people (beauwhl.txt as previously provided)?
38. Does the voter registration list used to construct Master Jury Wheels include racial information?

## IV.   Conclusion

If there are materials that are available only to be viewed in person, please identify these materials. Because travel is currently restricted and could be dangerous due to the Coronavirus global pandemic, we would very much appreciate it if all materials could be made available in digital format that could be transferred electronically.

If you have any questions about the documents and information I have requested, please email me at roblee@vcrrc.org or call me at 434-817-2970. I greatly appreciate your assistance with this matter.

Very Truly Yours,

_____/s/_____

Rob Lee
*Counsel for Mr. Snarr*

Christine Lehmann
Louisiana Capital Assistance Center
*Counsel for Mr. Garcia*