**EDGAR GARCIA V. UNITED STATES OF AMERICA, 1:13-CV-723**

**Declaration of Julia Chung**

1. I am an attorney licensed in the state of Louisiana and currently am an employee of the Louisiana Capital Assistance Center. In 2020 I was assisting Christine Lehmann, an attorney in the same office, in the representation of Edgar Garcia in his federal habeas proceeding. I have personal knowledge of the facts stated in this declaration.

2. On September 10, 2020, I called Chief Judge Rodney Gilstrap's office. I spoke to Andrea Brunson, his judicial assistant, and told her I was interested in all certificates prepared by Sutera Data Systems from years 2006 to 2012. I explained that, Sutera Data Systems, who was responsible for selecting names for the master jury wheels, was supposed to produce a certificate detailing its process and send it to the Chief Judge. Ms. Brunson was unfamiliar with the matter. She said she would call me back after she had more information.

3. On the same day, September 10, 2020, our office mailed a letter to Michael Sutera of Sutera Data Systems requesting that he supply the certificates prepared for each of the jury wheels developed for the Eastern District of Texas from 2006 to 2012.

4. On September 15, 2020, I spoke to Mr. Sutera regarding the certificate request letter our office sent. Mr. Sutera explained he usually signs the certificate and mails it, along with a report, back to the district court. Mr. Sutera said the certificates we were requesting go quite a ways back so he was unsure whether he had any copies of it in his file but that he would check. I told Mr. Sutera that based on the August 4, 2014 response we received from the Eastern District of Texas's clerk's office to our office's request for jury records, the clerk implied that Sutera Data Systems had the certificates. Mr. Sutera said he was aware that the clerk of court had suggested that he had the certificates and would call the clerk's office at the Eastern District of Texas to seek clarification.

5. On September 18, 2020, Ms. Brunson, judicial assistant for Chief Judge Rodney Gilstrap, called me back regarding the Sutera certificates. She told me that Beth Harper, a court clerk in the Eastern District of Texas, Beaumont Division, would have more information and suggested I contact Ms. Harper about our request. Ms. Brunson indicated that she had passed on my request to Ms. Harper.  As another attorney was already seeking the certificates from Ms. Harper I did not personally follow up with Ms. Harper.

6. On September 21, 2020, I contacted Mr. Sutera to follow-up with him regarding our request for certificates prepared for master jury wheels from 2006 to 2012. He said he did not have copies of the certificates on file and was waiting for the clerk from the Eastern District of Texas to call him back. Mr. Sutera said he could reproduce the certificates if needed.

7. On November 6, 2020, I emailed Mr. Sutera asking if he could reproduce certificates that were prepared for each of the master jury wheels developed for the Eastern District of Texas from 2006 to 2012. I did not receive a response.

8. On November 12, 2020, I called Mr. Sutera to follow-up on my request for certificates. Mr. Sutera stated he did not recall saying he could reproduce the certificates. Mr. Sutera said he did not have any records that went as far back as our request, from 2006 to 2012. He only had records until 2013. Mr. Sutera suggested I ask the Eastern District of Texas for records instead.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Julia Chung

January 10, 2023