UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR GARCIA, | ) | |
| Petitioner | ) | Case No. 1:13-CV-723 |
| v. | ) | Criminal No. 1:09-CR-15 |
| | ) | |
| UNITED STATES OF AMERICA | ) | Judge Marcia A. Crone |
| Respondent | ) | |

**UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR
MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR RECUSAL**

Edgar Garcia, through counsel, moves to exceed the page limit set out in Local Rule CV-7(a)(2) for his Joint Motion and Memorandum in Support of Motion for Recusal, filed concurrently herewith.

**GROUNDS FOR MOTION**

In Claim XIII of his 2255 motion, Mr. Garcia has alleged that the wheel and venire in his case were selected in violation of the Eastern District Jury Plan, the Jury Selection and Service Act and the Fair Cross-Section Guarantee. As a result of Judge Crone's intimate involvement in the assembly of the venire, and the need for the presiding judge in these § 2255 proceedings to make factual and credibility determinations regarding the actions of Judge Crone and other court staff, Mr. Garcia is filing a motion requesting Judge Crone's recusal and the assignment of this case to a judge outside the Eastern District of Texas.

Mr. Garcia respectfully requests permission to file a motion and incorporated memorandum not to exceed 28 pages. Both the legal and factual circumstances underlying this motion are complex and. The statute governing recusal, 28 U.S.C. § 455, provides for recusal based on several factors that are relevant to Mr. Garcia's case and must be discussed.

1

In addition, Mr. Garcia's trial took place in 2010. Both events during that time as well as steps that have been taken by counsel in the intervening decade are relevant to recusal and the involvement of court staff in the claim itself as well as how the existence of the claim was revealed to counsel. As a result, Mr. Garcia will not be able to adequately explain the legal and factual bases for his motion in the 15 pages allowed by Local Rule CV-7(a)(2). Accordingly, Mr. Garcia respectfully requests leave to file a motion not to exceed 28 pages.

## CERTIFICATE OF CONFERENCE

This is to certify that undersigned counsel conferred with AUSA Kenner, Counsel for the Government, and she advised that the government does not oppose this motion.

## CONCLUSION

For the reasons stated above, Mr. Garcia moves the Court for leave to file a non-dispositive motion that does not exceed 28 pages.

Respectfully submitted,

*/s/ Christine Lehmann*
Christine Lehmann, LA 28122
Attorney for Edgar Garcia
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
504-558-9867
504-558-0378 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on 1/25/2023 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

*/s/ Christine Lehmann*