**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **EDGAR GARCIA,** | ) | |
| **Petitioner** | ) | **Case No. 1:13-CV-723** |
| **v.** | ) | **Criminal No. 1:09-CR-15** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | **Judge Marcia A. Crone** |
| **Respondent** | ) | |

**ORDER**

Pending before the Court is Movant Garcia's Unopposed Motion To Exceed Page Limit For Motion And Memorandum In Support Of Motion For Recusal. Movant is seeking permission to file his non-dispositive motion in accordance with Local Rule CV-7(a)(2) in excess of 15 pages. Movant's proposed pleading is no longer than 28 pages. Movant's unopposed motion is reasonable. It is therefore

ORDERED that the Movant's Unopposed Motion To Exceed Page Limit For Motion And Memorandum In Support Of Motion For Recusal is GRANTED. Movant's recusal motion and incorporated memorandum shall not exceed 28 pages, excluding exhibits.