UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                )
           Petitioner        )       Case No. 1:13-CV-723
v.                    )       Criminal No. 1:09-CR-15
                    )
UNITED STATES OF AMERICA  )       Judge Marcia A. Crone
        Respondent     )

ORDER FOR DISCOVERY REGARDING MOTION TO RECUSE

Pending before the Court is Petitioners' Joint Motion And Incorporated Memorandum For Leave To Conduct Discovery Regarding Recusal. Petitioner is seeking leave to conduct discovery relevant to his pending Petitioners' Joint Motion and Memorandum In Support Of Motion For Recusal.

It is ORDERED that Petitioners' Joint Motion And Incorporated Memorandum For Leave To Conduct Discovery Regarding Recusal Is GRANTED.

Petitioner is granted leave to issue subpoenas to and conduct depositions of David Maland, Beth Harper, Terri Splawn, and Michael Sutera, to seek records and answers responsive to the following:

- The timing, length, and content of meetings or communications between Judge Crone and court staff or contractors responsible for jury selection, including but not limited to Ms. Harper, Mr. Maland, Ms. Splawn, Mr. Sutera, and other judges of the Eastern District, relating to:

  o The use of Special Wheels in capital cases in the Eastern District of Texas;

  o The assembly of the 2010 Master Wheel;

1

- o The assembly of the Beaumont Special Selection;

- o The assembly of the venire to be used in Mr. Snarr and Mr. Garcia's joint capital trial;

- o Habeas counsel's requests for jury data and information related to jury selection, the improprieties in jury selection described in habeas counsel's correspondence and the limited responses provided to habeas counsel's requests.

- The certificate required by Section 6 of the Jury Plan that describes the random method of jury selection utilized for the 2010 Master Wheel and the Beaumont Special Selection. If the certificate was not produced, is not available, and/or cannot be reproduced, an explanation of these facts.

- The general notice relevant to the 2010 Master Wheel and Beaumont Special Selection, required to be posted in the clerk's office and on the court website by Section 6 of the Jury Plan, describing the process by which names for jury wheels are randomly and periodically drawn. If the notice was not produced, is not available, and/or cannot be reproduced, an explanation of these facts.

Petitioner is granted leave to leave to issue subpoenas to and conduct depositions of David Maland, Beth Harper, Terri Splawn, and contractor Michael Sutera to seek records and answers responsive to the following:

- The length and nature of employment of Beth Harper, David Maland and Terri Splawn with the Eastern District of Texas and the level and nature of contact between these parties and Judge Crone over this period;

2

- Records of the period and nature of contracting with Michael Sutera and Sutera Data Systems and the level and nature of contact with Judge Crone over this period.

The court will make voluntary disclosures of information relevant Petitioners' Joint Motion and Memorandum In Support Of Motion For Recusal, having regard to the matters identified by Petitioner in that motion.