IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA     §
§
V.     §    Civil No. 1:13-CV-723
§    Criminal No. 1:09-CR-15(2)
UNITED STATES OF AMERICA     §


MARK ISAAC SNARR     §
§
V.     §    Civil No. 1:13-CV-724
§    Crim. No. 1:09-CR-15(1)
UNITED STATES OF AMERICA     §

## ORDER

The government has moved for leave to file an out-of-time response to Movants' joint motion to recuse the Court and related joint motion for discovery and for a brief extension of time in which to file the government's response.  The movants do not oppose relief.

After considering the motion, the Court is of the opinion that the motion is well taken.  It is, therefore,

ORDERED that the Government's Unopposed Motion For Leave To File An Out-Of-Time Response And For Extension Of Time To Respond is GRANTED.  It is further ORDERED that the government's response is due on March 8, 2023.