IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA     §
    §
V.     §     Civil No. 1:13-CV-723
    §     Criminal No. 1:09-CR-15(2)
UNITED STATES OF AMERICA     §

## UNOPPOSED MOTION FOR LEAVE TO FILE AN OUT-OF-TIME RESPONSE AND FOR EXTENSION OF TIME TO RESPOND

The United States moves for leave to file an out-of-time response to Movants'

joint motion to recuse the Court and related joint motion for discovery and for a brief

extension of time in which to file the government's response.

**I.**

On January 25, 2023, Movants Edgar Baltazar Garcia and Mark Isaac Snarr filed a

"Joint Motion And Memorandum In Support Of Motion For Recusal" and a "Joint

Motion And Incorporated Memorandum For Leave To Conduct Discovery Regarding

Recusal," both of which relate to a jury-selection issue that was initially raised in their

Section 2255 motions filed in 2015 and further fleshed out in their amended Section 2255

motions filed in November 2021 (Garcia) and January 2022 (Snarr).  The government

filed its amended responses to the Section 2255 motions in February 2022 (Garcia) and

April 2022 (Snarr).  Snarr and Garcia now move the Court to recuse itself and seeks

discovery from various individuals, including the Court, the former Clerk for the Eastern

District of Texas, and clerk's office staff.  The government opposed both motions.

The deadline for filing a response was February 8, 2023.  The government inadvertently missed the deadline for several reasons, including a major ice storm that closed some U.S. Attorney's Offices for much of the week of January 30, 2023.  Additionally, the undersigned Assistant United States Attorney, who will prepare the government's response, was writing the government's brief for *United States v. Nix*, No. 22- 40675, which was filed in the Fifth Circuit in on February 1, 2023, and then immediately began work on the government's brief in *United States v. Chasteen*, No. 22-40593, which is due in the Fifth Circuit on February 22, 2023.

Should the Court desire briefing from the government, the undersigned respectfully requests leave to file an out-of-time response.  Moreover, given the length of the record and complexity of the recusal issue, the government respectfully seeks a brief extension for filing the response, up to and including March 8, 2023.  The undersigned anticipates that she will be able to file the government's response by that date and will file it earlier if possible.

## II.

The undersigned conferred with Christine Lehmann, counsel for Garcia.  Garcia does not oppose the brief extension.

## III.

In light of the above, the United States respectfully urges the Court to grant this motion in its entirety and extend the government's response deadline to March 8, 2023.

Respectfully submitted,

Brit Featherston
United States Attorney
Eastern District of Texas

/s/ Joseph R. Batte
Joseph R. Batte
Assistant United States Attorney
350 Magnolia, Suite 150
Beaumont, Texas 77701
(409) 839-2538
(409) 839-2550 (fax)
Joe.Batte@usdoj.gov
Texas Bar No. 01918070

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

## Certificate of Service

I certify that on February 13, 2023, this motion was served by the Court's ECF system on Christine Lehmann, counsel for Garcia.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney

3