IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177   §

vs.                                 §        CIVIL ACTION NO. 1:13-cv-723
                                             CRIM. NO. 1:09-CR-00015(2)

UNITED STATES OF AMERICA             §

## SUA SPONTE ORDER TO SEAL

Before the court is Movant Garcia's Motion for Recusal (Doc. #160).   Garcia attached to his Motion for Recusal a document entitled "Declaration of Jeffrey O'Neal Martin."  (Doc. #160-3).   This declaration (doc. #160-3) is a duplicate of a declaration ("Sealed Declaration") (doc. #136-3) that is attached to Garcia's Amended Motion for Collateral Relief pursuant to 28 U.S.C. § 2255 (doc. #136), which was filed under seal, including its exhibits pursuant to FED. R. CIV. P. 5.2(d)   (Doc. ##s135, 137).

Garcia filed the Sealed Declaration (Doc. #160-3) as a public document to his Motion for Recusal.   Garcia did not move to seal the Sealed Declaration even though he attached it to his Motion for Recusal.   Garcia did not move to unseal the Sealed Declaration either.   FED. R. CIV. P. 5.2(d)   Movant and his attorneys are advised that the proper handling of sealed documents is an important function and is not a detail to be overlooked—especially since it is Movant who requested that the document be sealed in the first instance.   (*See* Doc. #135).   Movant and his attorneys are required to handle sealed documents with care.   Federal Rule of Civil Procedure 11

1

requires attorneys to not only follow the textual meaning of the Rules but also the spirit of the Rules.    Accordingly, it is

**ORDERED** that the Declaration of Jeffrey O'Neal Martin (doc. #160-3) is **SEALED** sua sponte.    The Clerk of Court shall seal the Declaration of Jeffrey O'Neal Martin (Ddoc. #160-3) and maintain it under seal until further order of the court.    It is further

**ORDERED** that Movant shall move to seal any document or exhibit to a motion that has been previously sealed, contemporaneously with the motion as provided under the Local Rules.

**SIGNED this the 14th day of February, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

2