IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177 §

vs. § CIVIL ACTION NO. 1:13cv723
CRIM. NO. 1:09-CR-00015(02)

UNITED STATES OF AMERICA §

O R D E R

Before the court is Respondent's Unopposed Motion for Leave to File an Out-of-Time Response and for Extension of Time to Respond (doc. #164). Respondent is seeking to file out of time responses in opposition to Movant Garcia's Joint Motion and Memorandum in Support of Motion for Recusal and a Joint Motion and Incorporated Memorandum for Leave to Conduct Discovery regarding Recusal. Respondent also is requesting an extension of time until March 8, 2023, to file its responses in opposition. Respondent's motion is unopposed.

Respondent explains that it inadvertently missed the deadline to file responses because of the major ice storm that occurred the week of January 30, 2023, which caused the U.S. Attorney's Office to close. Respondent's attorney also contends that her heavy workload prevents her from addressing Movant's motions sooner than March 8, 2023. Respondent's attorney was preparing and filed an appellate brief on February 1, 2023, in the United States Court of Appeals for the Fifth Circuit in a different case. Respondent's attorney has another appellate brief due in the Fifth Circuit on February 22, 2023, which prevents Respondent's attorney from briefing the issues here until that brief is complete. The motion is reasonable. Accordingly, it is

1

**ORDERED** that Respondent's Unopposed Motion for Leave to File an Out-of-Time Response and for Extension of Time to Respond (doc. #164) is **GRANTED**.

It is further **ORDERED** that the deadline for Respondent to file its responses in opposition is on or before March 8, 2023.

**SIGNED this the 14th day of February, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE