IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177 §

vs.                                                                   §        CIVIL ACTION NO. 1:13-cv-723
                                                                                CRIM. NO. 1:09-CR-00015(2)
UNITED STATES OF AMERICA                    §

## O R D E R

Before the court is Movant Garcia's Unopposed Motion for Leave to Exceed Page Limit (doc. #161) in his Joint Motion and Memorandum in Support of Recusal (doc. #160).   Garcia's motion to exceed page limits is unopposed.

In support of his Motion for Leave to Exceed Page Limit (doc. #161), Garcia is seeking permission to file an over-length, non-dispositive motion in excess of the 15 pages permitted by Local Rule CV-7(a)(2).   His Joint Motion and Memorandum in Support of Motion for Recusal (doc. #160) is 27 pages, excluding the certificates, and exhibits.   Garcia states that the excess pages are necessary to adequately explain his basis for recusal under 28 U.S.C. § 455, the history of the basis for his recusal request, and the involvement of key persons in the underlying basis for his request.   Garcia's unopposed motion is reasonable.   It is therefore,

**ORDERED** that Movant Garcia's Unopposed Motion for Leave to Exceed Page Limit (doc. #161) for his Motion for Recusal (doc. #160) is **GRANTED**.   Garcia's Joint Motion and Memorandum in Support of Motion for Recusal (doc. #160) shall not exceed 27 pages, excluding the certificates, and exhibits.

**SIGNED this the 15th day of February, 2023.**

_____

Christine L Stetson

UNITED STATES MAGISTRATE JUDGE