IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR BALTAZAR GARCIA | § | |
| | § | |
| V. | § | No. 1:13-CV-723 |
| | § | |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S UNOPPOSED MOTION TO EXCEED
PAGE LIMIT FOR RESPONSE TO JOINT MOTION
AND MEMORANDUM IN SUPPORT OF MOTION FOR RECUSAL**

The government moves to exceed the page limit set out in Local Rule CV-7(a)(2) for responses to non-dispositive motions.

## I.  Proceedings

On January 25, 2023, Movants Edgar Baltazar Garcia and Mark Isaac Snarr each filed a "Joint Motion And Memorandum In Support Of Motion For Recusal."  Garcia ECF Doc. 160; Snarr ECF Doc. 146.  The motions were 27 pages long, excluding certificates and exhibits.  Movants filed unopposed motions to exceed the 15-page limit for non-dispositive motions, which the Court granted.  Garcia ECF Doc. 161, 167; Snarr ECF Doc. 147, 153.

The government sought an extension of time to respond, and the Court granted it, extending the deadline to March 8, 2023.  Garcia ECF Doc. 164 166; Snarr ECF Doc. 152, 154.  The government is completing the responses and anticipates that they will be no longer than 27 pages, excluding the certificates and any exhibits.

## II.  Grounds for Motion

Under Local Rule CV-7(a)(2), "responses to [non-dispositive] motions shall not

**Motion to Exceed Page Limit - Page 1**

exceed fifteen pages, excluding attachments, unless leave of court is first obtained." The government cannot adequately respond to movants' arguments in 15 pages. Therefore, the government moves for leave to exceed the page limit set out in Local Rule CV-7(a)(2), permitting responses that do not exceed 27 pages, excluding the certificates and any exhibits.

### III.  Certificate of Conference

The undersigned conferred by email with counsel for both movants on February 27, 2023. They do not oppose this motion.

### IV.  Conclusion

For the reasons stated above, the United States moves the Court for leave to file a response to Garcia's "Joint Motion And Memorandum In Support Of Motion For Recusal" that does not exceed 27 pages, excluding the certificates and any exhibits.

Respectfully submitted,

Brit Featherston
United States Attorney
Eastern District of Texas

Joseph R. Batte
Assistant United States Attorney

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Motion to Exceed Page Limit - Page 2**

## Certificate of Service

I certify that on March 7, 2023, this document was served by the Court's ECF system on Christine M. Lehmann and Jason D. Hawkins, counsel for Garcia.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney