IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR BALTAZAR GARCIA | § | |
| | § | |
| V. | § | Civil No. 1:13-CV-723 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## **ORDER**

Edgar Baltazar Garcia has filed a "Joint Motion and Memorandum in Support of Motion for Recusal," and the government has responded.

After considering the motion and response, the Court is of the opinion that the motion should be denied.  It is, therefore,

ORDERED that Edgar Baltazar Garcia's motion to recuse is DENIED.