IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA            §
                                §
V.                              §    Civil No. 1:13-CV-723
                                §
UNITED STATES OF AMERICA        §

## ORDER

Edgar Baltazar Garcia has filed a "Joint Motion and Incorporated Memorandum for Leave to Conduct Discovery Regarding Recusal," and the government has responded.

After considering the motion and response, the Court is of the opinion that the motion should be denied.  It is, therefore,

ORDERED that Edgar Baltazar Garcia's motion to for discovery is DENIED.