UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                          )
        Petitioner,                  )
                              )
        v.                           )        CASE NO. 1:13-CV-723
                              )        CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,               )
        Respondent.                  )

**UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE
TO COURT'S ORDER**

**COMES NOW** Edgar Garcia, through his undersigned counsel, and respectfully moves this Court to grant an extension of 90 days to file his Response to this Court's Order of December 28, 2024 (Doc. # 177). Mr. Garcia's counsel has consulted with the Government and this motion is unopposed.

On December 23, 2024, President Biden commuted the death sentence imposed upon Mr. Garcia to life imprisonment without parole. (Doc #176). On December 28, 2024, this Court ordered Mr. Garcia to file a Response within 30 days asserting which of the claims in his pending 2255 petition present a life case or controversy and are not moot pursuant to *United States v. Surratt*, 855 F.3d 218 (4th Cir.), cert. denied, 583 U.S. 1040 (2017), or whether all claims are moot and/or he is content with the result of the commutation of his sentence, This Court further ordered that if Mr. Garcia is content or acknowledges that all issues are moot, he should file a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a).

Undersigned counsel request an extension of time due to the need to meet in person with Mr. Garcia at considerable length to discuss the novel, complex and weighty issues presented. Upon receipt of this Court's Order, undersigned counsel requested a visit with Mr. Garcia but were

unable to secure a visit prior to February 26, 2025. Moreover, in light of ongoing communication with the BOP, it is likely that Mr. Garcia will already have been moved to another facility by the time of that scheduled visit, which will necessitate scheduling a new meeting at a new institution. Given the unpredictability of the timing of any in-person visit, and the potential need for multiple meetings, an extension of 90 days is necessary.

.

## Conclusion

For the foregoing reasons, Garcia respectfully requests an extension of the current deadline for the filing of his Response by 90 days, from January 27, 2025, to  April 27, 2025.

DATED this 17 day of January 2025.

RESPECTFULLY SUBMITTED,

_____*/s/Christine Lehmann*_____
Christine Lehmann
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
(504) 558-9867
(504) 558-0378 (fax)
Louisiana Bar #28122
clehmann@thejusticecenter.org

Jason D. Hawkins
Federal Public Defender
Northern District of Texas
525 South Griffin Street, Suite 629
Dallas, Texas 75202
(214) 767-2746
(214) 767-2886 (fax)
Texas Bar No. 00795763

## CERTIFICATE OF SERVICE

This is to certify that, on this January 17, 2025, the above Motion was filed with the Court via the ECF electronic filing system. Counsel for the Government was served with a copy of this document through ECF.

_____/s/ *Christine Lehmann*_____

## CERTIFICATE OF CONFERENCE

This is to certify that, prior to filing the above submission with the Court, counsel conferred with counsel for the Government regarding this submission in compliance with Local Rule CV-7(h), and they have no opposition to this motion.

_____/s/ *Christine Lehmann*_____