UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EDGAR GARCIA,                 )
      Petitioner,               )
                         )
      v.                    )      CASE NO. 1:13-CV-723
                         )      CRIMINAL NO. 1:09-CR-15
UNITED STATES OF AMERICA,   )
      Respondent.         )

**ORDER**

Pending before the Court is Movant Garcia's Unopposed Motion to Extend Time to File Response to Court's Order (doc. # _____), filed with reference to this Court's Order dated December 28, 2024 (doc. # 177). The extension is sought in order to allow counsel sufficient time to research the novel issues which have arisen and to meet with Mr. Garcia and consult on the required Response while navigating the uncertainty of his BOP placement in the near term.

Garcia asserts that the Government has expressed no opposition to the motion. Good cause for the extension of Garcia's deadline is shown. It is therefore

**ORDERED** that Garcia's Unopposed Motion to Extend Time to File Response to Court's Order (doc. # _____) is **GRANTED**. It is further

**ORDERED** that the deadline for Garcia to file a Response to the Court's Order is on or before April 27, 2025.