IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZA GARCIA, #21832-177    §

VS.    §      CIVIL ACTION NO. 1:13-cv-723
       CRIM. NO. 1:09-CR-00015(2)

UNITED STATES OF AMERICA    §

## O R D E R

Before the court is Movant Garcia's Unopposed Motion to Extend Time to File Response to Court's Order (Doc. #178).   In support of the motion, Garcia acknowledges that the court has directed him to file a response as to what claims, if any, remain in his 28 U.S.C. § 2255 motion after the commutation of his death sentence to life without parole.   Garcia's counsel state that the earliest that they are able to meet with Garcia at the Bureau of Prisons is February 26, 2025. Counsel express a concern that Garcia will be moved to a new unit of assignment before the meeting can be held; and thus, counsel will have to reschedule the meeting.   Garcia requests an extension of time until April 27, 2025.   While Garcia's motion for extension of time is reasonable, the amount of time requested for an extension is excessive.   It is therefore

**ORDERED** that Movant Garcia's Unopposed Motion to Extend Time to File Response to Court's Order (Doc. #178) is **GRANTED** in part and **DENIED** in part.   Movant Garcia shall file his Response to the court's order on or before March 7, 2025.

**SIGNED this the 23rd day of January, 2025.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE