IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| EDGAR GARCIA | § | |
| | § | |
| V. | § | Civil No. 1:13-CV-723 |
| | § | Criminal No. 1:09-CR-15(02) |
| UNITED STATES OF AMERICA | § | |

**GOVERNMENT'S REPLY TO GARCIA'S RESPONSE TO ORDER
FOR STATEMENT REGARDING VIABILITY OF CLAIMS**

In accordance with the Court's order directing Movant Edgar Garcia to identify any claims in his Section 2255 motion that present a live case or controversy after the commutation of his death sentence, the government files this reply.

On February 24, 2015, Garcia filed a motion to vacate, set aside, or correct sentence under Section, raising nineteen claims with multiple subclaims. 2255 Doc. 31. The Court ordered the government to respond. 2255 Doc. 47. The government filed a response, 2255 Doc. 114, and Garcia filed an amended motion, 2255 Doc. 136. The government then filed an amended response. 2255 Doc. 146. Garcia replied in June 2022. 2255 Doc. 158.

On December 23, 2024, President Joseph R. Biden, Jr., commuted Garcia's death sentence to life imprisonment without the possibility of parole. Trl. Doc. 431; 2255 Doc. 176. On December 28, 2024, the Court entered an order directing Garcia to respond within 30 days with a statement identifying any claims in his Section 2255 motion that still present a live case or controversy after the commutation of his sentence or to file a notice of voluntary dismissal under to Fed. R. Civ. P. 41(a) if all claims are moot or if

**Reply to Response Regarding Moot Claims — Page 1**

Garcia is content with the result of the commutation.  2255 Doc. 177.  The Court further directed the government to submit a reply "stating its agreement or disagreement with any issue that Movant claims is not moot" within 21 days after Garcia's filing.  2255 Doc. 177.

Garcia has now responded to the Court's order.  2255 Doc. 180.  He identifies eight claims that he believes remain viable in whole or part on the ground that they "address the legality of his conviction rather than his death sentence."  *Id.* at 1-3.  After reviewing the response, the government agrees that—to the extent the identified claims challenge Garcia's conviction instead of his sentence—they are not moot.  The government stands on its response to the claims.

Respectfully submitted,

Abe McGlothin, Jr.
Acting United States Attorney
Eastern District of Texas

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)
Traci.Kenner@usdoj.gov
Texas Bar No. 11307070

**Reply to Response Regarding Moot Claims — Page 2**

## CERTIFICATE OF SERVICE

I certify that on March 26, 2025, this document was served by the Court's ECF system on Christine Lehmann and Jason D. Hawkins, counsel for Garcia.

/s/ Traci L. Kenner
Traci L. Kenner
Assistant United States Attorney