IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

EDGAR BALTAZAR GARCIA, #28132-177   §

vs.   §   CIVIL ACTION NO. 1:13-cv-723
CRIM. NO. 1:09-CR-00015(2)

UNITED STATES OF AMERICA   §

### **ORDER LIFTING STAY AND REOPENING CASE**

Before the court is Petitioner Edgar Baltazar Garcia's Response to Court's Order Re: Effect of Commutation (Doc. #180.) and the Government's Reply to Garcia's Response to Order for Statement Regarding Viability of Claims (Doc. #181.).

On December 23, 2024, President Joseph R. Biden, Jr. commuted the death sentence imposed upon Garcia in Criminal Action No. 1:09-CR-00015(2) to life imprisonment without the possibility of parole. (Doc. #176.). On December 28, 2024, the present case was stayed and administratively closed (Doc. #177.) while the parties explored which claims remained viable after the President's commutation of Garcia's death sentence. Now that the parties have agreed that some claims remain viable after the commutation, the stay should be lifted, and the present case should be returned to the active docket. It is therefore

**ORDERED** that the stay is lifted (Doc. #177), and the case is returned to the active docket.

**SIGNED this the 9th day of April, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE