**GENERAL ORDER 25-06**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

## GENERAL ORDER STAYING CIVIL CASES
## IN WHICH THE FEDERAL GOVERNMENT IS A PARTY

A lapse in appropriations has occurred whereby neither an appropriations bill nor a continuing resolution has been enacted to provide appropriate funding for the operation of the Department of Justice. In light of the temporary lack of staff and funding for the Department of Justice, it is **ORDERED** that all civil actions, except those concerning an immigration-related petition for a writ of habeas corpus, pending in the Eastern District of Texas wherein the United States or an agency, corporation, officer or employee of the United States is a party and that party is represented of record by the United States Attorney (or an Assistant United States Attorney) for the Eastern District of Texas are hereby **STAYED**.

All such cases shall remain stayed until such time as an appropriations bill or a continuing resolution is enacted restoring funding to the Department of Justice or a subsequent Order lifting this stay (in whole or in part) is entered. All deadlines and due dates in such cases are extended for a period of time commensurate with the duration of the lapse in appropriations.

This Order does not prohibit, in any manner, the ability of parties to file claims or commence actions against the United States or an agency, corporation, officer or employee of the United States. However, any cases commenced while there is a lapse in appropriations will be immediately stayed, pending restoration of appropriations.

Any litigant affected by this General Order may seek relief from the order by motion. The Court may, in any particular case, vary the effect or operation of this General Order by a separate order.

Individual judges may exempt cases assigned to them from this order.

The United States Attorney for the Eastern District of Texas is directed to notify the Court when Congress restores appropriations to the Department of Justice.

FOR THE COURT:

**So ORDERED and SIGNED this 8th  day of October, 2025.**


_____
AMOS L. MAZZANT, III
CHIEF JUDGE